EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENCIA M. MCCLATCHEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-145J |
| | ) | |
| v. | ) | |
| | ) | |
| THE ASSOCIATED PRESS, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## DISCOVERY PLAN

1. Rule 26(a) required disclosures shall be served on or before August 8, 2005.

2. Plaintiff's document requests shall be served on or before August 15, 2005. Plaintiff seeks the following general categories of documents: TBD. Defendant's responses shall be served on or before September 12, 2005. Responsive documents will be produced at TBD on or before September 12, 2005.

3. Defendant's document requests shall be served on or before August 15, 2005. Defendant's seeks the following general categories of documents: TBD. Plaintiff's responses shall be served on or before September 12, 2005. Responsive documents will be produced at TBD on or before September 12, 2005.

4. Plaintiff's interrogatories shall be served on or before August 31, 2005. Defendant seeks the following general categories of documents: TBD. Defendant's responses shall be served on or before September 28, 2005.

5. Defendant's interrogatories shall be served on or before August 31, 2005. Defendant seeks the following general categories of documents: TBD. Plaintiff's responses shall be served on or before September 28, 2005.

6. Any follow-up interrogatories and/or document requests shall be served on or before October 21, 2005. Responses shall be served on or before November 18, 2005 and responsive documents, if any, shall be produced on or before November 18, 2005.

7. Requests for admission shall be served on or before November 1, 2005. Responses shall be served on or before November 30, 2005.

8. Identification of Deponents:

| Name/Title of Deponent | Party Deposing | Topics |
|---|---|---|
| TBD | | |

9. Identify unique discovery issues or problems, if any, including the topics contemplated in Fed.R.Civ.P. 26(f).

   None at this time.

10. Identify actual or anticipated discovery disputes.

    None at this time.


Signed: _____          _____
        John E. Hall                     Robert Penchina
                                         (Admitted Pro Hac Vice)

Eckert Seamans Cherin & Mellott, LLC     Levine Sullivan Koch & Schulz, LLP
USX Tower                                230 Park Avenue, Suite 1160
600 Grant Street, 44th Floor             New York, New York 10169
Pittsburgh, Pennsylvania 15219           Phone: (212) 850-6100
Phone: (412) 566-6000                    Fax: (212) 850-6299
Fax: (412) 566-6099

Douglas M. Hall                          Gayle Sproul
Kara L. Szpondowski                      Levine Sullivan Koch & Schulz, LLP
Niro, Scavone, Haller & Niro             2112 Walnut St., 3rd Floor
181 West Madison, Suite 4600             Philadelphia, PA 19013
Chicago, Illinois 60602-4515
Phone: 312-236-0733                      Phone: (215) 988-9778
Fax: 312-236-3137                        Fax: (215) 988-9750
*Attorneys for Valencia M. McClatchey*   *Attorneys for The Associated Press*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the within Case Management Order and Discovery Plan was forwarded to all counsel of record, via first class mail, postage prepaid, this 25 day of July, 2005 as follows:

Gayle C. Sproul, Esquire
Levine Sullivan Koch & Schultz, L.L.P.
2004 Makefield Road
Yardley, PA 19067

Robert Penchina, Esquire
230 Park Avenue, Suite 1160
New York, NY 10169

_____
John E. Hall, Esquire