# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_Valencia M. McClatchey_

Plaintiff(s)

v.

Civil Action No. _05-145-J_

_The Associated Press_

Defendant(s)

## HEARING MEMO

HEARING ON _ICM_

DATE HEARING HELD _8/1/2005_

### BEFORE JUDGE KIM R. GIBSON

_John Hall, Esq. (N/A)_
_Doug Hall, Esq._
_Kara Szpondowski, Esq._

Appearing for the Plaintiff

_Robert Penchina, Esq._
_Gayle Sproul, Esq. (N/A)_

Appearing for the Defendant

Hearing began: _10:01 am_                Hearing concluded: _10:14 am_
L.C./C.R.D. present _JE_                 Stenographer _No_

### NOTED:

Electronic filing reviewed. CMO to be signed. Settlement conferences not required. Can be scheduled for 1/2 day. Can call law clerk, just tell other atty. you called. Both attorneys must be on phone to speak to judge.

Doug Hall says might have to add more defendants because of distribution of copyrighted photo.

Mediation possible through magistrate judge in Pittsburgh.

MCCLATCHEY v. ASSOCIATED PRESS                                              Doc. 9