IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR AN EXTENSION OF TIME

Plaintiff Valencia McClatchey, and Defendant The Associated Press, by and through their attorneys, hereby submit this Joint Motion for an Extension of Time. In support of the agreed motion, Plaintiff and Defendant state as follows.

    1.    On July 25, 2005, this Court entered a Case Management Order and set the following dates:

| | |
|---|---|
| Close of Fact Discovery | December 2, 2005 |
| Expert Reports | December 15, 2005 |
| Responses to Expert Reports | January 13, 2006 |
| Expert Depositions | January 31, 2006 |
| Deadlines for Motions for Summary Judgment | February 3, 2006 |
| Plaintiff's pretrial narrative statement | February 21, 2006 |
| Defendant's pretrial narrative statement | March 14, 2006 |
| Joint statement re: magistrate judge | March 28, 2005 |

    2.    Since the Court's Case Management Order, the parties have

exchanged documents and written discovery. The parties have been attempting to set deposition dates. However, due to witnesses' schedules, the parties will be unable to complete fact discovery by December 2, 2005.

3. Accordingly, the parties jointly seek a 60-day extension of time and an order setting the following revised schedule:

| | |
|---|---|
| Close of Fact Discovery | February 1, 2006 |
| Expert Reports | February 15, 2006 |
| Responses to Expert Reports | March 13, 2006 |
| Expert Depositions | March 31, 2006 |
| Deadlines for Motions for Summary Judgment | April 3, 2006 |
| Plaintiff's pretrial narrative statement | April 21, 2006 |
| Defendant's pretrial narrative statement | May 15, 2006 |
| Joint statement re: magistrate judge | May 31, 2005 |

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court approve the 60-day extension of time and enter the revised schedule above.

Respectfully submitted,

VALENCIA MCCLATCHEY

_____
Douglas M. Hall
Kara L. Szpondowski
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602
Phone: 312-236-0733
Fax: 312-236-3137

_____, atty for plaintiffs
John E. Hall                    12/1/05
Eckert Seamans Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh PA   15219
412.566.1915

THE ASSOCIATED PRESS

_____
Robert Penchina
Levine Sullivan Koch & Schulz, LLP
230 Park Avenue, Suite 1160
New York, NY 10169
Phone: 212-850-6100
Fax: 212-850-6299

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **JOINT MOTION FOR AN EXTENSION OF TIME** was served upon the below listed parties on this 1st day of December, 2005:

**By Mail:**    Gayle C. Sproul
Levine Sullivan Koch & Schultz, LLP
2112 Walnut St., 3rd Floor
Philadelphia, PA 19013
Phone: (215) 988-9778

**By Facsimile and Mail:**    Robert Penchina
Levine Sullivan Koch & Schultz, LLP
230 Park Avenue
Suite 1160
New York, NY 10169
Phone: (212) 850-6100
Fax: (212) 850-6299

_____

John E. Hall, Attorney for Plaintiff
12/1/05