IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

To:  Robert Penchina
     Levine Sullivan Koch & Schultz, LLP
     230 Park Avenue, Suite 1160
     New York, NY 10169

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 8th, 2005 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kim R. Gibson of the United States District Court for the Western District of Pennsylvania, Johnstown Division, in the courtroom usually occupied by him at 319 Washington Street, Johnstown, Pennsylvania and shall present the parties' JOINT MOTION FOR AN EXTENSION OF TIME, a copy of which is attached.

Dated: December 1, 2005

Respectfully submitted,

VALENCIA MCCLATCHEY

By: _Kara Szpondowski_ (signature)

Douglas M. Hall
Kara L. Szpondowski
Niro, Scavone, Haller & Niro
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733

_John E. Hall_ (signature) attorney for plaintiff 12/1/05
Eckert Seamans Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh PA 15219
412.566.1915