IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENCIA M. MCCLATCHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-145J |
| v. | ) | |
| | ) | |
| THE ASSOCIATED PRESS, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

AND NOW, this, _____ day of _____, 2005, IT IS ORDERED that discovery in this action shall be extended to the following dates:

| | |
|---|---|
| Close of Fact Discovery | February 1, 2006 |
| Expert Reports | February 15, 2006 |
| Responses to Expert Reports | March 13, 2006 |
| Expert Depositions | March 31, 2006 |
| Deadlines for Motions for Summary Judgment | April 3, 2006 |
| Plaintiff's pretrial narrative statement | April 21, 2006 |
| Defendant's pretrial narrative statement | May 15, 2006 |
| Joint statement re: magistrate judge | May 31, 2005 |

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson