IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

AND NOW, this, 5th day of December, 2005, IT IS ORDERED that discovery in this action shall be extended to the following dates:

| | |
|---|---|
| Close of Fact Discovery | February 1, 2006 |
| Expert Reports | February 15, 2006 |
| Responses to Expert Reports | March 13, 2006 |
| Expert Depositions | March 31, 2006 |
| Deadlines for Motions for Summary Judgment | April 3, 2006 |
| Plaintiff's pretrial narrative statement | April 21, 2006 |
| Defendant's pretrial narrative statement | May 15, 2006 |
| Joint statement re: magistrate judge | May 31, 2006 |

BY THE COURT:

_Kim R. Gibson_
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

MCCLATCHEY v. ASSOCIATED PRESS                                    Doc. 12