## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENCIA M. MCCLATCHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-145J |
| v. | ) | |
| | ) | |
| THE ASSOCIATED PRESS, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNCONTESTED MOTION OF THE ASSOCIATED PRESS
## TO MODIFY THE CASE MANAGEMENT ORDER

The Associated Press (hereinafter "AP") hereby moves to modify the Case Management Order entered on December 5, 2005, to extend the deadlines set forth in the Order by six weeks. Each of the parties has advanced the case and proceeded diligently through fact discovery, which is scheduled to close on February 1, 2006.[1] Both sides have served and responded to written discovery, and both sides have noticed all of their depositions.

AP moves to modify the Case Management Order in light of the sudden and unexpected unavailability of one of its key witnesses, the AP photographer who obtained the photograph at issue in the case. The photographer's deposition was noticed by plaintiff, and the parties had scheduled the deposition. Nevertheless, on Monday, January 23, 2006, counsel for the AP learned that the witness will be unavailable for approximately six weeks due to pressing, and unexpected, work commitments.

The photographer is assigned to cover the Pittsburgh Steelers football team for the AP. Because of the Steelers' victory in the conference championship last weekend, the photographer

---

[1] Under the original Case Management Order, fact discovery was scheduled to close on December 2, 2005. On December 5, 2005, the Court entered a stipulated order extending discovery approximately two months.

Dockets.Justia.com

will be out of town covering the team as it prepares for the Super Bowl at the time his deposition is presently scheduled. Immediately following the Super Bowl, the photographer will travel to Italy on an assignment for the AP to cover the Winter Olympics and will not be available until after the Olympics conclude.

The AP has consulted with Plaintiff's counsel concerning the extension, and all counsel have agreed to the following proposal for a modified schedule:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | February 1, 2006 | March 15, 2006 |
| Expert Reports | February 15, 2006 | March 29, 2006 |
| Responses to Expert Reports | March 13, 2006 | April 24, 2006 |
| Expert Depositions | March 31, 2006 | May 12, 2006 |
| Deadlines for Motions for Summary Judgment | April 3, 2006 | May 15, 2006 |
| Plaintiff's Pretrial Narrative Statement | April 21, 2006 | June 2, 2006 |
| Defendant's Pretrial Narrative Statement | May 15, 2006 | June 26, 2006 |
| Joint Statement Regarding Magistrate Judge | May 31, 2006 | July 12, 2006 |

Accordingly, the AP respectfully requests that the Court grant its Uncontested Motion to

Modify the Case Management Order.

Dated: New York, New York          Respectfully submitted,
       January 26, 2006

                                 LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


By:   */s/ Robert Penchina*
          Robert Penchina
          Admitted Pro Hac Vice
          230 Park Avenue, Suite 1160
          New York, NY 10169
          (212) 850-6100
          (212) 850-6299 (Fax)

          Gayle C. Sproul, I.D. No. 38833
          2112 Walnut Street, Third Floor
          Philadelphia, Pennsylvania 19103
          (215) 988-9778
          (215) 988-9750 (Fax)

          *Attorneys for The Associated Press*