## SCHEDULING MOTION CERTIFICATE

Pursuant to Rule 16.1.2(E) of the Local Civil Rules of Court for the United States District Court for the Western District of Pennsylvania, I hereby certify that all parties, through their respective counsel, have conferred with regard to the modified schedule presented in the Uncontested Motion of The Associated Press to Modify the Case Management Order, and all parties consent to the proposed modification.

                                         */s/ Robert Penchina*
                                         Robert Penchina
                                         Admitted Pro Hac Vice
                                         *Attorney for The Associated Press*