IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant ) | |

## ORDER

AND NOW, this 27th day of January, 2006, IT IS ORDERED that discovery in this action shall be extended to the following dates:

| | |
|---|---|
| Close of Fact Discovery | March 15, 2006 |
| Expert Reports | March 29, 2006 |
| Responses to Expert Reports | April 24, 2006 |
| Expert Depositions | May 12, 2006 |
| Deadlines for Motions for Summary Judgment | May 15, 2006 |
| Plaintiff's Pretrial Narrative Statement | June 2, 2006 |
| Defendant's Pretrial Narrative Statement | June 26, 2006 |
| Joint Statement Regarding Magistrate Judge | July 12, 2006 |

BY THE COURT:

*/s/ Kim R. Gibson*
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

MCCLATCHEY v. ASSOCIATED PRESS                Doc. 14