## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL BERRY

Defendant The Associated Press ("AP") respectfully moves for an Order permitting the admission *pro hac vice* of Michael Berry to try this case in whole or in part as counsel, and in support thereof, offers the attached Declaration of Gayle C. Sproul, counsel for AP.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice* of Michael Berry.

Dated: March 7, 2006

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ Gayle C. Sproul
Gayle C. Sproul, I.D. No. 38833
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778
(215) 988-9750 (Fax)

*Attorneys for The Associated Press*

Case 3:05-cv-00145-TFM   Document 15   Filed 03/07/2006   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Gayle C. Sproul, certify that on March 7, 2006, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Michael Berry to be served through the Court's ECF System to the following counsel of record:

>Douglas M. Hall
>Kara L. Szpondowski
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>
>John E. Hall
>Eckert Seamans Cherin & Mellott, LLC
>USX Tower
>600 Grant Street, 44th Floor
>Pittsburgh, Pennsylvania 15219

>*/s/ Gayle C. Sproul*
>Gayle C. Sproul