```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
    JOHNSTOWN Division

# 06000223 - CN
  March 7, 2006


Code    Case #    Qty      Amount

PRO HAC  05-145J   1 @     40.00
                           40.00 CC


TOTAL→                     40.00



FROM: GAYLE C. SPROUL, ESQ.
      2112 WALNUT STREET - 3RD FLOOR
      PHILADELPHIA, PA 19103
```