IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant ) | |
| ) | |

## ORDER

AND NOW, this 8th day of March, 2006, it is hereby ORDERED that the motion for admission of Michael Berry to practice *pro hac vice* in the above-captioned matter is hereby GRANTED. Mr. Berry is permitted to argue or try this particular case in whole or in part as counsel or advocate.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

MCCLATCHEY v. ASSOCIATED PRESS

Doc. 17