IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED, upon consideration of the Motion of The Associated Press for Summary Judgment, and any response thereto, that the Motion is GRANTED, Plaintiff's complaint is dismissed with prejudice, and judgment is entered in favor of The Associated Press.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

## CERTIFICATE OF SERVICE

I, Gayle C. Sproul, hereby certify that on this 16th day of May, 2006, I caused to be served a true and correct copy of the foregoing Proposed Order via the Court's ECF system, upon the following counsel of record:

>Douglas M. Hall
>Kara L. Szpondowski
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>
>John E. Hall
>Eckert Seamans Cherin & Mellott, LLC
>USX Tower
>600 Grant Street, 44th Floor
>Pittsburgh, Pennsylvania 15219

>/s/ Gayle C. Sproul
>Gayle C. Sproul