IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

APPENDIX TO DEFENDANT'S STATEMENT OF
UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1

LEVINE SULLIVAN KOCH & SCHULZ, L L P

Robert Penchina (*Pro Hac Vice*)
230 Park Avenue, Suite 1160
New York, NY 10169
(212) 850-6100
(212) 850-6299 (Fax)

Gayle C Sproul (I.D. No. 38833)
Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778
(215) 988-9750 (Fax)

*Attorneys for The Associated Press*

## TABLE OF CONTENTS

TAB

Complaint for Copyright Infringement ................................................................. 1

Declaration of Robert Penchina .............................................................................. 2

Declaration of J. David Ake ................................................................................... 3

Declaration of James R. Gerberich ........................................................................ 4

Deposition of J. David Ake .................................................................................... 5

Deposition of George Galt ..................................................................................... 6

Deposition of James R. Gerberich ......................................................................... 7

Deposition of Valencia M. McClatchey ................................................................ 8

Exhibits from Deposition of Valencia M. McClatchey ......................................... 9

Deposition of Gene J. Puskar ............................................................................... 10

Deposition of Charles Sheehan ............................................................................ 11

Plaintiff's Response to Defendants Requests for Admissions ............................. 12

Responses and Objections of Defendant The Associated Press to the First
Set of Requests for Admission by Plaintiff Valencia McClatchey ...................... 13

Responses and Objections of Defendant The Associated Press to
Plaintiff's First Set of Interrogatories (Nos. 1-16) to Defendant ......................... 14