Tab 2

Declaration of Robert Penchina

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ROBERT PENCHINA

ROBERT PENCHINA, pursuant to 28 U.S.C. § 1746, states:

1.     I am a partner in Levine Sullivan Koch & Schulz, L.L.P., attorneys for Defendant The Associated Press ("AP") in the above-captioned matter.

2.     The excerpts from deposition transcripts, and the exhibits appended thereto, that are included in the Appendix to the AP's Statement of Undisputed Material Facts are true and correct copies of those pages of the transcripts and exhibits referenced in the Statement of Undisputed Material Facts.

3.     Attached as Exhibit A hereto is a true and correct copy of a document bearing production number A0545, which AP produced in response to requests for production served by counsel for Plaintiff Valencia M. McClatchey ("Plaintiff") in this action. Exhibit A is printout of a page on the web site of Mountain Lakes Realty, LLC, http://www.mtnlakesrealty.com, which I personally printed on March 9, 2006.

4.     Attached as Exhibit B hereto is a true and correct copy of pages bearing production numbers AP00202 and AP00219, which AP produced in response to requests for production served by counsel for Plaintiff in this action. These pages are excerpted

from an AP computer-generated report identifying subscribers to AP's PhotoStream service.

      5.      Attached as Exhibit C hereto is a true and correct copy of a document bearing production number MC 00018, which Plaintiff produced in this action on or around November 15, 2005.

      6      Attached as Exhibit D hereto is a true and correct copy of a document bearing production number MC 00185, which Plaintiff produced in this action on or around November 15, 2005.

      7.      Attached as Exhibit E hereto is a true and correct copy of a document bearing production number MC 00219-21, which Plaintiff produced in this action on or around November 15, 2005.

      8.      Attached as Exhibit F hereto is a true and correct copy of a document bearing production number MC 00248-49, which Plaintiff produced in this action on or around November 15, 2005.

      9.      Attached as Exhibit G hereto is a true and correct copy of a document bearing production number MC 00287-88, which Plaintiff produced in this action on or around November 15, 2005.

      10.      Attached as Exhibit H hereto is a true and correct copy of a document bearing production number MC 00277, which Plaintiff produced in this action on or around November 15, 2005.

      11.      Attached as Exhibit I hereto is a true and correct copy of a document bearing production number MC 00278-79, which Plaintiff produced in this action on or around November 15, 2005.

12.    Attached as Exhibit J hereto is a true and correct copy of a document bearing production number MC 00280-81, which Plaintiff produced in this action on or around November 15, 2005.

13.    Attached as Exhibit K hereto are true and correct copies of documents bearing production number MC 00291 which Plaintiff produced in this action on or around November 15, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
      May 12, 2006

                                  Robert Penchina

3

# Exhibit A



Mtn. Lakes Realty, LLC
(814) 754-5282

Office Hours:
Weekdays 10AM - 5PM
Closed Wednesday
Sat - Sun 11AM - 3PM
Evenings & Holidays
by Appointment

**Our Listings**

Search For Homes
Lots & Land
Commercial Listings
New Construction

**Buyers & Sellers**

Buyer/Seller Info
Market Analysis
Dream Home Finder

**Local Area**

Community Info/Links
City Overview
Local Phone Numbers
Weather Report
Newsletter
Schools
Relocation

**About Us**

About Us
Our Agents
Contact Us



### "End of Serenity" copyright

Val McClatchey took this photo from her home just seconds after the crash of Flight 93  Prints are available only at the office or by calling Val at Mtn. Lakes Realty, LLC.

CONSUMER NOTICE

"The Real Estate Law requires that I provide you with a written the various business relationshi choices that you may have with a real estate licensee

Since we are discussing real estate without you having the benefit of the consumer notice, I have duty to advise you that any information you give me at this time is not considered to be confident and any information you give me will not be considered confidential unless and until you and I en into a business relationship

At our first meeting I will provide you with a written consumer notice which explains those busine relationships and my corresponding duties to you."

