Tab 9

Exhibits from Deposition of Valencia M. McClatchey

THE PROGRESS, Clearfield, Curwensville, Philipsburg, Moshannon Valley, Pa., Thursday, September 12, 2002

# Woman who captured Flight 93 image struggles a year later

By Charles Sheehan
Associated Press Writer

SHANKSVILLE, Pa. (AP) — The horror unfolding on Val McClatchey's television the morning of Sept. 11 was just beginning to sink in when a violent blast outside cut the power to her home and blackened the screen.

Running outside, McClatchey, 46, captured with a digital camera the moment that the terrorist attacks, once hundreds of miles away, came to this western Pennsylvania town of 245 people. The time and date recorded on the image, however, marked the beginning of a tumultuous year for McClatchey. She came to the crash site, about a mile from her home, where she took the picture, to mark the anniversary with thousands of others Wednesday.

"I just felt that this was one of the only places I could kind of blend in and find some anonymity," she said. "It's been chaos since that day."

In the image, which has brought news crews to the front door and a limited amount of fame to McClatchey, a sinister black, mushroom-shaped cloud rises from an otherwise peaceful view of a farm with a painted red barn.

United Flight 93 crashed just outside Shanksville shortly after 10 a.m. on Sept. 11. Investigators say passengers aboard the Boeing 757 fought hijackers for control before the airliner crashed upside down in an open field, killing all 40 passengers and crew.

The picture is one of the few images of the crash, and within two weeks it had been purchased by major U.S. magazines including U.S. News & World Report, Newsweek, Time magazine and also by several major magazines in Europe.

But ripples from the family



pallets. I took real estate classes and got my license, but it's been hard."

The images McClatchey said she sold for $250 to $350 have not done much to help the couple financially.

Some residents of the region who wanted copies of the image have insisted on paying cash to cover costs of printing, and McClatchey said she has donated almost all of that money to the Todd M. Beamer Foundation, a fund named after one of the passengers aboard Flight 93 that aids children affected by the terrorist attacks.

But the McClatcheys say they are waiting to see what next year will bring, and they remain optimistic.

"It depends on how things go with the bankruptcy, but I know we are stronger people now than we were a year ago," she said. "This whole town is, but I think we're ready for a break."

attacks had an almost immediate effect on McClatchey, and her husband, John.

JCM Industries, a sawmill owned and operated by John McClatchey with 46 employees, was forced to file for bankruptcy on Sept. 20.

"After the attacks, insurance companies just didn't want to cover companies that did work that's considered risky," John McClatchey said. "We had always been able to get insurance, but things changed."

He said the attacks may not have been the sole reason for the collapse of his business, but they played a direct role.

"In the year after the attacks, with the sawmill gone, Val McClatchey's health would take a turn for the worse. She would need gallbladder surgery and tumors removed from her kidneys and liver.

"We're struggling," she said. "My husband got a job brokering

This image of the smoke cloud left by United Flight 93 after it crashed in a field in Shanksville on Sept. 11, 2001, was taken by Val McClatchey from the porch of her nearby home.

DEPOSITION EXHIBIT
McClatchey 1
ACES 5-14-06

## 9/11 REMEMBERED

**The Tribune-Democrat**
Johnstown, Pennsylvania • Wednesday, September 11, 2002

$3

# The Shanksville Story

## How a small town was changed forever





A plume of smoke emerges from United Flight 93, which crashed in a Shanksville cornfield on Sept. 11, 2001.

VAL McCLATCHEY/FOR THE TRIBUNE-DEMOCRAT

DEPOSITION EXHIBIT
McCLATCHEY 2
AKF xs 3-14-06

MC 00274

*'I hope I never come across anything like that again.'*



Val McClatchey of Indian Lake captured on film an image that may be remembered for decades.

DAVE LLOYD/
THE TRIBUNE-DEMOCRAT

# Tranquility shattered

**By MIKE MASTOVICH**
THE TRIBUNE-DEMOCRAT

By her own admission, Val McClatchey typically has bad luck with a camera.

"I have taken my share of photos of floors, ceilings and my pockets," said McClatchey, 46, a real estate agent from Indian Lake, a Somerset County community northeast of Shanksville.

At 10:06 a.m. on Sept. 11, McClatchey photographed an image that probably will be remembered for years, if not decades. The photo, taken almost immediately after Flight 93 crashed about a mile from her home, contrasts the rural beauty usually associated with this quiet community and the volatile result of a terrorist attack met by the heroic response of Flight 93's passengers and crew.

"I called it 'End of Serenity.' Life as we know it around here has completely gone," said McClatchey, whose photo has appeared in Time and Newsweek magazines and on the cover of The Washington Post magazine. "Some people say it's ominous beauty. It shows Pennsylvania, the red barns, the pasture. Then the symbol of

Please see TRANQUILITY, PAGE 10

Page 9 — The Tribune-Democrat, Johnstown, Pa. — Wednesday, September 11, 2002

To all those who have lost a friend,
To all those who have lost a family member,
To all those whose lives have been irreparably touched by this disaster,
Go our heartfelt condolences and wishes for a future that heals.

