# Tab 11

# Deposition of Charles Sheehan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALENCIA M. McCLATCHEY,        )
                               )
            Plaintiff,         )
                               )   CIVIL ACTION
        -vs-                   )   No. 05-145J
                               )
THE ASSOCIATED PRESS,          )
                               )
            Defendant.         )

DEPOSITION OF CHARLES SHEEHAN

MARCH 9, 2006 - 2:00 P.M.

      The deposition of CHARLES SHEEHAN, taken pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Jerry Satterlee, a Certified Shorthand Reporter duly qualified in the State of Illinois, at 181 West Madison Street, Suite 4500, Chicago, Illinios.

(THE WITNESS WAS DULY SWORN)

CHARLES SHEEHAN,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. SZPONDOWSKI:

    Q.    Can you please state and spell your name for the record?

    A.    Charles Sheehan. C-H-A-R-L-E-S. Sheehan is S-H-E-E-H-A-N.

    Q.    Mr. Sheehan, did you write an article about Valencia McClatchey in approximately 2002?

    A.    I did.

    Q.    Was that article based upon an interview that you did with her?

    A.    It was.

    Q.    I am going to show you what was previously marked as Plaintiff's Exhibit 10. If you could take a look at that and let me know if that is the article that you wrote?

    A.    Yes, it is.

    Q.    Did you provide the title on this article?

1  Q.  And how did you meet Valencia McClatchey?

3  A.  She was standing in a field about 800 yards from the crash site of United Airlines Flight 93.

6  Q.  And did you approach her or did she approach you?

8  A.  She approached me.

9  Q.  And do you recall what she said?

10  A.  I don't.

11  Q.  At what point did you decide to write an article about her?

13  A.  Within five minutes of speaking with her.

15  Q.  And why did you come to that conclusion?

17  A.  We wrote -- I personally wrote on that day as many as a half dozen stories, and we were looking for anything that might be of interest to newspaper readers on that day.

21  Q.  Can you describe for me what other types of stories you wrote on that day?

23  A.  Much of it concerned the victims who were also there that day.

1  Q. The victims' families?

2  A. Victims' families.

3  Q. Why did you think that Val McClatchey

4  might be of interest to newspaper readers?

5  A. Almost immediately.

6  Q. Why did you think so?

7  A. Why?

8  She had -- Her year, it seemed from

9  the date of this crash, from that point on seemed

10  to take a precipitous decline almost immediately

11  after September 11th, 2001, and for whatever

12  reason that coincided with that seemed

13  interesting to me.

14  Q. Did you have any sort of target market

15  in mind for the article?

16  MR. BERRY: Objection, form.

17  BY THE WITNESS:

18  A. No.

19  BY MS. SZPONDOWSKI:

20  Q. Had you seen her "End of Serenity"

21  photograph prior to the time that you met her?

22  A. No.

23  Q. So the first time that you saw it is

24  when she showed it to you?

1    Q.    In what context did you work with him?
2    MR. BERRY: Objection.
3 BY THE WITNESS:
4    A.    I was a reporter for The Associated Press and he, as far as I know, is currently a photographer for The Associated Press.
7 BY MS. SZPONDOWSKI:
8    Q.    How many times would you say the two of you worked together?
10   MR. BERRY: Objection, vagueness.
11         Did you mean on particular articles?
12 BY MS. SZPONDOWSKI:
13   Q.    On a particular article?
14   A.    I really can't say. Maybe -- I really can't say. I don't know. I worked with them for three years and there were numerous articles.
18   Q.    More than a hundred?
19   A.    Probably not.
20   Q.    More than fifty?
21   A.    I don't know.
22   MR. BERRY: Objection.
23 BY MS. SZPONDOWSKI:
24   Q.    How long did your interview in the

1  field last with Val McClatchey?
2     A.   Maybe ten minutes.
3     Q.   And can you tell me what the two of
4  you talked about during those ten minutes?
5     A.   We talked about this photo.  I forgot
6  the name you used to describe it.  But very
7  briefly about the photo and then about her and
8  her husband.
9     Q.   And their financial situation?
10    A.   Yes.
11    Q.   Was it your understanding that she had
12 a copyright on the photo, the "End of Serenity"
13 photograph?
14    MR. BERRY:  At that time?
15 BY MS. SZPONDOWSKI:
16    Q.   At that time.
17    A.   No.
18    Q.   Did that come up at all in the
19 conversation?
20    A.   Not that I recall.
21    Q.   And you mentioned that you spoke with
22 her on the phone also, correct?
23    A.   Correct.
24    Q.   When was that?

1  A. It was within several hours of the
2  initial interview.
3  Q. The same day?
4  A. Same day.
5  Q. How long did you speak to her on the
6  phone?
7  A. Half an hour perhaps.
8  Q. Can you tell me what you discussed
9  during that phone call?
10 A. More of the same, her health and we
11 talked about her husband.
12 Q. Anything else about the photograph?
13 A. I don't remember.
14 Q. And did you initiate that phone call
15 or did she?
16 A. I did.
17 Q. Why did you follow up with a phone
18 call?
19 A. During the initial interview, I was
20 pursuing a number of other stories at the same
21 time.
22 Q. And then did you decide to pursue an
23 article about her?
24 A. Yes.

```
 1         Q.    Do you know when he took this
 2   photograph?
 3         A.    I am not sure.  I think it was the
 4   same day that I spoke with her.
 5         MS. SZPONDOWSKI:  Mark this Plaintiff's
 6   Exhibit 24.
 7                 (The document was thereupon marked
 8                  for identification as Plaintiff's
 9                  Exhibit No. 24, as of 3/09/06.)
10   BY MS. SZPONDOWSKI:
11         Q.    Can you tell me if this was the
12   photograph that Val McClatchey showed you in the
13   field?
14         A.    It is the same image.  I don't
15   remember there being any writing on that image
16   when I saw it.
17         Q.    But this was the photograph?
18         A.    That was the photograph.
19         Q.    I give you what has previously been
20   marked as Plaintiff's Exhibit 4.  Do you know what
21   this is?
22         A.    No.
23         Q.    I am going to represent to you that
24   this is from the AP's database, and it was
```