IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE PRETRIAL STATEMENTS**

Plaintiff Valencia McClatchey, by and through her attorneys, hereby submits this motion for extension of time to file pretrial statements. In support of the motion, Plaintiff states as follows.

1. On January 27, 2006, this Court entered a Case Management Order and set the following relevant dates:

| | |
|---|---|
| Close of Fact Discovery | March 15, 2006 |
| Deadlines for Motions for Summary Judgment | May 15, 2006 |
| Plaintiff's pretrial narrative statement | June 2, 2006 |
| Defendant's pretrial narrative statement | June 26, 2006 |
| Joint statement re: magistrate judge | July 12, 2006 |

2. Since the Court's Case Management Order, the parties have completed Fact and Expert Discovery. On May 15, 2006, Defendant filed a motion for summary judgment. Plaintiff is currently working on a response which is due on, or

before, June 19, 2006. Defendant's reply is due in early July. Pursuant to the current schedule, both Plaintiff and Defendant will be preparing papers regarding summary judgment at the same time period that pretrial narrative statements are due (June 2nd and June 26th, respectively).

3.  Accordingly, Plaintiff seeks a short delay in the filing of the pretrial narrative statements so that the parties can concentrate on the summary judgment briefing. Plaintiff's proposed new dates are as follows:

| | |
|---|---|
| Plaintiff's pretrial narrative statement | June 30, 2006 |
| Defendant's pretrial narrative statement | July 24, 2006 |
| Joint statement re: magistrate judge | July 12, 2006 |

A proposed order is attached.

4.  Plaintiff's counsel contacted Defendant's counsel prior to filing this motion but the parties could not reach agreement on a revised schedule. Defendant's counsel agreed to a delay in the filing of the pretrial narrative statements, but wanted an indefinite delay until after the Court had ruled on the summary judgment motion. However, Plaintiff believes that only a short delay is warranted, thus placing the case in a position where it is ready to be set for trial once summary judgment is decided.

WHEREFORE, Plaintiff respectfully request that the Court grant a short delay in the filing of the pretrial narrative statements as indicated in the revised schedule above. Respectfully submitted,

                                 VALENCIA MCCLATCHEY

                                /s/Douglas M. Hall
                                Douglas M. Hall
                                Kara L. Szpondowski
                                Niro, Scavone, Haller & Niro
                                181 W. Madison, Suite 4600
                                Chicago, Illinois 60602
                                Phone: 312-236-0733
                                Fax: 312-236-3137

                                /s/John E. Hall
                                John E. Hall
                                Eckert Seamans Cherin & Mellott
                                600 Grant Street, 44th Floor
                                Pittsburgh, PA  15219
                                Phone: 412-566-1915
                                Fax: 412-566-6099

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENTS** was served upon the below-listed counsel of record:

**By Mail:**  Gayle C. Sproul
Levine Sullivan Koch & Schultz, LLP
2112 Walnut St., 3rd Floor
Philadelphia, PA 19013
Phone: (215) 988-9778

**By Facsimile and Mail:**  Robert Penchina
Levine Sullivan Koch & Schultz, LLP
230 Park Avenue
Suite 1160
New York, NY 10169
Phone: (212) 850-6100
Fax: (212) 850-6299

on this 30th day of May, 2006.

/s/John E. Hall
_____
John E. Hall