IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

AND NOW, this, _____ day of _____, 2006, IT IS ORDERED that discovery in this action shall be extended to the following dates:

| | |
|---|---|
| Plaintiff's pretrial narrative statement | June 30, 2006 |
| Defendant's pretrial narrative statement | July 24, 2006 |
| Joint statement re: magistrate judge | July 12, 2006 |

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson