IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 1st day of June, 2006, IT IS ORDERED that the Case Management Order shall be modified as follows:

The dates for the filing of Plaintiff's Pretrial Narrative Statement, Defendant's Pretrial Narrative Statement, and the Joint Statement Regarding Magistrate Judge are hereby postponed. If the Court denies the Motion of The Associated Press for Summary Judgment, in whole or in part, the parties must file their statements within the following number of days after the Court enters its order ruling on that Motion:

| | |
|---|---|
| Plaintiff's Pretrial Narrative Statement | 30 Days |
| Defendant's Pretrial Narrative Statement | 54 Days |
| Joint Statement Regarding Magistrate Judge | 70 Days |

BY THE COURT:

_Kim R. Gibson_
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

MCCLATCHEY v. ASSOCIATED PRESS                                       Doc. 25