FILE.--This image of the smoke cloud left by United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001, was taken by Val McClatchey from the porch of her nearby home. (AP Photo/FILE/Val McClatchey)

| | | | |
|---|---|---|---|
| Location | SHANKSVILLE, Pennsylvania United States | | |
| Creation Date | 09/11/2002 00:00:00 | Submit Date | 09/11/2002 20:30:07 |
| Special Instructions | NO SALES, SEPT. 11, 2001 FILE PHOTO, WIDE WORLD PHOTOS OUT | | |
| Credit | Associated Press, HO | Photographer | VAL MCCLATCHEY, Stringer |
| Object Name | SEPT 11 FLIGHT 93 IMAGE | Trans Reference Number | GJP101 |
| Caption Writer | HMB GJP | Signature | 6430495 |
| Negative Number | | Folder | /incoming/photo |

**EXHIBIT**

tabbies

6