

"End of Serenity" September 11, 2001

Valencia McClatchey copyright 2002

MC 00434

EXHIBIT 7