# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

230 PARK AVENUE, SUITE 1160
NEW YORK, NEW YORK 10169

(212) 850-6100
FACSIMILE (212) 850-6299

1050 17TH STREET, N.W., SUITE 800, WASHINGTON, D.C. 20036-5514
(202) 508-1100   FACSIMILE (202) 861-9888

2112 WALNUT STREET, THIRD FLOOR, PHILADELPHIA, PA 19103
(215) 988-9778   FACSIMILE (215) 988-9750

SETH D. BERLIN
JAY WARD BROWN
JAMES E. GROSSBERG*
ASHLEY I. KISSINGER*
ELIZABETH C. KOCH*
LEE LEVINE*
ROBERT PENCHINA
CELESTE PHILLIPS*
DAVID A. SCHULZ
NATHAN SIEGEL
GAYLE C. SPROUL
MICHAEL D. SULLIVAN*

NICOLE A. AUERBACH
JEANETTE MELENDEZ BEAD*
MICHAEL BERRY*
CHAD R. BOWMAN*
AUDREY CRITCHLEY*
THOMAS CURLEY*
ADAM J. RAPPAPORT*
ALIA L. SMITH

*Not Admitted In New York

WRITER'S DIRECT DIAL
212-850-6109

March 10, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Kara L. Szpondowski, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

Re:   Valencia M. McClatchey v. The Associated Press

Dear Ms. Szpondowski:

Following up on your recent inquiry, in September 2002, there were 1,128 newspaper members and subscribers, and 19 broadcast members and subscribers to AP's PhotoStream service. Those numbers were the same in January 2003. In January 2004, there were 1,143 newspaper members and subscribers, and 21 broadcast members and subscribers, to AP's PhotoStream service.

Very truly yours,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
Robert Penchina

EXHIBIT 10