29-AUG-03

Photo Archive System

List of users who downloaded the Image : APA6430495

| Login Id | User Name | Download Date | Bill Flag | AP Unit Id | Qty. | Amt. |
|---|---|---|---|---|---|---|
| canpress1 | CANADIAN PRESS - NO CHARGE | 30-JUN-03 | Y | CP | | 0 |
| aol | AMERICA ONLINE | 07-AUG-03 | Y | IS | | 25 |
| alhut1 | MICHAEL MERCIER | 08-AUG-03 | Y | NP | | 35 |
| aol | AMERICA ONLINE | 08-AUG-03 | Y | IS | | 25 |
| aol | AMERICA ONLINE | 09-SEP-03 | Y | IS | | 25 |
| aol | AMERICA ONLINE | 09-SEP-03 | N | IS | | 25 |
| aol | AMERICA ONLINE | 30-OCT-03 | Y | IS | | 25 |

EXHIBIT 11

AP00184

Dockets.Justia.com