**Meyer, Unkovic & Scott** LLP
ATTORNEYS AT LAW

RECEIVED
OCT 2 9 2003
AOL Legal Department

1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Tel: 412-456-2800
Fax: 412-456-2864
Web: www.muslaw.com

Writer's direct dial phone number and e-mail address:
412-456-2881 ~ dgo@muslaw.com

October 21, 2003

Jim Bramson, Esquire
Counsel
America Online, Inc.
22000 AOL Way
Dulles, VA 20166

    RE:    <u>Unauthorized Use of Copyrighted Work</u>

Dear Mr. Bramson:

    I serve as legal counsel to Valencia McClatchey, who holds a registered copyright on a photograph of the Flight 93 crash site that she took shortly after the tragic events of September 11, 2001 (the "Photograph"). A copy of the U.S. Copyright Office Certificate of Registration for the Photograph (Reg. No. VA 1-128-462), which has been entitled "End of Serenity" is enclosed, as is a copy of the Photograph.

    The copyrighted Photograph recently was included on the homepage for America Online, Inc. ("AOL") (www.aol.com) on at least August 8 and 9, 2002, without the permission of and any accreditation to Ms. McClatchey. Ms. McClatchey has permitted use of the Photograph by other media outlets, but only after careful consideration of the intended use of the Photograph and reaching individual agreements with such users. In many instances, Ms. McClatchey has received license fees and, in all cases, her ownership and authorship of the Photograph has been recognized. At no time has Ms. McClatchey tendered or dedicated the Photograph to the public domain.

    Therefore, on behalf of my client, I respectfully demand that AOL and its affiliates make no further use of the Photograph and delete all records and copies of the Photograph from AOL's records and computer files. I ask that you please confirm, on or before October 24, 2003 that AOL has taken this action.

    In addition, I further request that AOL provide information concerning (i) all days when the Photograph was displayed by AOL on its homepage or through related links, and (ii) the number of "hits" or times that the Photograph was viewed by users of the AOL homepage.

EXHIBIT 12

AP00002-A

Jim Bramson, Esquire
Page 2
October 21, 2003

     Ms. McClatchey reserves all rights that she may have in connection with AOL's unauthorized use of the Photograph, including but not limited to pursuit of a claim for copyright infringement.

Very truly yours,

David G. Oberdick

DGO/lam
Enclosures

cc:    Ms. Valencia M. McClatchey

#461343

AP00002-B



AP00002-C

AP00002-D



AMERICA ON
I N C O R P O R

VIA FIRST CLASS MAIL

January 22, 2004

David G. Oberdick, Esq.
Meyer, Urkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222-2304

Dear Mr. Oberdick:

Thank you for your letter dated October 31, 2003. A... respect... the intellectual property rights of others and has reviewed and addressed the concern... ... that letter.

We received your letter on October 29, 2003. The o... which AOL could have had access to the photo described in your letter was throu... ...nt between AOL and the Associated Press ("AP").

On October 31, 2003, I forwarded a copy of your lett... ...it mail to AP's attorney, George Galt. It is my understanding that Mr. Galt ha... ...ed you directly to follow up on your concerns.

We believe that the concerns raised in your letter hav... ...ed. Should you have any questions or concerns, please do not hesitate to conta...

Sincerely,

Roxanne Esch
Legal Specialist

cc: George Galt, Esq.

22000 AOL Way · Dulle...
www.aol.com

AP00001

**VIA FIRST CLASS MAIL**

January 22, 2004

David G. Oberdick, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222-2304

Dear Mr. Oberdick:

Thank you for your letter dated October 21, 2003. AOL respects the intellectual property rights of others and has reviewed and addressed the concerns you raised in that letter.

We received your letter on October 29, 2003. The only manner in which AOL could have had access to the photo described in your letter was through an agreement between AOL and the Associated Press ("AP").

On October 31, 2003, I forwarded a copy of your letter via overnight mail to AP's attorney, George Galt. It is my understanding that Mr. Galt has since contacted you directly to follow up on your concerns.

We believe that the concerns raised in your letter have been addressed. Should you have any questions or concerns, please do not hesitate to contact me again.

Sincerely,


Roxanne Esch
Legal Specialist

cc: George Galt, Esq.

AP00002