ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Action  No. 05-145J


------------------------------------------- x

VALENCIA M. McCLATCHEY,

                          Plaintiff,

      vs.

THE ASSOCIATED PRESS,

                          Defendant.

------------------------------------------- x



            DEPOSITION OF: GEORGE GALT

            January 19, 2006, 3:15 p.m.

**EXHIBIT**

tabbies'

16

1          THE WITNESS:   What is topic 3?

2     Q.     Topic 3 is in exhibit, I believe, 1.

3     A.     The AP's organizational structure,

okay.

5     Q.     The main question I want to ask is The

Associated Press is made up of, owned by United

States news outlets; is that correct?

8     A.     They are the bondholders of the

company, yes.

10    Q.     By "bondholders," what do you mean?

11    A.     They have, to the extent I understand

it completely, they have agreed to -- they have

obviously paid money for the creation of the

organization at some point in the past.  And I

believe that is they are bound to hold or to be

responsible for the debts of the corporation,

understanding the bond structure correctly.

18    Q.     So the United States members is news

publications that own The Associated Press are

responsible for the debts and the liabilities of The

Associated Press; is that correct?

22    A.     I believe so.  Yes.

23    Q.     Is it fair to describe The Associated

Press as a cooperative?

A.    I think that's one -- I mean, you know,
to the extent that that term "cooperative" has
any -- I don't know if it has any legal
significance.  I don't think it does.  But yes, it
is referred to colloquially as a not-for-profit
membership cooperative.  So, yes, you can use the
term.

Q.    Do you know what the benefits of The
Associated Press -- I'll use your words,
not-for-profit membership cooperative is to its
members and subscribers?

What are the main benefits?

A.    The main benefit is that they are
entitled to receive the news that the corporation
publishes within certain limitations.  I mean
there's geographic limitations to that and are
entitled to also provide news to the cooperative.

Q.    Is it fair to say that The Associated
Press allows the news organizations around the world
to pool their resources and reduce costs that they
would otherwise have to bear alone?

A.    I mean, I think, yes.  That's one way
to look at it.  It's a cost reduction, you know,
aggregation of resources.  You can have one

1    Associated Press reporter in Afghanistan instead of

2    The New York Times, The Washington Post, The L.A.

3    Times, et cetera, each having a reporter.

4                    (Initial disclosure of defendant

5            The Associated Press marked Plaintiff's

6            Exhibit 17 for identification as of this

7            date.)

8            Q.    I'm going to hand you what's going to

9    be marked as Plaintiff's Exhibit 17.  It is the Rule

10   26(a)(1) initial disclosures of defendant The

11   Associated Press.

12                    First question is, have you ever seen

13   this document?

14           A.    No.

15           Q.    No?

16           A.    No.

17           Q.    Are you familiar with what a Rule

18   26(a)(1) initial disclosure is?

19           A.    No.

20           Q.    Are you familiar with the fact that

21   insurance agreements must be produced pursuant to

22   Federal Rule of Civil Procedure 26(a)(1)?

23           A.    No, I'm not.  I'm not a litigator.  I

24   forgot all this after --