



Title: "WORLD TRADE CENTER CRASH"

Photographer: PATRICK SISON

Date: 9/11/2001

Location: New York, NY

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $1020.00

Description:

Plumes of smoke pour from the World Trade Center buildings in New York Tuesday, Sept. 11, 2001. Planes crashed into the upper floors of both World Trade Center towers minutes apart Tuesday in a horrific scene of explosions and fires that left gaping holes in the 110-story buildings. The Empire State building is seen in the foreground. (AP Photo/Patrick Sison)

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00380