

**Associated Press**

450 W. 33rd St.
New York, NY 10001

# AP PhotoStream Agreement

This is authorization to begin Associated Press PhotoStream service for use in **[Name of Member]**, published at **[City, State]**, hereinafter called the "Member," on **[Date]** or as soon thereafter as facilities can be arranged for delivery of service.

It is understood that:

1. The service consists of a selection of newsphotos transmitted daily by The Associated Press, hereinafter called "AP". All such photos are solely for publication in the Member's news columns.

2. AP will install and maintain an AP Server at Member. Member acknowledges and agrees that it has no right, title or interest in the AP Server, or in any software incorporated therein.

3. The assessment for this service is $**[Rate]** weekly.

4. The assessment may be changed by the AP board of directors. The service will continue until two years from the date written notice is given of intention to discontinue, but not less than two years from the beginning of service.

5. AP will not be responsible for transmission problems beyond its control but will undertake to correct problems as soon as possible.

6. All PhotoStream newsphotos remain the property of AP and when reproduced must carry a credit: "Associated Press Photo" or "AP Photo."

7. Member will promptly furnish to AP news pictures originating in its normal news protection area.

8. Member agrees that the AP Server and any related equipment supplied by AP will be included within the scope of insurance coverage maintained by Member against loss or damage to equipment, and against liability for personal injury.

9. No AP picture may be sold, syndicated, loaned or used for advertising or for trade without the written permission of AP.

10. This agreement is supplemental to the AP basic agreement with Member. It is binding on the successors and assigns of AP and Member.



EXHIBIT 18

AP00226

| Member accepts terms of this agreement by signing below: | | Accepted by The Associated Press: | |
|---|---|---|---|
| By: | _____ | By: | _____ |
| Name: | _____ | Name: | _____ |
| Title: | _____ | Title: | Senior Vice President |
| Date: | _____ | Date: | _____ |

9/30/03

AP00227