MCCLATCHEY v. ASSOCIATED PRESS                                                                 Doc. 29 Att. 19

AP Photo Archive - Terms and Conditions of Use                                              Page 1 of 4
Case 3:05-cv-00145-TFM    Document 29-20    Filed 06/19/2006    Page 1 of 4

[Terms of Use](#)

[Cust./Commercial Picture Buyers](#)

[Grant of Rights](#)

[Derivative Work](#)

[Model Releases](#)

[Copyright](#)

[Disclaimer](#)

[Governing Law](#)

# TERMS AND CONDITIONS OF USE

THE FOLLOWING TERMS AND CONDITIONS APPLY TO ANY FULL RESOLUTION IMAGE FILES, SCREEN RESOLUTION IMAGES OR THUMBNAILS DOWNLOADED OR COPIED FROM THE ASSOCIATED PRESS PHOTO ARCHIVE. IF YOU AGREE TO ALL OF THE FOLLOWING, CLICK ON THE "I AGREE" BUTTON AT THE BOTTOM OF THIS PAGE TO PROCEED TO THE ARCHIVE.

## TERMS OF USE
**AP Members and Subscribers**

1. Only U.S. members and World Services subscribers of The Associated Press in good standing may have access to the AP Photo Archive under the terms described on this page.

2. AP members and subscribers who download or copy images from the AP Photo Archive are obtaining only a license to use the image(s) as further described below. The Associated Press and its licensors retain all ownership and copyright privileges connected to the image(s).

3. For AP members who receive the AP PhotoStream service, this agreement supplements the AP PhotoStream agreement. For AP World Services subscribers, this agreement supplements the World Services contract. Photo service members and subscribers may use images downloaded from the AP Photo Archive subject to the same terms and conditions that apply to images delivered as part of their Photo service.

4. For AP members who do NOT receive an AP Photo service, and for AP PixL subscribers, downloading an image from the AP Photo Archive confers a license to publish that image ONE TIME ONLY in the AP member publication whose account will be billed for the license. The image may not be saved after publication in any form, whether in hard copy or on digital storage medium, that would permit the unauthorized republication, transfer, or any other use, private or commercial, of the image.

5. Any member or subscriber may only display an image downloaded or copied from the AP Photo Archive at an online (Internet or BBS) site if there is an active "Member Newspaper Online Service Agreement," or for World Services subscribers, an "Supplemental Online Service Agreement," with AP. For AP members who do NOT subscribe to the AP PhotoStream service but who do have active "Online" agreements, the ONE TIME ONLY license conferred by downloading or copying an image from the AP Photo Archive will include a ONE TIME

**EXHIBIT Plaintiff's 21**



EXHIBIT 19

AP00180

ONLY license for online reuse of the image.

6. A member or subscriber's license to use images from the Photo Archive expires immediately upon termination or suspension of the AP contract. At such time, the member or subscriber must immediately destroy all electronically stored copies of the images in its archives, as well as any prints, and confirm this to AP in writing within seven days.

7. Members and subscribers who download high-resolution images from the AP Photo Archive will be charged for each download. An invoice or draft, depending on current member/subscriber preference, will be issued monthly detailing by user each photo downloaded.

**AP/Wide World Photos Customers and Other Commercial Picture Buyers**

1. Only customers of AP/Wide World Photos in the United States and contractually authorized photo agencies and international commercial picture buyers in good standing, may have access to the AP Photo Archive under the terms described on this page.

2. AP/WWP customers and international commercial picture buyers who download or copy images from the AP Photo Archive are obtaining only a license to use the image(s) as further described below. Photo agencies are governed by their individual contracts with AP. The Associated Press and its licensors retain all ownership and copyright privileges connected to the image(s).

3. Downloading an image from the AP Photo Archive confers a license to publish that image ONE TIME ONLY. The image may not be saved after publication in any form, whether in hard copy or on digital storage medium, that would permit the unauthorized republication, transfer, or any other use, private or commercial, of the image.

4. To obtain reproduction rights to images in Photo Archive, commercial customers MUST contact AP and arrange and pay for such rights. In the United States, professional picture buyers should contact:

**AP/Wide World Photos**
50 Rockefeller Plaza,
New York, NY 10020
Phone: 212-621-1930
Fax:
E-mail:
Outside the United States, Contact Us.

AP00181

### GRANT OF RIGHTS

AP Photo Archive grants its users a personal, nontransferable, nonexclusive right to download images to use the images on one computer and with one user at a time. The images may be incorporated in materials for editorial publication only. Permission to make a one-time reproduction does not include the right to authorize others to make any further use of any image. ANY COPYING AND/OR MAKING OF EXTRA PRINTS IS FORBIDDEN.

No reproduction rights are granted or implied. Images from Photo Archive cannot be sold or distributed or used for advertising or purposes of trade unless written consent of each living person depicted, or if a minor, of his or her parent or guardian, shall be obtained, such consent to be provided to the AP and licensee.

If any use shall violate, or shall be claimed to violate, the rights of any person, firm or corporation, the licensee agrees to save harmless the AP from all liability, including reasonable counsel fees and expenses, which the AP may incur by reason thereof.

### DERIVATIVE WORK

Photos taken from the AP Photo Archive may be edited but their content shall not be distorted in any fashion.

### MODEL RELEASES

The Associated Press and Wide World Photos do not convey model releases. If necessary, it is the responsibility of the client to obtain release prior to usage.

### COPYRIGHT

Images from AP Photo Archive MUST carry the following credit:

- If used by an AP member or subscriber, the credit must read: **The Associated Press or AP.**
- If used by an AP/Wide World Photos customer, the credit must read: **AP/Wide World Photos.**

### DISCLAIMER

The Photo Archive web site and its contents are provided "as is." AP Photo Archive excludes to the fullest extent permitted by applicable law any warranty, express or implied, including, without limitation, any implied warranties of merchantability, satisfactory quality, or fitness for a particular purpose. Users, not AP Photo Archive, assume the entire cost of all necessary servicing, repair or correction due to the users use of this web site.

AP00182

Except as specifically stated in these Terms of Use, or elsewhere on this web site, or as otherwise required by applicable law, neither AP nor its directors, employees, licensors, content providers, affiliates or other representatives will be liable for damages of any kind (including, without limitation, lost profits, direct, indirect, compensatory, consequential, exemplary, special, incidental, or punitive damages) arising out of your use of, your inability to use, or the performance of this web site or the content whether or not we have been advised of the possibility of such damages.

**GOVERNING LAW**

Unless contractually stipulated otherwise, the interpretation of this agreement shall be governed by the laws of the State of New York, United States. In the event that any matter related to this agreement is brought to court, the Photo Archive user agrees to fully reimburse The Associated Press for its reasonable legal fees and disbursements if AP is successful in the suit. The Southern District of New York is designated as the jurisdiction for federal suits and New York County as the jurisdiction for state suits.

Copyright 1998. The Associated Press.

AP00183