

## AP Cropped



## AP Submitted

