# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-145J |
| ) | |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |

## APPENDIX TO DEFENDANT'S RESPONSE TO
## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

Robert Penchina (*Pro Hac Vice*)
230 Park Avenue, Suite 1160
New York, NY 10169
(212) 850-6100
(212) 850-6299 (Fax)

Gayle C. Sproul (I.D. No. 38833)
Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778
(215) 988-9750 (Fax)

*Attorneys for The Associated Press*

## TABLE OF CONTENTS

<u>TAB</u>

Supplemental Declaration of Robert Penchina ............................................................................1

Deposition of James R. Gerberich ..........................................................................................2

Deposition of Gene J. Puskar.................................................................................................3

Deposition of Charles Sheehan...............................................................................................4

Deposition of Valencia M. McClatchey ..................................................................................5

Exhibit 22 from Deposition of Valencia M. McClatchey............................................................6

Exhibit 29 from Deposition of Valencia M. McClatchey............................................................7