# Exhibits to Supplemental Declaration of Robert Penchina
## (*Continued*)

# EXHIBIT J

**DER SPIEGEL**
THE GERMAN NEWS MAGAZINE

THANK YOU!

With compliments

JOSEF CSALLOS – BARBARA BERRY
SPIEGEL-VERLAG PHOTO RESEARCH OFFICE
104 WEST 70TH STREET SUITE 11 F NEW YORK NY 10023
TELEPHONE (212) 580-2563 FAX (212) 580-2151
E-MAIL pix@spiegelphoto.com

**Serie**



Absturzstelle der United Airlines 93

Terrorist Jarrah | Opfer Burnett | Opfer Beamer

auf, um es womöglich als Waffe einzusetzen. Sie erzählt das ihrem Mann am Telefon. Die Opfer, viele, telefonieren.

Viermal telefoniert Thomas („Tom") Burnett, 38, Manager einer Medizintechnikfirma. Er ist auf dem Weg nach Hause, nach San Ramon, Kalifornien. Beim ersten Anruf um 9.40 Uhr sagt er seiner Frau Deena, die zu Hause in der Küche steht und im Fernsehen die brennenden Türme von New York sieht: „Nein, ich bin nicht okay. Ich sitze in einem entführten Flugzeug. Sie haben einen Mann erstochen und haben eine Bombe. Ruf die Behörden an." Dann hängt er auf.

Beim zweiten Anruf sagt Tom Burnett: Sie sind im Cockpit. Und er fragt seine Frau: Das mit dem World Trade Center, war das eine Passagiermaschine? Und als sie antwortet, sie wisse es nicht, sagt er: okay. Und hängt auf.

> „Nein, ich bin nicht okay. Ich sitze in einem entführten Flugzeug. Sie haben eine Bombe."

Beim dritten Anruf will Tom Burnett wieder nur die Neuigkeiten wissen, er pumpt, so sagt es seine Frau später, die Informationen ab. Sie erzählt vom Pentagon. Burnett hängt auf.

Beim vierten Anruf sagt er: „Okay, wir haben hier eine Gruppe zusammen, und wir werden etwas unternehmen." Seine Frau ruft dazwischen: Nein. Sie lernt an diesem Morgen, was Angst ist, nein, schreit sie, bleib sitzen, tu nichts. Aber er sagt: „Wenn sie diese Maschine zum Absturz bringen, müssen wir etwas tun." Dann hängt er auf. Für immer.

**NORDTURM, IM TREPPENHAUS, 40. ETAGE**
David Frank sagt die Stockwerke an. Im 40. sind er und sein blinder Freund, als die ersten Feuerwehrleute sich nach oben arbeiten, und Frank wundert sich darüber, welche Mengen an Ausrüstung sie mitschleppen: Äxte, Hacken, Schaufeln, feuerfeste Anzüge, Sauerstoffflaschen. Mehr als 30 Kilogramm, schätzt er. Sie wirken erschöpft. Im Treppenhaus bricht Beifall aus.

Fast jeder Feuerwehrmann schaut auf den Blinden, den Hund und seinen Freund und fragen, ob alles okay sei. Immer die gleiche Unterhaltung:

„Sind Sie in Ordnung?"

Hingson: „Mir geht es gut, danke."

An Frank gerichtet: „Und Sie sind bei ihm?"

Frank: „Ja, ich begleite ihn, wir sind okay, danke."

Etwa um 9.35 Uhr erreichen sie den zweiten Stock. Der Boden ist nass und rutschig, aber das Nasse riecht nicht nach Kerosin. Roselle schlürft gierig, es ist Wasser. Dann gehen sie die letzte Treppe hinab. Frank betrachtet das Chaos: Trümmerteile, Wandstücke, Deckenverkleidung liegt herum. Überall Wasser.

Unten stehen Polizisten und WTC-Angestellte: „Weitergehen, weitergehen." Sie nehmen den Ostausgang, der in ein Einkaufszentrum führt. Noch einmal einige Stufen nach oben, dann wieder herunter, durch einen schmalen, dunklen Gang. Am Ende ein Licht: der Himmel.

