# Exhibits to Supplemental Declaration of Robert Penchina
## (*Continued*)

Dockets.Justia.com

# EXHIBIT L

Case 3:05-cv-00145-TFM   Document 32-5   Filed 06/29/2006   Page 2 of 4

# EXHIBIT L



