# Exhibits to Supplemental Declaration of Robert Penchina
*(Continued)*

# EXHIBIT M

A0537