Exhibits to Supplemental Declaration of Robert Penchina
(*Continued*)

Dockets.Justia.com

# EXHIBIT N



MC 00303



MC 00304