Exhibits to Supplemental Declaration of Robert Penchina
(*Continued*)

Dockets.Justia.com

# EXHIBIT N
# (continued)



File   Edit   View   Favorites   Tools   Help

Back   •   Search   Favorites   Media

Address http://www.apphotographs.com/about_photos.html   Go   Links »

**IPHOTOART**

ABOUT:
- The AP Collection
- The Photographs
- iPHOTOART

AP LIMITED EDITIONS

AP PULITZERS

SEARCH

PHOTOGRAPHER BIOS

CONTACT US

HOME

To order
a photograph,
or for
dealer inquiries,
please call:
**800.417.7625**
(M-F, 9AM-5PM EST)
or email:
sales@iphotoart.com

**Associated Press**
Collection

LIMITED EDITION PHOTOGRAPHIC PRINTS

**About The Photographs**

IPHOTOART proudly offers select historic images from The Associated Press as Limited Edition photographic prints. The Associated Press limited editions published by IPHOTOART are silver gelatin photographs printed by hand in a custom photo darkroom in New York City. Black and white photographs are archivally printed on double-weight, fiber-based paper. Color photographs are hand-printed on resin-coated (RC) paper. Limited edition photographs are printed directly from the original camera negative, when available, or when the original negative doesn't exist or is damaged, from a dupe or copy negative housed in The Associated Press archive.

Occasionally, when only a digital file is available, we utilize the latest model of LightJet printer, a laser film recorder, which renders prints that have no dots - only continuous tone pixels. These digital prints are printed on Fuji Crystal Archive© photographic paper, which is rated for longevity at 61 years or more. The result is a true photographic print on a paper that also could have been exposed in a traditional enlarger.

Limited edition photographs are printed with not less than a 3/4" border top and sides and not less than a 1 1/2" border at the bottom. Each limited edition photographic print is hand-numbered and embossed with The Associated Press or Pulitzer Prize-winner limited edition seal and comes with a hand-numbered Certificate of Authenticity. Select limited edition photographs are signed by the photographer. Typical edition size is 250 plus artist's proof and publisher's proof editions, although many of the Pulitzer Prize Collection photographs feature a much smaller edition size. Click any thumbnail to see the size a particular limited edition photograph is printed and other details of the edition.

Pricing and availability subject to change without notice.
For current information, please call 800.417.7625 or email: sales@iphotoart.com

MC 00305

