# Exhibits to Supplemental Declaration of Robert Penchina
## (*Continued*)

# EXHIBIT O

# The Washington Post

## AGREEMENT with FREELANCE CONTRIBUTORS

This Agreement is intended to cover any and all Works (hereinafter "the Work") you create for use by The Washington Post (hereinafter "The Post"), or otherwise license for use by The Post.

You and The Post agree to the following terms:

1. In exchange for payment to you for each Work accepted by The Post, you agree to give The Post exclusive, first-time print publication rights to the Work (if applicable), as well as the subsequent non-exclusive right to reproduce, distribute, adapt or display the Work for any purpose and in any manner or medium worldwide during the copyright term of the Work, without additional compensation. The non-exclusive rights granted may be exercised in any form or media in which the Work may be reproduced, published, distributed or displayed (including but not limited to compilations, microfilm, library databases, videotext, computer databases, CD-ROM and the Internet). Provided, however, this non-exclusive license limits The Post's use, transfer or sublicense of the Work to inclusion in works that are marketed, distributed and/or grouped under or in association with The Post's name or brand. This non-exclusive license does not give The Post the right to republish the Work in the International Herald Tribune or to distribute the Work through the Los Angeles Times-Washington Post News Service.

2. Other than the rights granted to The Post set forth above, you own the rights to and are free to sell or license the Work elsewhere following publication in The Washington Post newspaper. Any income from such sale or licensing belongs to you. Third-parties contacting the Post for permission to use individual Works will continue to be referred to you for purposes of such sale or licensing.

3. You represent and warrant that the Work is your creation and that The Post's reproduction and distribution of the Work will not violate any copyright or other right of any third party.

*We can not accept an agreement that has been adjusted without prior authorization from your editor.*

Payee — VALENCIA MCCLATCHEY

Authorized Signature — Valencia McClatchey

Date — 3/11/02

Full Name of the person that signed — VALENCIA MC CLATCHEY

Social Security or Federal ID Number — _____

Street Address _____ Apt _____

City _____ State _____ Zipcode _____

Please return by mail or by fax to:
The Washington Post
1150-15th Street, NW
Washington, DC 20071
Attn: EMILIE SOMMER

Questions?
Contact: Michele Capots at

**CONFIDENTIAL**

MC 00038

# EXHIBIT P

**Meyer, Unkovic & Scott LLP**
ATTORNEYS AT LAW

RECEIVED
OCT 2 9 2003
AOL Legal Department

1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304

Writer's direct dial phone number and e-mail address:

October 21, 2003

Jim Bramson, Esquire
Counsel
America Online, Inc.
22000 AOL Way
Dulles, VA  20166

RE:   **Unauthorized Use of Copyrighted Work**

Dear Mr. Bramson:

I serve as legal counsel to Valencia McClatchey, who holds a registered copyright on a photograph of the Flight 93 crash site that she took shortly after the tragic events of September 11, 2001 (the "Photograph"). A copy of the U.S. Copyright Office Certificate of Registration for the Photograph (Reg. No. VA 1-128-462), which has been entitled "End of Serenity" is enclosed, as is a copy of the Photograph.

The copyrighted Photograph recently was included on the homepage for America Online, Inc. ("AOL") (www.aol.com) on at least August 8 and 9, 2002, without the permission of and any accreditation to Ms. McClatchey. Ms. McClatchey has permitted use of the Photograph by other media outlets, but only after careful consideration of the intended use of the Photograph and reaching individual agreements with such users. In many instances, Ms. McClatchey has received license fees and, in all cases, her ownership and authorship of the Photograph has been recognized. At no time has Ms. McClatchey tendered or dedicated the Photograph to the public domain.

Therefore, on behalf of my client, I respectfully demand that AOL and its affiliates make no further use of the Photograph and delete all records and copies of the Photograph from AOL's records and computer files. I ask that you please confirm, on or before October 24, 2003 that AOL has taken this action.

In addition, I further request that AOL provide information concerning (i) all days when the Photograph was displayed by AOL on its homepage or through related links, and (ii) the number of "hits" or times that the Photograph was viewed by users of the AOL homepage.

AP00002-A

Case 3:05-cv-00145-TFM   Document 32-9   Filed 06/29/2006   Page 6 of 8

AP00002-B

Jim Bramson, Esquire
Page 2
October 21, 2003

    Ms. McClatchey reserves all rights that she may have in connection with AOL's unauthorized use of the Photograph, including but not limited to pursuit of a claim for copyright infringement.

                                        Very truly yours,

                                        David G. Oberdick

DGO/lam
Enclosures

cc:    Ms. Valencia M. McClatchey

#461343





AP00002-D