IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE ASSOCIATED PRESS,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 05-145J<br><br>**JURY TRIAL DEMANDED** |

**MOTION OF THE ASSOCIATED PRESS
FOR LEAVE TO FILE A REPLY MEMORANDUM**

The Associated Press ("AP") respectfully moves for leave to file a Reply Memorandum in Support of its Motion for Summary Judgment. The Reply Memorandum, which is attached hereto as Exhibit A, is necessary to address factual matters and rebut points of law raised in Plaintiff's Response to AP's motion and that were not discussed in AP's initial brief.

Dated: June 29, 2006

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By:   /s/ Robert Penchina
Robert Penchina (*Pro Hac Vice*)
230 Park Avenue, Suite 1160
New York, NY 10169
(212) 850-6100
(212) 850-6299 (Fax)

Gayle C. Sproul, I.D. No. 38833
Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778
(215) 988-9750 (Fax)

*Attorneys for The Associated Press*

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on this 29th day of June, 2006, I caused to be served a true and correct copy of the foregoing Motion of The Associated Press for Leave to File a Reply Memorandum via the Court's ECF system, upon the following counsel of record:

>Douglas M. Hall
>Kara L. Szpondowski
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>
>John E. Hall
>Eckert Seamans Cherin & Mellott, LLC
>USX Tower
>600 Grant Street, 44th Floor
>Pittsburgh, Pennsylvania 15219

>/s/ Michael Berry
>Michael Berry