IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED, upon consideration of the Motion of The Associated Press for Leave to File a Reply Memorandum, and any response thereto, that the Motion is GRANTED, and the Reply Memorandum attached as an Exhibit to the Motion shall be deemed filed.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson