IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, this 2nd day of August, 2006, it is hereby ORDERED, upon consideration of the Motion of The Associated Press for Leave to File a Reply Memorandum, and any response thereto, that the Motion is GRANTED, and the Reply Memorandum attached as an Exhibit to the Motion shall be deemed filed.

MCCLATCHEY v. ASSOCIATED PRESS

BY THE COURT:

Kim R. Gibson

UNITED STATES DISTRICT JUDGE
The Honorable Kim R. Gibson

Doc. 34