IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF ADDRESS CHANGE

Please take notice that the address for Robert Penchina, attorney for Defendant The Associated Press, has changed. Mr. Penchina's new address is:

> Levine Sullivan Koch & Schulz, L.L.P.
> 321 West 44th Street, Suite 510
> New York, NY 10036
> Telephone: (212) 850-6100
> Facsimile: (212) 850-6299

Dated: January 25, 2007               Respectfully submitted,

                                      LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                      /s/ Michael Berry
                                      Robert Penchina (*Pro Hac Vice*)
                                      321 West 44th Street, Suite 510
                                      New York, NY 10036
                                      (212) 850-6100
                                      (212) 850-6299 (Fax)

                                      Gayle C. Sproul, I.D. No. 38833
                                      Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
                                      2112 Walnut Street, Third Floor
                                      Philadelphia, Pennsylvania 19103
                                      (215) 988-9778
                                      (215) 988-9750 (Fax)

                                      *Attorneys for The Associated Press*