## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on this 25th day of January, 2007, I caused to be served a true and correct copy of the foregoing Defendant The Associated Press's Notice of Change of Address via the Court's ECF system, upon the following counsel of record:

> Douglas M. Hall
> Kara L. Szpondowski
> Niro, Scavone, Haller & Niro
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602-4515
> Fax: 312-236-3137
>
> John E. Hall
> Eckert Seamans Cherin & Mellott, LLC
> USX Tower
> 600 Grant Street, 44th Floor
> Pittsburgh, Pennsylvania 15219
> Fax: 412-566-6099

> */s/ Michael Berry*
> Michael Berry