IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATHCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 3:2005-145 |
| v. ) | |
| ) | JUDGE GIBSON |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**AND NOW,** this 21st day of February, 2007, upon *sua sponte* review of the pleadings in this matter, the Court finds that there is no basis for recusal because of personal bias or prejudice pursuant to 28 U.S.C. § 455(b), but finds that there is a basis for recusal because the Court's "impartiality might reasonably be questioned." 28 U.S.C. § 455(a).

Therefore, IT IS HEREBY ORDERED THAT the Clerk of Court is directed to re-assign this matter to another Judge.

BY THE COURT:

*/s/ Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

MCCLATCHEY v. ASSOCIATED PRESS                                                                                          Doc. 37