# EXHIBIT A

# TO

# PLAINTIFF'S PRETRIAL STATEMENT

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-00145J |
| v. ) | The Honorable Terence F. McVerry |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| Name | From | To |
|---|---|---|
| James R. Gerberich (01/19/2006) | Page 8 line 4 | Page 8 line 8 |
| | Page 8 line 14 | Page 8 line 24 |
| | Page 9 line 1 | Page 9 line 19 |
| | Page 10 line 8 | Page 10 line 24 |
| | Page 11 line 1 | Page 11 line 15 |
| | Page 15 line 4 | Page 15 line 24 |
| | Page 22 line 18 | Page 22 line 24 |
| | Page 23 line 1 | Page 23 line 24 |
| | Page 24 line 1 | Page 24 line 12 |
| | Page 24 line 16 | Page 24 line 24 |
| | Page 25 line 1 | Page 25 line 13 |
| | Page 25 line17 | Page 25 line 21 |
| | Page 26 line 20 | Page 26 line 23 |
| | Page 29 line 14 | Page 11 line 24 |
| | Page 30 line 1 | Page 30 line 5 |
| | Page 30 line 10 | Page 30 line 17 |
| | Page 31 line 7 | Page 31 line 24 |
| | Page 32 line 1 | Page 32 line 12 |
| | Page 43 line 5 | Page 43 line 24 |
| | Page 44 line 1 | Page 44 line 2 |
| | Page 45 line 1 | Page 45 line 24 |
| | Page 46 line1 | Page 46 line 24 |
| | Page 47 line 1 | Page 47 line 2 |
| | Page 47 line 11 | Page 47 line 18 |
| | Page 48 line 15 | Page 48 line 18 |

EXHIBIT

tabbies

A

| Name | From | To |
|---|---|---|
| | Page 48 line 23 | Page 48 line 24 |
| | Page 49 line 1 | Page 47 line 2 |
| | Page 49 line 5 | Page 49 line 10 |
| | Page 49 line 17 | Page 49 line 24 |
| | Page 50 line 1 | Page 50 line 13 |
| | Page 50 line 22 | Page 50 line 24 |
| | Page 51 line 1 | Page 51 line 24 |
| | Page 52 line 1 | Page 52 line 13 |
| | Page 52 line 19 | Page 52 line 24 |
| | Page 53 line 1 | Page 53 line 24 |
| | Page 54 line 1 | Page 54 line 9 |
| | Page 54 line 24 | |
| | Page 55 line 1 | Page 55 line 23 |
| | Page 56 line 1 | Page 56 line 24 |
| | Page 57 line 1 | |
| | Page 58 line 5 | Page 58 line 24 |
| | Page 59 line 1 | Page 59 line 24 |
| | Page 60 line 1 | Page 60 line 2 |
| | Page 61 line 3 | Page 61 line 11 |
| | Page 61 line 21 | Page 61 line 24 |
| | Page 62 line 1 | Page 62 line 24 |
| | Page 63 line 1 | Page 63 line 24 |
| | Page 64 line 1 | Page 64 line 5 |
| | Page 64 line 11 | Page 64 line 24 |
| | Page 65 line 1 | |
| | Page 65 line 22 | Page 65 line 24 |
| | Page 66 line 1 | Page 66 line 11 |
| | Page 66 line 21 | Page 66 line 24 |
| | Page 67 line 1 | Page 67 line 24 |
| | Page 68 line 1 | Page 68 line 19 |
| | Page 69 line 1 | Page 69 line 7 |
| | Page 74 line 5 | Page 74 line 24 |
| | Page 75 line 1 | Page 75 line 24 |
| | Page 76 line 1 | Page 76 line 22 |
| | Page 77 line 10 | Page 77 line 24 |
| | Page 78 line 1 | Page 78 line 10 |
| | Page 80 line 18 | Page 80 line 24 |
| | Page 81 line 1 | Page 81 line 24 |
| | Page 82 line 1 | Page 82 line 24 |
| | Page 83 line 1 | |
| | Page 83 line 14 | Page 83 line 24 |
| | Page 84 line 1 | Page 84 line 9 |
| | Page 84 line 12 | Page 84 line 24 |
| | Page 85 line 1 | Page 85 line 4 |

