# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | Civil Action No. 05-145J |
| v.  )  | The Honorable Terence F. McVerry |
| )  | |
| THE ASSOCIATED PRESS,  )  | **JURY TRIAL DEMANDED** |
| )  | |
| Defendant.  )  | |
| _____ )  | |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

Please take notice that Plaintiff's First Amended Trial Exhibit List was filed with the Court on April 5, 2007. A copy is enclosed as Exhibit A and is hereby served upon you.

Respectfully submitted,

/s/ Douglas M. Hall
Douglas M. Hall
Kara L. Szpondowski
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
Phone: 312-236-0733
Fax: 312-236-3137
*Attorneys for Valencia M. McClatchey*

John E. Hall
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Phone:  (412) 566-6000
Fax: (412) 566-6099

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **Notice of Filing** was served upon the below listed parties on this 5th day of April, 2007:

**By ECF and Mail:**       Gayle C. Sproul
Levine Sullivan Koch & Schultz, LLP
2112 Walnut St., 3rd Floor
Philadelphia, PA 19013
Phone: (215) 988-9778


**By ECF and Mail:**       Robert Penchina
Levine Sullivan Koch & Schultz, LLP
230 Park Avenue
Suite 1160
New York, NY 10169
Phone: (212) 850-6100
Fax: (212) 850-6299

/s/ Douglas M. Hall