Search For Homes | Lots & Land | Commercial Listings | New Construction | Buyer/Seller Info | Market Analysis | Dream Home Finder | Community Info/Links | City Overview | Local Phone Numbers | Weather Report | Newsletter | Schools | Relocation | About Us | Our Agents | Contact Us | Testimonials | Mortgage Calculator | Mortgage Rates | Real Estate News | Home | "End of Serenity"

Website design and hosting by iHOUSE ®



A0545


# Exhibit B

AP00202

| CTTOR | Torrington | The Register Citizen | 1200 | PHOTOSTREAM |
|---|---|---|---|---|
| CTVER | Manchester | Journal Inquirer | 1200 | PHOTOSTREAM |
| CTWAR | Waterbury | Republican-American | 1200 | PHOTOSTREAM |
| DCPOS | Washington | The Washington Post | 1200 | PHOTOSTREAM |
| DCTIM | Washington | The Washington Times | 1200 | PHOTOSTREAM |
| DCUSA | McLean | USA Today | 1200 | PHOTOSTREAM |
| DCUSN | Washington | U.S. News & World Report | 1200 | PHOTOSTREAM |
| DEWIN | Wilmington | The News Journal | 1200 | PHOTOSTREAM |
| FLBOC | Boca Raton | Boca Raton News | 1200 | PHOTOSTREAM |
| FLBRA | Bradenton | Bradenton Herald | 1200 | PHOTOSTREAM |
| FLDBJ | Daytona Beach | Daytona Beach News-Journal | 1200 | PHOTOSTREAM |
| FLFLS | Fort Lauderdale | South Florida Sun-Sentinel | 1200 | PHOTOSTREAM |
| FLFTM | Fort Myers | The News-Press | 1200 | PHOTOSTREAM |
| FLFTP | Fort Pierce | The Tribune | 1200 | PHOTOSTREAM |
| FLFTW | Fort Walton Beach | Northwest Florida Daily News | 1200 | PHOTOSTREAM |
| FLGAI | Gainesville | The Gainesville Sun | 1200 | PHOTOSTREAM |
| FLICC | Crystal River | Citrus County Chronicle | 1200 | PHOTOSTREAM |
| FLJAT | Jacksonville | The Florida Times-Union | 1200 | PHOTOSTREAM |
| FLKEY | Key West | The Key West Citizen | 1200 | PHOTOSTREAM |
| FLLAD | Lady Lake | Daily Sun | 1200 | PHOTOSTREAM |
| FLLAK | Lakeland | The Ledger | 1200 | PHOTOSTREAM |
| FLLEE | Leesburg | The Daily Commercial | 1200 | PHOTOSTREAM |
| FLLKC | Lake City | Lake City Reporter | 1200 | PHOTOSTREAM |
| FLMEL | Melbourne | Florida Today | 1200 | PHOTOSTREAM |
| FLMIH | Miami | The Miami Herald | 1200 | PHOTOSTREAM |
| FLNAP | Naples | Naples Daily News | 1200 | PHOTOSTREAM |
| FLOCA | Ocala | Ocala Star-Banner | 1200 | PHOTOSTREAM |
| FLORE | Orlando | El Nuevo Dia Orlando | 1200 | PHOTOSTREAM |
| FLORG | Orlando | Orlando Golfweek | 1200 | PHOTOSTREAM |
| FLORM | Orlando | Orlando Sentinel | 1200 | PHOTOSTREAM |
| FLPAL | Palatka | Palatka Daily News | 1200 | PHOTOSTREAM |
| FLPAN | Panama City | The News Herald | 1200 | PHOTOSTREAM |
| FLPEJ | Pensacola | Pensacola News Journal | 1200 | PHOTOSTREAM |
| FLPOR | Charlotte Harbor | Charlotte Sun | 1200 | PHOTOSTREAM |
| FLSAR | Sarasota | Sarasota Herald-Tribune | 1200 | PHOTOSTREAM |
| FLSPT | St. Petersburg | St. Petersburg Times | 1200 | PHOTOSTREAM |
| FLSTA | St. Augustine | The St. Augustine Record | 1200 | PHOTOSTREAM |