"The Gourmet Pizza Shop"
1749 Goucher St.
Westmont Shopping Center
255-7138

God Bless America

YANKEE SHOE REPAIR FACTORY, Inc.   230 Bedford St., Johnstown
The Name You Grew Up With...    814.536.7747



We salute the brave efforts of so many rescuers and survivors who put their lives in danger to save the lives of others. They show the true spirit of America, a spirit which will overcome the tragedies of September 11, 2001.

**Long View Motel** – Carl and Rose Sprock
7582 Lincoln Hwy., Central City • 754-4989



**I Pledge Allegiance**

*The flag symbolizes our hopes and reminds us of our freedom. It represents us as a people. Let it fly proudly amid the terrible events that have recently unfolded.*

**Niessner's Flowers**
(814) 266-9551

MC 00275

# TRANQUILITY

Continued from Page 9

the big black cloud is rising over everything."

As she watched television news reports of the events at the World Trade Center in New York and at the Pentagon outside Washington that morning, McClatchey heard a roar from a low-flying plane, followed by an intense explosion. The aftershock nearly knocked her off her living room couch.

From the front porch of her brick, ranch-style home, McClatchey saw a plume of dark smoke rising over the nearby hillside. Instinctively, she clicked her Hewlett-Packard 315 digital camera.

"I heard a very loud roar of an engine. As I turned, I caught a glimpse of the sun reflecting off the plane," she said. "All of a sudden, the explosion hit.

"I had the camera ready because a friend of mine is a helicopter pilot, and he was supposed to do a fly-by over our house, so I put the camera by the door."

In the photo's foreground, a bright red and white barn is nestled among a long row of trees on one side and a wire fence and shrubs on the other. Farther up a field, a white barn sits. A large, dark mushroom cloud divides the otherwise deep-blue sky.

"I saw what Val took. I saw it from my home," said Carole Duppstadt, owner of Duppstadt's Country Store nearby on Route 30. "The Earth shook. I thought our country was really blowing up."

McClatchey sells the copyrighted photograph for $20, donating the proceeds to The Todd M. Beamer Foundation named for one of the Flight 93 passengers who confronted the hijackers. The fund helps children and parents experiencing family trauma.

Through her photo, McClatchey said she had raised more than $5,000 for the foundation through July.

In addition to Newsweek (Dec. 3), Time (May 27) and The Washington Post magazine (May 12), the photo has appeared in two German magazines and several other publications. "End of Serenity" also was featured on The Learning Channel.

> McClatchey sells the copyrighted photograph for $20, donating the proceeds to The Todd M. Beamer Foundation.

The Library of Congress and Smithsonian National Museum of History, both in Washington, wrote McClatchey, asking for copies. TV's "Good Morning America" visited her in July to tape an upcoming segment, and "Reader's Digest" interviewed her for a story.

The attention has shocked McClatchey, who didn't see her photograph until a few days after it was shot. Electricity was out for hours after the crash.

When she initially attempted to download the image, McClatchey learned that her puppy had chewed a computer cord beyond repair. She and her husband, John, couldn't locate a replacement.

McClatchey then took her camera's memory card to the Pennsylvania State Police. The FBI showed up at her home shortly after to interview her.

"It was all just kind of a fluke. It was sheer dumb luck," McClatchey said. "But I hope I never come across anything like that again. The only pictures I'm taking now are of properties for sale."




**Honoring Our Heroes**

We remember those men, women and children who lost their lives on September 11, 2001. The many acts of patriotism demonstrated that day shall never be overshadowed by acts of terrorism. On behalf of the students, staff, faculty, administration, Foundation Board, and Board of Trustees, we honor the memory of the victims of Flight 93, the Pentagon, and the World Trade Center tragedies. Their courage and patriotism make us all proud to live freely in America.

**Cambria County Area Community College**



*Hope...* in the Face of Tragedy

**CARMEN'S Wholesale Tires**
Johnstown, Pennsylvania
(814) 266-3424




We salute the brave efforts of so many rescuers and survivors who put their lives in danger to save the lives of others. They show the true spirit of America, a spirit which will overcome the tragedies of September 11, 2001.

**Zepka Harley-Davidson**
960 Eisenhower Blvd.
Johnstown, PA 15904



"American Dreams" will never die. United we stand, one nation under God. We shall never forget 9-11 and our innocent brothers & sisters, alive and gone . . . . . our heroes . . . . . our American family. We pray, we grieve, we remember.