**AN BORD DER UNITED AIRLINES 93, 9.59 UHR**
In der Maschine beten in diesem Moment mindestens drei Männer das Vaterunser. Todd Beamer betet, 32 Jahre, Geschäftsmann aus New Jersey. Seit 9.47 Uhr, er konnte seine Familie nicht mehr erreichen, spricht er mit Lisa Jefferson, einer Vorgesetzten bei der Telefongesellschaft GTE. Er hat der fremden Stimme von seinen Kindern erzählt, von David, drei Jahre alt, von Andrew, ein Jahr. Hat Lisa Jefferson gebeten, seine Frau anzurufen mit letzten Grüßen und einem Liebesschwur.

Beamer hat auch von einem Plan der Passagiere erzählt, gegen die Terroristen aufzustehen. Und dass vorn im Gang Kapitän und Co-Pilot auf dem Boden lägen, mindestens verletzt, vielleicht tot. Und nun, es ist fast 9.58 Uhr, bestellt er sein Haus. „Vater unser im Himmel, geheiligt werde Dein Name ..."

Nach dem Gebet, Lisa Jefferson hat den Text im Chor mit Beamer gesprochen, ist er nicht mehr am Apparat, aber das Telefon noch auf Empfang. Sie hört jemanden sagen: „Seid ihr so weit, Jungs?", und dann: „Let's roll."

Was in den folgenden sieben Minuten geschieht, ist nicht bekannt. Die Telefone, nicht aufgelegt, übertragen abwechselnd Phasen der Stille, gefolgt von schrillen Schreien, dann Windgeräusche. Dann Stille.

Von 10.01 Uhr an verzeichnet der Voice-Recorder aus dem Cockpit Flüche und Schreie auf Englisch und Arabisch, Geräusche eines Kampfes, Tumult.

Der Pilot Ziad Jarrah ist auf diesen Kampf gut vorbereitet. In einem Fitnesscenter in Miami hat er sich alles beibringen lassen für den Nahkampf.

Er besuchte das Studio das erste Mal am 1. Mai 2001, das letzte Mal am 7. September, vier Tage vor dem Attentat. In diesen vier Monaten trainierte er 96-mal. Sein Trainer ist Bert Rodriguez, Meister in verschiedenen asiatischen Kampfkünsten, Ausbilder der Beamten der US-Drogenpolizei DEA.

MC 00258

# EXHIBIT K



Avec tous
nos remerciements

*with regards*

le service Photo

74, AVENUE DU MAINE - 75014 PARIS - TÉL. 01 44 10 10 10

MC 00270



MC 00271



Monde | 11 septembre 2001

# La douleur d'un village ordinaire

Shanksville, où s'est écrasé le quatrième avion suicide, a été l'oubliée du cataclysme du 11 septembre. Reportage.

DE NOTRE ENVOYÉ SPÉCIAL DOMINIQUE AUDIBERT

C'est une simple photo d'amateur, presque naïve, qui a l'intensité dramatique d'un document. Valencia Mac Clatchey l'a prise le 11 septembre 2001 du porche de sa maison, près du village de Shanksville, en Pennsylvanie. Ce matin-là, elle attend le passage d'un de ses amis, pilote amateur, qui doit survoler sa propriété en balançant des ailes pour lui dire bonjour. Valencia a déjà préparé son appareil photo et, lorsqu'elle entend un avion s'approcher à très basse altitude, elle sort. L'avion a déjà disparu derrière la colline, elle perçoit une énorme explosion, elle photographie par réflexe. Il est 10 h 6 du matin et quelque chose de terrible vient d'arriver. Le vol 93 d'United Airlines, le quatrième avion suicide détourné par les pirates de l'air, s'est écrasé au milieu d'une clairière avec 44 personnes à bord.

Sur la photo, on voit le moment où le destin bascule du bonheur tranquille à la malédiction. Il fait beau ce matin-là, le ciel est limpide, l'ambiance paisible et pure. Sur les champs verts en pente douce, on voit une grange, deux maisons rouges toutes pimpantes, une petite route de campagne au premier plan. Mais là-haut, derrière le rideau de sapins, un funeste champignon de fumée noire assombrit le ciel comme le signe du malheur.