| Name | From | To |
|---|---|---|
| | Page 85 line 6 | Page 85 line 24 |
| | Page 86 line 1 | |
| | Page 86 line 19 | Page 86 line 24 |
| | Page 87 line 1 | |
| | Page 88 line 4 | Page 88 line 24 |
| | Page 89 line 1 | Page 89 line 22 |
| | Page 90 line 20 | Page 90 line 23 |
| | Page 91 line 9 | Page 91 line 24 |
| | Page 92 line 1 | Page 92 line 5 |
| | Page 92 line 13 | Page 92 line 24 |
| | Page 93 line 1 | Page 93 line 11 |
| | Page 94 line 13 | Page 94 line 24 |
| | Page 95 line 1 | Page 94 line 24 |
| | Page 96 line 1 | Page 96 line 24 |
| | Page 97 line 1 | Page 97 line 24 |
| | Page 98 line 4 | Page 98 line 9 |
| | Page 101 line 12 | Page 101 line 24 |
| | Page 102 line 1 | Page 102 line 10 |
| | Page 103 line 12 | Page 103 line 24 |
| | Page 104 line 1 | Page 104 line 22 |
| | Page 105 line 16 | Page 104 line 24 |
| | Page 106 line 1 | Page 104 line 24 |
| | Page 107 line 1 | Page 107 line 21 |
| | Page 108 line 8 | Page 108 line 24 |
| | Page 109 line 1 | Page 109 line 24 |
| | Page 110 line1 | Page 110 line 20 |
| | Page 112 line2 | Page 112 line24 |
| | Page 113 line1 | Page 113 line24 |
| | Page 114 line1 | Page 114 line 4 |
| | Page 116 line15 | Page 116 line24 |
| | Page 117 line1 | Page 117 line24 |
| | Page 118 line1 | Page 118 line24 |
| | Page 119 line 1 | Page 119 line 22 |
| | Page 120 line 5 | Page 120 line 24 |
| | Page 121 line1 | Page 121 line 3 |
| | Page 121 line19 | Page 121 line 23 |
| | Page 122 line 3 | Page 122 line 24 |
| | Page 123 line1 | Page 123 line 19 |
| | Page 125 line 2 | Page 125 line 16 |
| | Page 125 line 20 | Page 125 line 24 |
| | Page 126 line 1 | Page 126 line 24 |
| | Page 127 line 1 | Page 127 line 24 |
| | Page 128 line1 | Page 128 line15 |
| | Page 129 line 4 | Page 129 line 9 |

| Name | From | To |
|---|---|---|
| | Page 130 line14 | Page 130 line 24 |
| | Page 131 line 1 | Page 131 line 11 |
| | Page 131 line 16 | Page 131 line 24 |
| | Page 132 line 1 | Page 132 line 7 |
| | Page 132 line 16 | Page 132 line 24 |
| | Page 133 line 1 | Page 133 line 24 |
| | Page 134 line 1 | |
| | Page 134 line 14 | Page 134 line 24 |
| | Page 135 line 1 | Page 135 line 24 |
| | Page 136 line 1 | Page 136 line 7 |
| | Page 137 line 22 | Page 137 line 24 |
| | Page 138 line 1 | Page 138 line 24 |
| | Page 139 line 1 | Page 139 line 20 |
| | Page 140 line 1 | Page 140 line 24 |
| | Page 141 line 1 | Page 141 line 3 |
| | Page 142 line 10 | Page 142 line 17 |
| | Page 143 line 2 | Page 143 line 19 |
| | Page 144 line 9 | Page 144 line 18 |
| | Page 144 line 24 | |
| | Page 145 line 1 | Page 145 line 24 |
| | Page 146 line 1 | Page 146 line 24 |
| | Page 147 line 1 | Page 147 line 8 |
| | Page 147 line 22 | Page 147 line 24 |
| | Page 148 line 1 | Page 148 line 10 |
| | Page 149 line 11 | Page 149 line 24 |
| | Page 150 line 1 | Page 150 line 3 |
| | Page 150 line 16 | Page 150 line 21 |
| | Page 152 line 15 | Page 152 line 24 |
| | Page 153 line 1 | |
| | Page 153 line 5 | Page 153 line 11 |
| | Page 153 line 19 | Page 153 line 24 |
| | Page 154 line 1 | Page 154 line 23 |
| | Page 156 line 16 | Page 156 line 24 |
| | Page 157 line 1 | Page 157 line 10 |
| | Page 157 line 15 | Page 157 line 24 |
| | Page 158 line 1 | Page 158 line 3 |
| | Page 162 line 5 | Page 162 line 8 |
| | Page 163 line 23 | Page 163 line 24 |
| | Page 164 line 1 | Page 164 line 24 |
| | Page 165 line 1 | Page 165 line 8 |
| | | |
| **David AKE 01/20/2006** | Page 6 line 4 | Page 6 line 8 |