AP00219

| | | | | |
|---|---|---|---|---|
| PAHEN | Hanover | The Evening Sun | 1200 | PHOTOSTREAM |
| PAHUN | Huntingdon | The Daily News | 1200 | PHOTOSTREAM |
| PAHZE | Hazleton | Standard-Speaker | 1200 | PHOTOSTREAM |
| PAIND | Indiana | The Indiana Gazette | 1200 | PHOTOSTREAM |
| PAJOH | Johnstown | The Tribune-Democrat | 1200 | PHOTOSTREAM |
| PALAN | Lansdale | The Reporter | 1200 | PHOTOSTREAM |
| PALEB | Lebanon | Lebanon Daily News | 1200 | PHOTOSTREAM |
| PALEH | Lehighton | Times News | 1200 | PHOTOSTREAM |
| PALEV | Levittown | Bucks County Courier Times | 1200 | PHOTOSTREAM |
| PALEX | Lewistown | The Sentinel | 1200 | PHOTOSTREAM |
| PALNE | Lancaster | Lancaster New Era | 1200 | PHOTOSTREAM |
| PAMCK | McKeesport | The Daily News | 1200 | PHOTOSTREAM |
| PAMEA | Titusville | The Meadville Tribune | 1200 | PHOTOSTREAM |
| PAMIN | Monessen | Monessen Valley Independent | 1200 | PHOTOSTREAM |
| PANEW | New Castle | New Castle News | 1200 | PHOTOSTREAM |
| PANOR | Norristown | The Times Herald | 1200 | PHOTOSTREAM |
| PAOIL | Oil City | The Derrick | 1200 | PHOTOSTREAM |
| PAPDN | Philadelphia | Philadelphia Daily News | 1200 | PHOTOSTREAM |
| PAPHB | Philadelphia | The Evening Bulletin | 1200 | PHOTOSTREAM |
| PAPHI | Philadelphia | The Philadelphia Inquirer | 1200 | PHOTOSTREAM |
| PAPHT | Philadelphia | The Philadelphia Tribune | 1200 | PHOTOSTREAM |
| PAPOM | Pottstown | The Mercury | 1200 | PHOTOSTREAM |
| PAPOR | Pottsville | The REPUBLICAN & Hereald | 1200 | PHOTOSTREAM |
| PAPPG | Pittsburgh | Pittsburgh Post-Gazette | 1200 | PHOTOSTREAM |
| PARET | Reading | Reading Eagle | 1200 | PHOTOSTREAM |
| PASAY | Sayre | The Evening Times | 1200 | PHOTOSTREAM |
| PASCE | Scranton | The Scranton Times | 1200 | PHOTOSTREAM |
| PASHA | Shamokin | The News-Item | 1200 | PHOTOSTREAM |
| PASHH | Sharon | The Herald | 1200 | PHOTOSTREAM |
| PASOM | Somerset | Daily American | 1200 | PHOTOSTREAM |
| PASTA | State College | Centre Daily Times | 1200 | PHOTOSTREAM |
| PASTP | Stroudsburg | Pocono Record | 1200 | PHOTOSTREAM |
| PASUN | Sunbury | The Daily Item | 1200 | PHOTOSTREAM |
| PATAR | Tarentum | Valley News Dispatch | 1200 | PHOTOSTREAM |
| PATOW | Towanda | The Daily Review | 1200 | PHOTOSTREAM |
| PATYR | Tyrone | The Daily Herald | 1200 | PHOTOSTREAM |
| PAUNI | Uniontown | Herald-Standard | 1200 | PHOTOSTREAM |

Exhibit C

**Valencia McClatchey**

From:        "Val McClatchey"    REDACTED
To:          "Mercanti, Michael"
Sent:        Wednesday, August 14, 2002 6:33 AM
Subject:     Re: Flight 93 photo