**AMERICAN DREAM**
REAL ESTATE, APPRAISALS & MANAGEMENT, INC.
(814) 262-SALE (7253)

Val Hudson, Broker/Owner   Valerie Ashbrook, Broker/Owner

MC 00276

## Valencia McClatchey

**From:** "Val McClatchey" <REDACTED
**To:** "Jones, Kathy" <REDACTED
**Sent:** Monday, November 26, 2001 2:58 PM
**Subject:** Re: Newsweek.com photo use confirmation

Dear Kathy,
Thank you for using my photo. It's an honor to be able to share it with others.

Please remit a fee of $100. for the use of "End of Serenity"
payable to :
Valencia MCClatchey
REDACTED

Sincerely,
Valencia McClatchey

----- Original Message -----
**From:** Jones, Kathy
**To:** REDACTED
**Sent:** Saturday, November 24, 2001 5:30 PM
**Subject:** Newsweek.com photo use confirmation

Hi Val- here it is:

This email is to confirm Newsweek's online use of your photo of the crash of Flight 93. The image was picked up from Newsweek's print edition dated Dec. 3, and will be online for not more than 14 days.

Please invoice me $100 ASAP. You can fax, REDACTED email the invoice to my address or mail to:

Kathy Jones
Photo Editor
Newsweek.com

REDACTED
REDACTED

thanks!

CONFIDENTIAL

DEPOSITION EXHIBIT 4
MCCLATCHEY
AKF 3-14-06

9/18/2005

MC 00010




REDACTED

VALENCIA MCCLATCHEY
REDACTED

11/26/2002





CONFIDENTIAL

MC 00188

| USNEW REDACTED | MCCLATCHEY-001 | REDACTED | | 11/26/2002 | $450.00 |
|---|---|---|---|---|---|
| INVOICE DATE | PURCHASE ORDER | INVOICE NUMBER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
| 11/13/2002 | | REDACTED | 450.00 | 0.00 | 450.00 |
| US News and World Report | | TOTAL | 450.00 | 0.00 | 450.00 |

RI   000172   122978



CONFIDENTIAL

MC 00189

## Val McClatchey

**From:** "Val McClatchey" < REDACTED
**To:** "Morlacci, Mike" < REDACTED
**Sent:** Wednesday, November 28, 2001 8:42 AM
**Attach:** Sept 11,.JPG
**Subject:** Re: End of Serenity Photo

Hi Mike,
As you requested,, here is the photo & my permission to use it. The more it is seen the better!!
Thanx so much,
Val

> ----- Original Message -----
> **From:** Morlacci, Mike
> **To:** 'Val McClatchey'
> **Sent:** Wednesday, November 28, 2001 8:23 AM
> **Subject:** RE: End of Serenity Photo
>
> Hi Val,
>
> I am seeking permission to use a reproduction fo the 'End of Serenity' photo within an online photo presentation about Flight 93 on our Web site.. We are a news site with 5 million monthly page views.. We are not seeking a profit from this, but are merely trying to further inform the public as additional information is revealed. Please check our special edition page:
> http://www.thepittsburghchannel.com/wtc/
>
> Added exposure could only help the cause..
>
> Thank you for your time and consideration,
>
> Mike Morlacci
>
> Managing Editor
>
> ThePittsburghChannel.com
>
> REDACTED
>
> e-mail:mmorlacci@thepittsburghchannel.com
>
> Free E-News Updates! Breaking News, Sports, Entertainment And More:
>
> http://www.thepittsburghchannel.com/news/email-newsletters.html
>
> > -----Original Message-----
> > **From:** Val McClatchey [mailto: REDACTED ]
> > **Sent:** Tuesday, November 27, 2001 8:07 PM
> > **To:** Morlacci, Mike
> > **Subject:** End of Serenity Photo
> >
> > Hello Mike,
> > This is Val mcClatchey. I understand that you are interested in posting the photo? I can be reached either by email REDACTED or by phone at REDACTED
> >
> > Sincerely,
> > Val

2/14/2002

CONFIDENTIAL

DEPOSITION EXHIBIT
McClatchey 25
AKF /s 3-14-06

MC 00058

Liberty Bound

DEPOSITION EXHIBIT
McClothey 27
AKT 3-14-06

10:03 AM – U93 Crashes in Pennsylvania



"12 Protesters at SMU" courtesy of Cliff Pearson

"Calgary Sign at Protest" courtesy of Blaine Machen

"War is Good For Business" Poster design & illustration by & courtesy of Seymour Chwast Special thanks to Carol Chu

"9/11, Iraq & Nazi Footage" courtesy of George Russell Collected by Rodney Cleaver & Misty McCann

"End of Serenety" courtesy of Val McClatchey

"Ledermann Interview & NYC" courtesy of Brian Fass

"Denver Union Station" courtesy of Douglas Bohm

"No Gulf War" courtesy of Fred Askew

"Hidden Wars of Desert Storm" courtesy of Gerard Ungerman

"DU Babies" courtesy of Hans de Jonge

"Oakland Incident" courtesy of Mike Paunovich

"San Francisco Day X" courtesy of Simon Sommerfeld