A Manhattan et à Washington, c'est la panique. Après les deux avions fracassés sur les tours du World Trade Center et le troisième sur le Pentagone, le doute n'est plus permis. L'Amérique et le monde entier regardent avec effroi ces images d'horreur qui défilent en boucle. Mais, à Shanksville, c'est la stupeur. Personne ne veut croire que c'est le même malheur qui vient de s'abattre, ici, sur ce petit monde tranquille où jamais rien n'arrive. Ce matin-là, au breakfast, on déjeunait en paix en lisant le journal local, le *Daily American*, qui titrait sur la fin de l'été et les problèmes d'assainissement de la région. Deux heures plus tard, les 245 habitants du village ont découvert l'affliction et définitivement perdu leur innocence. Shanksville, par miracle, n'a pas eu un seul mort. Mais les victimes du vol 93, ces 44 Américains qui sont tombés ici après s'être battus jus-

« On se croyait protégés du malheur, comme tous les Américains... »

qu'au dernier instant contre les pirates de l'air, sont devenus « ses morts ».

Un an plus tard, c'est de nouveau l'été. Sur la petite route qui mène à Shanksville, le paysage évoque la Normandie. Des fermes rutilantes aux granges pleines de foin, de belles vaches dans les pâturages, des panneaux qui disent aux automobilistes de faire attention aux enfants. *« Bienvenue à Shanksville, une gentille petite ville ! »* annonce une pancarte à l'entrée du village niché dans un creux de verdure. Trois églises, un bureau de poste et une épicerie. S'il n'y avait le défilé incessant des voitures dont les conducteurs demandent leur chemin pour se rendre sur les lieux du drame, on pourrait croire que c'est la vie comme elle va. Solide, immuable et sans surprise.

Là où l'avion s'est écrasé, l'herbe a repoussé. Au premier regard on ne voit rien, sinon un drapeau américain en plein champ qui indique le point d'impact à la lisière de la forêt. L'avion s'y est désintégré à plus de 800 kilomètres à l'heure, avec un angle d'inclinaison à 45 degrés, ne laissant qu'un cratère noir et fumant de 8 mètres de profondeur. Pour retrouver la boîte noire, il a fallu creuser plus profond encore. Des passagers, on n'a rien retrouvé. Ou si peu. *« Ces pauvres gens ont été littéralement vaporisés*, explique Wally Miller, le coroner (médecin légiste) du comté. *Il n'y avait rien à mettre dans les cercueils. »* Mais, jusqu'au mois de mai encore, Wally Miller a cherché pour retrouver, accrochés dans les arbres, les derniers restes humains qui permettent l'identification par ADN. A l'embarquement, le poids des passagers du vol 93 représentait un peu plus de 3 tonnes. De ce qui restait de leurs corps, on a retrouvé à peine 300 kilos.

En leur mémoire, à la lisière du champ, on a planté 44 figurines en métal peint avec de petites ailes, baptisées « Angels of Freedom ». Sur un grand panneau dédié aux « Héros du vol 93 », les gens viennent écrire quelques mots, déposer des fleurs, un poème. Pour laisser une trace de leur passage et montrer qu'ils n'ont pas oublié. Kathy Schaffer porte un badge « Flight 93 ambassador » sur son anorak. Infirmière, mariée au chef des pompiers de Shanksville, elle vient ici deux fois par semaine pour accueillir les visiteurs et leur expliquer ce qu'ils ne peuvent plus voir. Ils sont une trentaine de Shanksville et des environs qui ont décidé d'assurer ce tour de garde. *« Regardez, dit-elle, c'est un endroit tranquille et simple. On se croyait protégés du malheur, comme tous les Américains, par les océans et par notre puissance... Et puis c'est arrivé et rien ne sera plus jamais pareil. »* Elle dit qu'ils sont tous partagés aujourd'hui entre le désir de tourner la page et le devoir de mémoire vis-à-vis des victimes, des visiteurs et du pays tout entier. Ils se sont battus comme des diables pour empêcher l'exploitation commerciale, pour interdire les marchands de souvenirs et préserver la dignité du lieu. Ted, professeur à