| Name | From | To |
|---|---|---|
|  | Page 7 line 5 | Page 7 line 24 |
|  | Page 8 line 1 | Page 8 line 20 |
|  | Page 16 line 5 | Page 16 line 24 |
|  | Page 17 line 1 | Page 17 line 12 |
|  | Page 18 line 19 | Page 18 line 24 |
|  | Page 19 line 1 | Page 19 line 24 |
|  | Page 20 line 1 | Page 20 line 8 |
|  | Page 20 line 11 | Page 20 line 24 |
|  | Page 21 line 1 | Page 21 line 24 |
|  | Page 22 line 1 | Page 22 line 2 |
|  | Page 22 line 18 | Page 22 line 24 |
|  | Page 23 line 1 | Page 23 line 24 |
|  | Page 24 line 1 | Page 24 line 11 |
|  | Page 24 line 16 | Page 24 line 24 |
|  | Page 25 line 1 | Page 25 line 3 |
|  | Page 27 line 24 |  |
|  | Page 28 line 1 | Page 28 line 13 |
|  | Page 28 line 21 | Page 28 line 24 |
|  | Page 29 line 1 | Page 29 line 24 |
|  | Page 30 line 11 | Page 30 line 24 |
|  | Page 31 line 1 | Page 31 line 3 |
|  | Page 31 line 17 | Page 31 line 24 |
|  | Page 32 line 1 | Page 32 line 24 |
|  | Page 33 line 5 | Page 33 line 14 |
|  | Page 33 line 18 | Page 33 line 24 |
|  | Page 34 line 1 | Page 34 line 18 |
|  | Page 35 line 10 | Page 35 line 24 |
|  | Page 36 line 1 | Page 36 line 13 |
|  | Page 36 line 22 | Page 36 line 24 |
|  | Page 37 line 1 | Page 37 line 7 |
|  | Page 38 line 17 | Page 38 line 21 |
|  | Page 39 line 2 | Page 39 line 24 |
|  | Page 40 line 1 | Page 7 line 24 |
|  | Page 41 line 1 | Page 41 line 24 |
|  | Page 42 line 1 | Page 42 line 7 |
|  | Page 42 line 10 | Page 42 line 24 |
|  | Page 43 line |  |
|  | Page 44 line 10 | Page 44 line 24 |
|  | Page 45 line 1 | Page 45 line 7 |
|  | Page 45 line 19 | Page 45 line 24 |
|  | Page 46 line 5 | Page 46 line 24 |
|  | Page 47 line 1 | Page 47 line 20 |