Good Morning Michael,
    Thank you for requesting the use of the photo. I don't have a "set"
fee due to the different types of use & size that has been used. The fee
varies. If you would tell me how large of space you planned, it would help.
The fees that I have gotten so far have ranged from 250-500+. I'm sure we
can work something out for us both.
I can be reached at work: REDACTED or my cell is REDACTED Home #
is # REDACTED after 5pm
Thanks,
Val

Val "stooge" McClatchey,Realtor®
COLDWELL BANKER RITA HALVERSON,REALTOR®
*Independently owned and operated*
S       REDACTED
F    REDACTED
www.coldwellbanker.com
Phone REDACTED   Fax: REDACTED       REDACTED
email: v
www.somersetparealestate.com
PA CONSUMER NOTICE
http://www.dos.state.pa.us/bpoa/LIB/bpoa/20/10/recconsnotice.pdf

----- Original Message -----
From: "Mercanti, Michael"    REDACTED
To: REDACTED
Sent: Tuesday, August 13, 2002 3:54 PM
Subject: Flight 93 photo


> Val, My name is Michael Mercanti and I am the photo editor of the
> Philadelphia Daily News. I would like to reprint your crash photo, one
time
> use only that day, in our 9/11 issue. It is quite an astounding
photograph.
> Please get back to me on the cost and how I can obtain the image. Thanks.
> Michael Mercanti ( REDACTED photo desk number)

CONFIDENTIAL

9/18/2005

Exhibit D



Philadelphia
Newspapers, Inc.

Paying Agent:
P.O. Box 530898
Livonia, MI 49153-0898
Tel:   REDACTED

MCCLATCHEY, VAL

| Account No. | Invoice / Reference Number | Invoice Date | Invoice Amount | Discount Amount | Adjustment Amount | Net Amount |
|---|---|---|---|---|---|---|
| REDACTED | | | | | | |
| 25-SEP-2002 - 9/11 PHOTO | | 09/25/02 | $200.00 | | | $200.00 |
| Total Amount | | | $200.00 | | | $200.00 |

Vendor No.  REDACTED

Check No.  REDACTED

Check Date  09/26/02

|  | $0.00 | $200.00 |
|---|---|---|

CONFIDENTIAL

# Exhibit E





**Reader's Digest**

DeWitt Wallace and Lila Acheson Wallace
FOUNDERS

Editor-in-Chief Jacqueline Leo
Executive Editors Marcia Rockwood, Jacob Young
Design Director Hanna Laakso
Washington Bureau Chief William P. Beaman
Deputy Editor Catherine Romano
Reporting and Research Director Deirdre M. Casper
Managing Editor Lawrence McIntyre

Development Editor Frank Lalli
Editor-at-Large William Schulz
Book Acquisition Editor Laura Yorke

Assistant Managing Editors Donna G. Banks, Gary A. Sledge
West Coast Editor Meg Grant
Senior Staff Editors John Hastings, Mimi Jones,
Jody L. Roblens, Elena Serocki
Senior Editors Doris Chong, Elinor A. Griffith,
Maureen Mackey, Edward S. McFadden, Loren Mooney
Associate Editor Linda Roman
Staff Health Writer Jennifer Braunschweiger

Copy Manager Felicity Buchanan
Copy Editor Cynthia Dermody
Copy Assistants Susan TenDyke Holt, Cathy Merritt

Reporters Derek Burnett, John Mitchell, Joseph K. Vetter
Senior Research Editors Francis K. Lostys,
Richard S. Sacks, Neena Samuel, Suzanne Stewart
Research Editor Janice Leary
Research Associate Editors Nancy Coveney, Sharon Liao

Art Director Dean Abatemarco
Director of Photography Bill Black
Associate Art Director Victoria Nightingale
Assistant Art Director Julie Litrov
Associate Photo Editor Jeanne M. Leslie
Photo Researcher Linda Carter
Electronic Layout Specialist Lorraine LaMonica-Szostak

Magazine Rights Sandra McCormick Hill (Director),
Lynn Ramage, Regina Sampogna, Tara Zades
Library Ann DiCesare (Head Librarian), Susan Doremus,
Edward Goralski