MC 00272



Il est 10 h 6 du matin et le vol 93 d'United Airlines vient de s'écraser. Des 44 passagers à bord, on ne retrouvera presque rien ■

Johnstown, est venu en voisin. Il se souvient du bruit de l'avion lorsqu'il est passé le 11 septembre au-dessus de son lycée, et il pense souvent qu'il aurait pu s'écraser sur eux. « *Cet endroit est terrible*, dit-il. *Je n'ai jamais été aussi ému depuis que j'ai vu le mémorial du Vietnam à Washington.* »

### La brutalité des gens du FBI

David Mac Call, 60 ans, ancien conseiller d'éducation, a fait partie de l'équipe qui s'est occupée des familles des victimes juste après le drame. Il les a vues dévastées, désemparées, en colère contre les terroristes, le gouvernement américain, les compagnies aériennes, contre le monde entier. Il a découvert son impuissance devant l'horreur. « *C'est la première tragédie collective que nous vivons ici*, explique-t-il. *Devant quelque chose d'aussi effroyable, on se sent totalement inutile. L'illusion de la sécurité a disparu. On vit désormais dans le même monde que vous, un monde où des choses comme ça peuvent arriver, et arrivent.* »

Ernie Stull, le maire de Shanksville, est un vieux de la vieille. A 78 ans, ce vétéran de la Seconde Guerre mondiale en a vu d'autres. Homme de peu de mots, il avoue qu'il a été bouleversé par la solidarité de ses concitoyens. « *Shanksville a toujours été un endroit où les gens dans la peine pouvaient compter sur les autres. Mais ce drame nous a rassemblés comme jamais.* » Jim Oliver, le rédacteur en chef du *Daily American*, confirme. « *L'élan de compassion a été très profond. Mais cet élan a été d'autant plus fort que les gens d'ici ont eu le sentiment d'être épargnés. Pendant les premières heures, ils étaient littéralement terrorisés.* » Glenn Kashurba, psychiatre-chef à l'hôpital de Somerset, la capitale du comté, en a mesuré les effets sur ses malades. « *Dans les premiers mois, il y a eu une aggravation générale : les déprimés étaient encore plus déprimés, les paranos encore plus paranos. Maintenant, il y a un désir général de revenir à la normale. Mais quelque chose reste gravé dans nos têtes. On sait maintenant qu'on est vulnérables, comme les autres, et que ce drame n'était pas un accident mais le commencement de quelque chose de long.* »

Wally Miller, le coroner, n'est pas homme à s'épancher. Grâce à sa longue fréquentation de la mort – il dirige aussi un « *funeral home* » à Somerset –, il sait que le deuil prend du temps et il refuse tout pathos sentimentaliste. « *C'est arrivé ici mais ça aurait pu arriver n'importe où ailleurs. Il n'y a pas de quoi jouer les héros. On a fait de notre mieux, c'est tout.* » Il a toujours su, lui, que le terrorisme existait et ne l'a pas découvert à cette occasion. « *Quand vous êtes le plus fort de la bande, un jour ou l'autre quelqu'un arrive et vous botte le cul. D'une certaine façon, c'est ce qui arrive aux Etats-Unis !* » dit-il sans détours. Il a détesté les manières de cow-boys des gens du FBI quand ils ont débarqué avec leur arrogance et leur brutalité. C'est lui qui a coordonné l'accueil des familles, lui qui les a réconfortées et protégées de la meute médiatique. C'est lui qui a tenu à poursuivre au maximum l'identification des restes humains, pour que les proches aient quelque chose à quoi se raccrocher. Mais quand la famille de l'un des quatre terroristes du vol 93 l'a joint du Liban pour s'étonner de ne pas avoir été appelée, Wally Miller l'a envoyée sur les roses. En lui conseillant de prendre plutôt contact avec ses chers amis du FBI ■

MC 00273