| Name | From | To |
|---|---|---|
| | Page 48 line 15 | Page 48 line 24 |
| | Page 49 line 1 | Page 49 line 6 |
| | Page 51 line 1 | Page 51 line 24 |
| | Page 52 line 1 | Page 52 line 24 |
| | Page 53 line 1 | Page 53 line 24 |
| | Page 54 line 1 | Page 54 line 24 |
| | Page 55 line 1 | Page 55 line 6 |
| | | |
| **Gene Puskar 3/15/2006** | Page 4 line 8 | Page 4 line 25 |
| | Page 5 line 1 | Page 5 line 9 |
| | Page 8 line 20 | Page 8 line 25 |
| | Page 9 line 1 | Page 9 line 10 |
| | Page 11 line 8 | Page 11 line 25 |
| | Page 12 line 1 | Page 4 line 25 |
| | Page 13 line 1 | Page 13 line 25 |
| | Page 14 line 1 | Page 14 line 25 |
| | Page 15 line 1 | Page 15 line 22 |
| | Page 18 line 9 | Page 18 line 25 |
| | Page 19 line 1 | Page 19 line 25 |
| | Page 20 line 1 | Page 20 line 25 |
| | Page 21 line 1 | Page 21 line 25 |
| | Page 22 line 1 | Page 22 line 25 |
| | Page 23 line 1 | Page 23 line 25 |
| | Page 24 line 1 | Page 24 line 25 |
| | Page 25 line 1 | Page 25 line 25 |
| | Page 26 line 1 | Page 26 line 16 |
| | Page 26 line 21 | Page 26 line 25 |
| | Page 27 line 1 | Page 27 line 25 |
| | Page 28 line 1 | Page 28 line 5 |
| | Page 28 line 13 | |
| | Page 28 line 15 | Page 28 line 25 |
| | Page 29 line 1 | Page 29 line 25 |
| | Page 30 line 1 | Page 30 line 8 |
| | Page 30 line 23 | Page 30 line 25 |
| | Page 31 line 1 | Page 31 line 25 |
| | Page 32 line 1 | Page 32 line 25 |
| | Page 33 line 1 | Page 33 line 25 |
| | Page 34 line 1 | |
| | Page 35 line 3 | Page 35 line 24 |
| | Page 36 line 3 | Page 36 line 25 |
| | Page 37 line 1 | Page 37 line 25 |

| Name | From | To |
|---|---|---|
| | Page 38 line 1 | Page 38 line 14 |
| | Page 39 line 13 | Page 39 line 25 |
| | Page 40 line 1 | Page 40 line 17 |
| | Page 43 line 4 | Page 43 line 25 |
| | Page 44 line 1 | Page 44 line 20 |
| | Page 46 line 22 | Page 46 line 25 |
| | Page 47 line 1 | Page 47 line 25 |
| | Page 48 line 1 | Page 48 line 25 |
| | Page 49 line 1 | Page 49 line 25 |
| | Page 50 line 1 | Page 50 line 25 |
| | Page 51 line 1 | Page 51 line 5 |
| | Page 53 line 15 | Page 53 line 25 |
| | Page 54 line 1 | Page 54 line 25 |
| | Page 55 line 1 | Page 55 line 25 |
| | Page 56 line 1 | Page 56 line 25 |
| | Page 57 line 1 | Page 57 line 25 |
| | Page 58 line 1 | Page 58 line 25 |
| | Page 59 line 1 | Page 59 line 12 |
| | Page 59 line 15 | Page 59 line 25 |
| | Page 60 line 1 | Page 60 line 24 |
| | | |
| **Charles Sheehan 03/09/2006** | Page 4 line 8 | Page 4 line 17 |
| | Page 5 line 3 | Page 5 line 24 |
| | Page 6 line 1 | Page 6 line 24 |
| | Page 7 line 1 | Page 7 line 17 |
| | Page 7 line 20 | |
| | Page 7 line 22 | Page 7 line 24 |
| | Page 8 line 1 | Page 8 line 24 |
| | Page 10 line 1 | Page 10 line 11 |
| | Page 11 line 2 | Page 11 line 5 |
| | Page 11 line 8 | Page 11 line 18 |
| | Page 12 line 2 | Page 12 line 6 |
| | Page 12 line | Page 12 line 14 |
| | Page 12 line 18 | Page 12 line 20 |
| | Page 12 line 22 | Page 12 line 24 |
| | Page 13 line 1 | Page 13 line 8 |
| | Page 13 line 11 | Page 13 line 24 |
| | Page 14 line 1 | Page 14 line 13 |
| | Page 14 line 20 | Page 14 line 24 |
| | Page 15 line 1 | Page 15 line 16 |
| | Page 16 line 24 | |