Editorial Assistants Gerri Benura (Executive),
Liz Parker (Executive), Dawn Dambach, Elizabeth Kelly,
Rose Maulden, Jennifer Rawson, Cheryl Rockett,
Sarah Safir, Karen Tornello

Contributing Editors Trevor Armbrister, Anita Bartholomew,
Tucker Carlson, Lisa Davis, William M. Hendryx, Skip
Hollandsworth, Alexis Jetter, Hal Karp, Elizabeth Livingston,
Marc Myers, Malcolm McConnell, Peter Michelmore, John
Pekkanen, Mary Roach, Lynn Rosellini, Dale Van Atta

Editorial Systems Sal Armato, Patti Costello
RD.com Andrew Bein (General Manager),
Michael Mycerowitz (Creative Director), Diane Jones Randall
(Managing Editor), Glenn Gordon, Christine Many
Production Garry Hansen (Director), Carol Bernhard,
Michael Konak, John Palma
Circulation Dawn Zier (Circulation Director),
Kenneth M. Brown (Creative Director), Renee Jordan
(Circulation Operations), David Algire (Newsstand Sales)
Advertising Dom Rossi (Executive Publisher),
Eric Grueske (Publisher), Luisa Fairborne (Associate Publisher)
Business Office Bonnie K. Bachar (General Manager),
Stephen W. Simon (CFO), Joan Colasuonno (Manager)

READER'S DIGEST INTERNATIONAL EDITIONS

Editorial Director Conrad Kiechel
Managing Editor Raimo Moysa
Assistant Managing Editor Howard Dickman
Senior Staff Editor Janie Couch
European Bureau Chief Robert Low
Asian Articles Editor Mary S. Aikins
Editorial Assistant Carol Kelly

READER'S DIGEST ASSOCIATION, INC.

Chairman, Chief Executive Officer Thomas O. Ryder

Editor-in-Chief Eric W. Schrier
Senior Counsellor Melvin R. Laird
President, North American BHE Thomas D. Gardner
President, Latin America/Asia-Pacific Michael Brennan
President, Europe Ian K. Marsh
President, Consumer Magazine Marketing John D. Klingel
Chief Financial Officer Michael S. Geltzeiler
Treasurer William H. Magill
Investor Relations Richard Clark
General Counsel Michael A. Brizel
Corporate Secretary Clifford H. R. DuPree
Strategic Acquisitions & Alliances Robert E. Raymond
Global BHE Publishing Peter J. Davenport
Global Operations Albert L. Perruzza
Chief Information Officer Jeffrey S. Spar
Human Resources Gary S. Rich
Global Strategy & New Business Elizabeth G. Chambers

The Digest is published in 48 editions
in 19 languages, in Braille, on cassette, and
in a Large Print for Easier Reading



SO MUCH
STAYS
AFTER Y

**Grounded**—Rural Shanksville, Pa, where Flight 93 went down. Very little of the plane was left. "It was unbelievable," said Lee Purbaugh. "There was nothing there. Everything was shredded."

mated, so close that the bottom of the plane seemed a tan color as it reflected the fields below.

The plane was hurtling along at nearly 600 miles an hour. According to investigators, the jetliner rolled onto its back. Then it made a fatal, sharp tilt and dived, one wing and the nose of the plane hitting with an awkward crumpling. The plane seemed swallowed in flames, there was an explosion, and a dark cloud mushroomed. It was just after 10:00.

### Call to Action

TWENTY MINUTES longer, and Flight 93 would have reached Washington in a finale of suicidal fireworks. "The strikes must have a wide impact on the population of the nation," read an al Qaeda

184

terror manual that the Associated Press obtained after September 11. The manual recommended hitting buildings "with high human intensity" such as skyscrapers, airports, nuclear power plants, monuments and sports stadiums.