| Name | From | To |
|---|---|---|
| | Page 17 line 1 | Page 17 line 13 |
| | Page 17 line 16 | Page 17 line 24 |
| | Page 18 line 1 | Page 18 line 24 |
| | Page 19 line 1 | Page 19 line 15 |
| | Page 21 line 14 | Page 21 line 24 |
| | Page 22 line 1 | Page 22 line 3 |
| | Page 22 line 24 | |
| | Page 23 line 1 | Page 23 line 19 |
| | Page 26 line 16 | Page 26 line 22 |
| | Page 27 line 1 | |
| | Page 27 line 3 | Page 27 line 4 |
| | Page 27 line 7 | |
| | Page 27 line 10 | Page 27 line 13 |
| | Page 30 line 4 | Page 30 line 22 |
| | Page 31 line 4 | Page 31 line 24 |
| | Page 32 line 3 | Page 32 line 6 |
| | Page 32 line 22 | Page 32 line 24 |
| | Page 33 line 1 | Page 33 line 2 |
| | Page 33 line 22 | Page 22 line 24 |
| | Page 34 line 1 | |
| | Page 35 line 17 | Page 35 line 24 |
| | Page 36 line 1 | Page 36 line 19 |
| | Page 36 line 22 | Page 36 line 24 |
| | Page 37 line 1 | Page 37 line 2 |
| | Page 37 line 4 | Page 37 line 23 |
| | Page 38 line 1 | Page 38 line 11 |
| | Page 38 line 15 | Page 38 line 24 |
| | Page 39 line 1 | Page 39 line 2 |
| | Page 39 line 21 | Page 39 line 24 |
| | Page 40 line 3 | Page 40 line 24 |
| | Page 41 line 1 | Page 41 line 24 |
| | Page 42 line 1 | Page 42 line 6 |
| | Page 43 line 10 | Page 43 line 22 |
| | Page 47 line 7 | Page 47 line 13 |
| | Page 51 line 11 | Page 51 line 24 |
| | Page 52 line 1 | Page 52 line 22 |
| | | |

| Name | From | To |
|---|---|---|
| **George Galt 01/19/2006** | Page 6 line 4 | Page 6 line 24 |
| | Page 7 line 1 | Page 7 line 16 |
| | Page 10 line 5 | Page 10 line 24 |
| | Page 11 line 1 | Page 11 line 24 |
| | Page 12 line 1 | Page 12 line 3 |
| | Page 13 line 22 | Page 13 line 24 |
| | Page 17 line 9 | Page 17 line 24 |
| | Page 18 line 1 | Page 18 line 4 |
| | Page 18 line 21 | Page 18 line 24 |
| | Page 19 line 1 | Page 19 line 7 |
| | Page 30 line 11 | Page 30 line 24 |
| | Page 31 line 1 | Page 31 line 24 |
| | Page 32 line 1 | Page 32 line 24 |
| | Page 33 line 1 | Page 33 line 17 |
| | Page 35 line 5 | Page 35 line 24 |
| | Page 36 line 1 | Page 36 line 24 |
| | Page 37 line 1 | Page 37 line 3 |
| | Page 37 line 6 | Page 37 line 11 |
| | Page 37 line 14 | Page 37 line 24 |
| | Page 38 line 1 | Page 38 line 10 |
| | Page 40 line 6 | Page 40 line 9 |
| | Page 41 line 9 | Page 41 line 24 |
| | Page 42 line 1 | Page 42 line 10 |
| | Page 42 line 20 | Page 42 line 24 |
| | Page 43 line 8 | Page 43 line 24 |
| | Page 44 line 1 | Page 44 line 24 |
| | Page 45 line 11 | Page 45 line 15 |
| | Page 47 line 8 | Page 47 line 11 |