The day after the crash of Flight 93, as he spoke to reporters in a tent placed in a cornfield near the site, U.S. Representative John P. Murtha of Johnstown said that the target undoubtedly had not been a reclaimed strip mine in rural Pennsylvania. Arlen Specter, the U.S. Senator from Pennsylvania, later proposed the Congressional Gold Medal for those who had thwarted the hijackers' apocalyptic intentions. And Rick Santorum, the junior Senator, presented workers at the crash site with a flag that had flown over

the U.S. Capitol. He expressed gratitude for the passengers' disruptive actions.

Six days after the crash, families of the passengers and crew members gathered on a bluff above the soft, cratered soil where Flight 93 had been entombed. They cried and prayed and left remembrances of their loved ones, flowers, photographs.

On September 24, the families were invited to the White House, where President George W. Bush and First Lady Laura Bush met with them. The President spoke plainly, hugging family members, letting them cry in his arms, assuring them that those aboard Flight 93 were heroes and that they had not given their lives in vain. The families were then greeted by a line of White House staff members in the East Wing.

The President began to regularly incorporate Todd Beamer's call to action into his speeches. In the State of the Union address on January 29, 2002, President Bush said, "None of us would ever wish the evil that was

done on September the eleventh. Yet after America was attacked, it was as if our entire country looked into a mirror and saw our better selves. We were reminded that we are citizens, with obligations to each other, to our country and to history. We began to think less of the goods we can accumulate and more about the good we can do. For too long our culture has said, 'If it feels good, do it.' Now America is embracing a new ethic and a new creed: 'Let's roll.'"

Jack Grandcolas, said of the passengers: "They were the ultimate patriots. They did the most democratic thing they could do. They gathered information, they voted to do something. They knew there's a ninety-eight percent chance we're not going to make it, but let's save others. That's what Americans are all about. Lauren's bravery has given me hope. All their bravery has given me hope."

■ To order this book, call 800-831-2212 or purchase online at booksnow.com/rd.

### WHOSE HUE?

The British Royal Automobile Club came up with a list of what a car's color says about its owner. Here is what your vehicle is telling people about you:

Black: You're ambitious and status-seeking.
Green: You're very traditional and an elitist.
Blue: You're a team player and very sociable.
White: You're aloof, dutiful and methodical.
Gray: You're understated and cautious.
Silver: You have a sense of style, but you can be pompous.
Red: You're outgoing, impulsive and easily bored.    —*Chicago Sun-Times*

185

MC 00221

Exhibit F



JANUARY 2002   VOL. 37 NO. 1

# Penn Lines

Your Cooperative Newsmagazine

SOMERSET REC NEWS
Page 12a

```
********************CAR-RT LOT**R-003
40021    4191605          SOMER
JOHN MCCLATCHEY
107 OSAGE PATH
STOYSTOWN, PA 15563-9055
```

# END OF THE LINE FOR TRAPPING?

MC 00248



**N E W S   B R I E F S**

compiled by Perry Stambaugh
*Editor*

# Satellite TV Merger Could Harm Rural Areas

The acquisition of Hughes Electronics Corporation's DIRECTV service by chief rival EchoStar Communications (DISH Network) could have a devastating impact on rural consumers who depend on satellites to receive TV signals in a clear, quality fashion. So declares Stan Kozlowski, senior vice president of sales and marketing for the National Rural Telecommunications Cooperative (NRTC). NRTC distributes DIRECTV (small dish direct broadcast) and Rural TV (large dish C-band) satellite programming to 1.45 million rural subscribers.

The regulatory approval process of this merger will focus in large measure on rural areas not served by cable TV," Kozlowski notes. "While the union of these direct broadcast satellite giants could for the first time offer real competition to cable, it could also create a monopoly that ignores rural interests."

Kozlowski relates that the merger is likely to hit rural households in the pocketbook by forcing half to purchase new set-top boxes — DIRECTV and the DISH Network use different technologies. In addition, he says that merger worries go beyond video and into "the chilling effect it might have on other competitive satellite offerings notably high-speed Internet access."

Right now there are 55 million homes without cable or digital subscriber line options for receiving broadband services like high-speed Internet" he points out. "These are rural consumers. Satellite offers them the best way to gain instant access to the world."

The merger of the two direct broadcast satellite carriers must first clear the U.S. Justice Department and the Federal Communications Commission. Pennsylvania Attorney General Mike Fisher (R) has taken the point for state attorneys general in reviewing this issue. NRTC is working with electric cooperatives to develop an appropriate legislative response.

"The deal will bear a heavy burden of proof because it significantly reduces competition in an already concentrated market," Kozlowski states.

Approximately 375,000 Pennsylvania households subscribe to satellite TV.

# Photo Benefits Crash Victims



Electric cooperative consumer Val McClatchey of Indian Lake, Somerset County, is selling 8 x 10 prints of her gripping photograph "End to Serenity" (October 2001 issue of *Penn Lines*, page 14). The shot — first published in *Penn Lines* — was taken moments after hijacked United Airlines Flight 93 crashed near her home on September 11. The plane went down after passengers thwarted plans by Muslim terrorists to slam the aircraft into the U.S. Capitol or White House.

Cost for a print is $20, with $18 donated to the Todd Beamer Foundation. The remaining $2 covers shipping and handling. The Todd Beamer Foundation — named for one of the heroic passengers aboard Flight 93 — benefits families of those who perished in the tragedy.

To order, please send a check or money order to: Val McClatchey, 107 Osage Path, Stoystown, PA 15563.



MC 00249

# Exhibit G



# TIME

## SPECIAL REPORT

# WHILE AMERICA SLEPT

WHAT **BUSH KNEW BEFORE 9/11**
WHY **SO LITTLE WAS DONE**
HOW **THE SYSTEM IS STILL BROKEN**

$3.95US

MC 00287

THE VIEW FROM SHANKSVILLE

# At Pennsylvania's Ground Zero

plan to
:hedule

, which
>anking
;mode.
s from
.e fami-
:-spon-
:le will
: "town
:as un-
:s, who
n out.
'A vice
s the
>pen to
. "We
ere we
But we
>all the

.thority,
>perates
ea port
tunnels
ious for
.chieve-
:t in ar-
er mat-
er P.A.
in who
.ssaid to
Towers
ter, the
o , blew
.ch de-
housing
crowd
1 cheer
.n the
er Sept.
simply
to show
itlow by
ed that
rospect,
At their
already
imperial:
an-scale
erected
as.
Sept. 11
he past
g types
through
y Right
f long-
nay very
nal plan
I linking

the Manhattan subways with suburban
commuter rail systems. It will also probably
re-establish several city streets that were
covered over by the much despised 'su-
perblock" of the Trade Center plaza.

The towers were symbols of "the mid-
century arrogance of architects," says archi-
tect David Childs of Skidmore, Owings &
Merrill. "What they did to lower Manhattan
was an act of vandalism just as complete as
Sept. 11." Childs, a well-regarded figure in
the architectural world, has been commis-
sioned by Larry Silverstein, the developer, to
draw up proposals for the Trade Center site.
The Port Authority and L.M.D.C., of course
are shopping for their own design team.
How their eventual plans will be reconciled
with Silverstein's remains to be seen. But for
now the project has Childs thinking big.
Granting that very tall skyscrapers are out of
fashion these days, isn't there still an im-
pulse, he asks, to see something tall and tri-
umphant at the site? So what about, say, a
70-story office tower with a sculptural steel
lattice at the top that climbs to the 110-story
height of the original Twin Towers? And
what if it becomes more delicate as it rises,
suggesting spirits released into the sky?

Then again, where will you find a devel-
oper willing to pay for 40 stories of unprof-
itable frosting on his cake? Great architec-
ture requires a great client, one who is
committed to excellence in the design, even
when other factors, like cost or conve-
nience, stand in the way. Does anyone in
this process have the willingness—and the
authority—to assume that role? Stay tuned.

Childs has already completed much of
the design work on 7 World Trade Center,
the other office tower that caught fire and
later collapsed on Sept. 11. Excavation on
that site began last week. Unlike the Twin
Towers, that structure was built by Silver-
stein, so he had a freer hand to begin con-
struction there. But he and Childs have ad-
justed the design in important ways in
response to concerns from the other players.

Silverstein has never been known as a
patron of architecture: 7 World Trade Cen-
ter was one of the uglier buildings in lower
Manhattan, which is saying something. But
this is a historic undertaking; it brings out
the visionary in everybody. And at age 71,
Silverstein knows what the word legacy
means—or what it might mean. "I want this
to be a timeless development," he says.
Then again, who doesn't? All that we need
now to achieve real greatness—to produce
something that does honor to the people
who died there, to the people who loved
them and to all the rest of us—is for every-
one to live up to those sentiments. ∎

**Y**ou would have to leave the country
to find a place further in spirit
from downtown Manhattan than
Shanksville, Pa., the rural hamlet
where United Airlines Flight 93 crashed
on Sept. 11. It is a town with no stoplights
or sewers or banks. It's home to just
245 residents—244.5 of them white—
who attend three lively churches and are
embarrassingly nice to strangers. The
closest Starbucks is a two-hour drive.

Yet on any given day, a steady stream
of cars find their way there. On weekends,
more than 1,000 visitors may show up to
look at the little town that taught us that no
place is beyond terrorism's reach. They
come from every state in the union,
climbing to the crest of Skyline Road to see
what remains of the now legendary Flight
93: absolutely nothing. With the crater long
ago filled in, they can only gaze out on
a rolling field that
protrudes like a bald
spot from a grove of
hemlocks. "The horror
of the event and the
beauty of the place are
so stark," says Edward
Linenthal, the author of
*The Unfinished
Bombing: Oklahoma
City in American
Memory,* who visited
Shanksville in December. "It reminds me of
the extermination sites the Nazis built in
such magnificently beautiful forests."

The pilgrims to Shanksville still exude
the same manic patriotism that swept the
U.S. immediately after Sept. 11. On a
recent afternoon, 150 members of Rotary
International, brandishing small American
flags, descended on the site in three tour
buses. The Rev. Duane Slade paid homage
to the passengers who went down fighting:
"We must recognize those who died to
save our country from even greater loss,"
he intoned, before leading the crowd in a
rendition of *God Bless America.*

The Rotarians then solemnly affixed
silk tulips to the chain-link fence that has
become a thriving impromptu memorial.
Well-wishers have left everything from
origami cranes to a United Airlines
uniform. The offerings are fiercely

protected by Shanksville's residents, who
eight months after the crash are still
finding shreds of airplane in their
backyards. "We see this as our calling, to
make sure this final resting place is well
kept," says Kim Friedline, who has cut
back her hours at the county courthouse
to stand sentry at the site several days a
week. "The families can't be here every
day, but we can."

Plans for a more permanent
memorial are beginning to take shape,
and as in New York City, passions are
running high. Seven landowners share
the 400-acre site, which was long ago
strip-mined for coal. In March a bill was
introduced in Congress to designate it a
national memorial, which would bring a
much needed infusion of funds to the
community. A formal planning committee
will be named in the next few months.

The announcement
can't come soon
enough for the locals,
who find the whole
process maddeningly
bureaucratic.
Meanwhile, a
garishness is
sweeping into town.
Flight 93 trinkets
are popping up
everywhere, including
Ida's Country Store on Main Street, and
visitors talk of touring the nation's
"disaster circuit"—ground zero, the
Pentagon, Oklahoma City and Columbine.

The families of victims consider
Shanksville first and foremost a mass
grave. When they speak of the site's
future, some invoke Arlington or
Gettysburg; others want their own
private place to mourn. But to most, a
memorial conveys a measure of finality
that is still too much to bear. "The shock
keeps me living in perpetual
rawness," says Kimi Beaven,
whose husband Alan
perished on Flight 93.
"As much as I would
love to put my heart
and mind around my
husband's final resting
place, I would far rather just
let it be the peaceful place that it
is; just let it be until I'm ready to
honor him."    —By Jodie Morse



**THEN AND NOW At the site of the crash,
above, visitors pile up mementos**

MC 00288