**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

VALENCIA M. MCCLATCHEY,            )
                                   )
            Plaintiff,             )
                                   )        Civil Action No. 05-00145J
            v.                     )        The Honorable Terence F. McVerry
                                   )
THE ASSOCIATED PRESS,              )        **JURY TRIAL DEMANDED**
                                   )
            Defendant.             )
_____)


**PLAINTIFF'S FIRST AMENDED TRIAL EXHIBIT LIST**


**EXHIBIT A**

| Exhibit No. | Description |
|---|---|
| PTX 1 | Complaint For Copyright Infringement |
| PTX 2 | Waiver of Service of Summons from Robert Penchina |
| PTX 3 | Defendant's Answer and Defenses |
| PTX 4 | Plaintiff's Rule 26(a)(1) Disclosures |
| PTX 5 | Rule 26(a)(1) Initial Disclosures of Defendant The Associated Press |
| PTX 6 | Fax Copy of Defendant's Response to Plaintiff's First Request for the Production of Documents |
| PTX 7 | Responses and Objections of Defendant The Associated Press to Plaintiff's First Set of Interrogatories (Nos. 1-16) to Defendant |
| PTX 8 | Notice of Deposition of Individuals Charles Sheehan, George Galt, Gene Puskar, Jim Gerberich, David Ake |
| PTX 9 | Subpoena in a Civil case for Iphotoart |
| PTX 10 | Subpoena Served to the Washington Post |
| PTX 11 | Subpoena Served to America Online |
| PTX 12 | Subpoena Served to Chicago Tribune |
| PTX 13 | Responses and Objections of Defendant the Associated Press to the First Set of Requests for Admission by Plaintiff Valencia McClatchey |
| PTX 14 | Plaintiff's Response to Defendant's Requests for Admission |
| PTX 15 | Plaintiff's Objections and Responses to Defendant's Statement of Undisputed Material Facts |

| Exhibit No. | Description |
|---|---|
| PTX 16 | Filed Copy of Plaintiff's Response to Defendant's Motion for Summary Judgment and Declaration of Douglas M. Hall in Support Thereof |
| PTX 17 | Plaintiff's Statement of Undisputed Material Facts |
| PTX 18 | Memorandum Opinion and Order denying the Associated Press' Motion for summary Judgment |
| PTX 19 | Val McClathey's "Acquired Footage/Still Photograph License" Form (MC 00001 - MC 00002) |
| PTX 20 | January 14, 2005, Letter to Val McClatchey from Bruce (MC 00003 - MC 00004) |
| PTX 21 | June 19, 2002 Email from D. McCall to Val McClatchey re: End of Serenity photo (MC 00008) |
| PTX 22 | March 27, 2002 Email from Val McClatchey to John W. Harris re: "End of Serenity photo (MC 00009) |
| PTX 23 | November 26, 2001 Email from Val McClatchey to Kathy Jones re: Newsweek.com photo use confirmation (MC 00010) |
| PTX 24 | July 16, 2002 Email from Val McClatchey to Linda Carter re: Linda's request to use the photo (MC 00011) |
| PTX 25 | October 28, 2002 Email from Melissa Lata to Val McClatchey re: purchasing copies of the photo (MC 00012) |
| PTX 26 | October 27, 2002 Email from Dave and Paula to Val McClatchey re: photo questions (MC 00013) |
| PTX 27 | September 23, 2002 Email from Tom Miller to Val McClatchey re: requesting permission to use the photograph (MC 00014) |
| PTX 28 | September 11, 2002 Email from Val McClatchey to N. Nova re: use of photo (MC 00016 - MC 00017) |

| Exhibit No. | Description |
|---|---|
| PTX 29 | August 14, 2002 Email from Val McClatchey to Michael Mercanti of the Philadelphia Daily News requesting use of the photo - MC 00018) |
| PTX 30 | August 17, 2002 Email from Val McClatchey to Paul Ruggieri re: permission to use photo (MC 00019) |
| PTX 31 | July 26, 2002 Email from Val McClatchey to Vannary Lim re: permission to use photo (MC 00020) |
| PTX 32 | July 16, 2002 Email from Val McClatchey to Linda Carter re: permission to use photo (MC 00021) |
| PTX 33 | July 13, 2002 Email from Val McClatchey to Beverly Brannan re: usage of photo (MC 00022) |
| PTX 34 | October 10, 2001 Letter to Jessica Cooper from Val McClatchey re: documentary (MC 00024) |
| PTX 35 | CBS News License Agreement dated 10/9/01 signed only by Val McClatchen (MC 00025) |
| PTX 36 | CNN Productions, Inc. License Agreement dated 6/11/02 (MC 00026) |
| PTX 37 | May 16, 2005 Email from Laura Alper to Val McClatchey re: Towers Productions, Inc. (MC 00027) |
| PTX 38 | July 6, 2005 Email from Lance Hori to Val McClatchey re: photo request - National Geographic Channel (MC 00028 - MC 00029) |
| PTX 39 | June 29, 2005 Email from Lance Hori to Val McClatchey re: Inside 9/11 - National Geographic Channel (MC 00030 - MC 00031) |
| PTX 40 | July 6, 2005 Email from Lance Hori to Val McClatchey re: photo request - National Geographic Channel (MC 00032 - MC 00033) |

| Exhibit No. | Description |
|---|---|
| PTX 41 | Towers Productions Letter of Agreement for Use of Footage/Still Images dated May 16, 2005 (MC 00034 - MC 00035) |
| PTX 42 | License Agreement dated June 25, 2002 between National Museum of American History and Val McClatchey (MC 00036) |
| PTX 43 | March 8, 2002 Email from Val McClatchey to Emilie Sommer re: photo request (MC 00037) |
| PTX 44 | Agreement with Freelance Contributors dated March 11, 2002 (MC 00038) |
| PTX 45 | October 9, 2001 Letter to Val McClatchey from Jessica Cooper of CBS News enclosing License Agreement dated October 9, 2001 between CBS News and Val McClatchey (MC 00039 - MC 00040) |
| PTX 46 | June 6, 2002 Email from Donna Forte to Val McClatchey (MC 00041) |
| PTX 47 | May 14, 2002 Email from Jeffrey Kellogg to Val McClatchey (MC 00042) |
| PTX 48 | May 20, 2002 Email from Jeffrey Kellog to Val McClatchey (MC 00043 - MC 00044) |
| PTX 49 | October 11, 2001 from Val McClatchey to pti (MC 00045) |
| PTX 50 | September 21, 2001 Email from Val McClatchey to pas (MC 00046) |
| PTX 51 | September 29, 2001 Email from Val McClatchey to cxe6 (MC 00047) |
| PTX 52 | November 24, 1001 Email from Kathy Jones to Val McClatchey (MC 00048) |
| PTX 53 | November 28, 2001 Email from Andrea Croner to Val McClatchey (MC 00049) |
| PTX 54 | November 30, 2001 Email from Susan McNaughton to Val McClatchey (MC 00053) |
| PTX 55 | November 24, 2001 Email from Kathy Jones to Val McClatchey (MC 00054) |

| Exhibit No. | Description |
|---|---|
| PTX 56 | July 26, 2002 Email from Vannary Lim to Val McClatchen (MC 00055) |
| PTX 57 | July 26, 2002 Email from Vannary Lim to Val McClatchey (MC 00056) |
| PTX 58 | December 29, 2003 Letter to Photosearch, Inc. From Val McClatchey (MC 00057) |
| PTX 59 | November 28, 2001 Email from Val McClatchey to Mike Morlacci (MC 00058) |
| PTX 60 | April 19, 2005 Email from Caryn Collier to Val McClatchey (MC 00060) |
| PTX 61 | December 5, 2001 Invoice in the amount of $200 from Val McClatchey to Spiegel Verlag (MC 00061) |
| PTX 62 | March 11, 2002 Note and Invoice in the amount of $300 from Val McClatchey to Emilie Sommer (MC 00062) |
| PTX 63 | Letter from Val McClatchey to Olivier Picard requesting remittance of $450 (MC 00063) |
| PTX 64 | June 6, 2002 Email from Arash Ghadishah to Val McClatchey (MC 00064) |
| PTX 65 | August 19, 2003 Email from Derek Mitchell to Val McClatchey (MC 00065) |
| PTX 66 | August 19, 2003 Email from Val McClatchey to Derek Mitchell (MC 00066) |
| PTX 67 | November 14, 2001 Email from Val McClatchey to Carol Tataleba (MC 00067) |
| PTX 68 | June 26, 2005 Email from Deborah Anderson to Val McClatchen (MC 00074 - MC 00077) |
| PTX 69 | November 27, 2001 Email from Val McClatchey to Dave LaBelle (MC 00078 - MC 00080) |
| PTX 70 | December 27, 2004 Email from David Kaplan to Val McClatchey (MC 00083 - MC 00085) |
| PTX 71 | Certificate of Registration effective January 29, 2002 (MC 00150) |

| Exhibit No. | Description |
|---|---|
| PTX 72 | December 17, 2002 Invoice from Sebdo - Le Point to Val McClatchey in the amount of $500 (MC 00151 - MC 00153) |
| PTX 73 | July 26, 2002 Email from Vannary Lim to Val McClatchey (MC 00155 - MC 00156) |
| PTX 74 | Note enclosing check for $100 for photo use from Federal Aviation Administration (MC 00166 - MC 00167) |
| PTX 75 | July 26, 2002 Check Stub from The Reader's Digest Association Inc. in the amount of $500 (MC 00157 - MC 00158) |
| PTX 76 | October 25, 2001 Check Stub from CBS in the amount of $300 (MC 00159) |
| PTX 77 | December 29, 2003 Check Stub from Photosearch, Inc. in the amount of $350 (MC 00160) |
| PTX 78 | March 18, 2002 Check Stub from The Washington Post in the amount $300 (MC 00161 - MC 00162) |
| PTX 79 | January 14, 2002 Letter to Val McClatchey from John Harris of the U.S. Department of Transportation (MC 00168 -MC 00170) |
| PTX 80 | November 29, 2001 Check Stub from the Pittsburgh Post-Gazette in the amount of $50.00 (MC 00171 - MC 00172) |
| PTX 81 | October 3, 2002 Check Stub to Val McClatchey in the amount of $250  (MC 00173) |
| PTX 82 | Letter from Stoystown Lions Club to Val McClatchey thanking her for the gift of the Flight 93 Picture (MC 00174 - MC 00175) |
| PTX 83 | 8/22/02 Check Stub in the amount of $250 and letter to Val McClatchey from Shonda Clark of Breezewood PTO (MC 00178 - MC 00179) |

| Exhibit No. | Description |
|---|---|
| PTX 84 | Letter to Val McClatchey from the Todd M. Beamer Foundation thanking her for $400 donation (MC 00180 - MC 00181) |
| PTX 85 | Letter to Val McClatchey from the Todd M. Beamer Foundation thanking her for $1,195 donation (MC 00182 - MC 00183) |
| PTX 86 | Purchase Order in the amount of $250 from Bookspan dated 7/11/02 (MC 00184) |
| PTX 87 | Check Stub from Philadelphia Newspapers, Inc. in the amount of $200 (MC 00185) |
| PTX 88 | Check Stub from U.S. News & World Report in the amount of $450 (MC 00188 - MC 00189) |
| PTX 89 | July 5, 2005 Email from Scot Smith to Val McClatchey (MC 00191 - MC 00193) |
| PTX 90 | October 21, 2003 Email from David Oberdick to Val McClatchen (MC 00197) |
| PTX 91 | April 17, 2002 Letter from Beverly W. Brannan of The Library of Congress to Val McClatchey (MC 00201) |
| PTX 92 | June 9, 2003 Letter from Lawrence Hyman of the Smithsonian Institution Traveling Exhibition Service (MC 00202) |
| PTX 93 | September 15, 2005 Letter from Edward Rendell of the Commonwealth of Pennsylvania Office of the Governor to Val McClatchen (MC 00203) |
| PTX 94 | Photo of President Bush and End of Serenity Photo (MC 00206) |
| PTX 95 | Advertisement of 9-11 Remembered... The Shanksville Story (MC 00208) |
| PTX 96 | Library of Congress Prints and Photographs Division Responds to September 11, 2001 Attack on America (MC 00209) |

| Exhibit No. | Description |
|---|---|
| PTX 97 | August 27, 2002 Letter from Elizabeth A.C. Perry of the Smithsonian National Museum of American History to Val McClatchey (MC 00210) |
| PTX 98 | Article: Day to Remember from the Indiana Gazette showing picture of Val holding her photo (MC 00212) |
| PTX 99 | Article: Woman Receives Photo Award from the Daily America (MC 00213) |
| PTX 100 | Article: The Untold Story 'Let's Roll' from Reader's Digest (MC 00219 - MC 00221) |
| PTX 101 | Photos: 2001: The Year in Photos showing President Bush, One of the Towers and Val's Photo (MC 00222) |
| PTX 102 | 12/9/02 Note to Val from Theresa Ambrose (MC 00226) |
| PTX 103 | Article: Three-Minute Discrepancy in Tape from the Philadelphia Daily News - September 16, 2002 (MC 00228) |
| PTX 104 | Article in German Publication showing Val's Picture (MC 00229) |
| PTX 105 | Smithsonian National Museum of American History Exhibit Brochure - September 11 Bearing Witness to History (MC 00230 - MC 00236) |
| PTX 106 | Copy of Val's Photo (MC 00237) |
| PTX 107 | Copy of Several Photo Credits including Val's Photo (MC 00238) |
| PTX 108 | Article published in Germany showing Val's Photo (MC 00240) |
| PTX 109 | Article published in German Magazine Focus showing Val's Photo (MC 00243 - MC 00245) |
| PTX 110 | Article: Photo Benefits Crash Victims published in Penn Lines January 2002 Magazine (MC 00248 - MC 00249) |

| Exhibit No. | Description |
|---|---|
| PTX 111 | Article: The Story Behind the Photo published in Pennsylvania Township News January 2002 Magazine (MC 00250 - MC 00251) |
| PTX 112 | May 27, 2004 Letter from Anthony Laratonda to Val McClatchey (MC 00252 - MC 00254) |
| PTX 113 | Thank You Note from Der Spiegel The German News Magazine with article attached showing Val's Photo (MC 00257 - MC 00258) |
| PTX 114 | Article: Horror & Heros: What Really Happened on Flight 93 published in Newsweek (MC 00259 - MC 00269) |
| PTX 115 | Article published in a French Magazine (MC 00270 - MC 00273) |
| PTX 116 | Copy of Val's Photo published by the Washington Post Magazine (MC 00277) |
| PTX 117 | U.S. Department of Transportation Publication: 2001Criminal Acts Against Civil Aviation (MC 00282 - MC 00286) |
| PTX 118 | Article: At Pennsylvania's Ground Zero published by Time Magazine (MC 00287 - MC 00288) |
| PTX 119 | Certificate of Registration dated January 29, 2002 (MC 00289) |
| PTX 120 | January 22, 2004 Letter From Roxanne Esch of America Online to David G. Oberdick (MC 00291) |
| PTX 121 | December 12, 2003 Email from George Galt to David Oberdick (MC 00292) |
| PTX 122 | Associated Press Freelancer Agreement - unsigned (MC 00293 - MC –294) |
| PTX 123 | Walk-In Photo Purchase Agreement - unsigned (MC 00295) |
| PTX 124 | March 8, 2002 Fax Cover Sheet from The Washington Post to Val McClatchey attaching Agreement With Freelance Contributors - signed by Val on 3/11/02 (MC 00296 - MC 00297) |

| Exhibit No. | Description |
|---|---|
| PTX 125 | Screen Shot from the Associated Press Photo Services (MC 00302)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs (MC 00303)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - The Associated Press Collection (MC 00304)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - About the Photographs (MC 00305)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - iPhotoart (MC 00306)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - 60 images (MC 00307)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Ali Liston Photo (MC 00308)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - American League Poses Photo (MC 00309)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Armstrong and His Trumpet Photo (MC 00310)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Babe Ruth Photo (MC 00311)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Beatlemania Photo (MC 00312)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Beatlemania Photo (MC 00313)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Beatles Charity Show Rehearsal Photo (MC 00314)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Birmingham Protest Photo (MC 00315)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Bogart Becall London Photo (MC 00316) |

| Exhibit No. | Description |
|---|---|
| | Screen Shot from the Associated Press Collection Limited Edition Photographs - Chapline the Kid Photo (MC 00317)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Charles Lindbergh Photo (MC 00318)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Churchill Inspects Ruins Photo (MC 00319)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Clay and the Beatles Photo (MC 00320)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Clay and the Beatles Photo (MC 00321)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Clay Liston Photo (MC 00322)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - 69 Images (MC 00323)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Destruction of Warsaw Photo (MC 00324<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Dewey Defeats Truman Photo (MC 00325<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Dimaggio Gehrig Photo (MC 00326)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Einstein Vacation Photo (MC 00327)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Elvis Presley Photo ((MC 00328)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Ed of WW II Photo (MC 00329)<br>Screen Shot from the Associated Press Collection Limited Editioni Photographs - World Trade Center Crash (MC 00380) |

| Exhibit No. | Description |
|---|---|
|  | Screen Shot from the Associated Press Collection Limited Edition Photographs - U.S. Presidential Debate Photo (MC 00409)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs- Vietnam Child Killed Photo (MC 00410)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Vietnam Napalm Photo (MC 00411)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Vietnam Released POW Photo (MC 00412)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - 33 Images (MC 00413)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Vietnam War Photo (MC 00414)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - Winecoff Hotel Death Photo (MC 00415)<br>Screen Shot from the Associated Press Collection Limited Edition Photographs - WWII Japanese Casualties Photo (MC 00416) |
| PTX 126 | Screen Shot from the Associated Press Collection Limited Edition Photographs - Old Glory Goes Up on Mt. Suribachi, Iwo Jima Photo (MC 00392) |
| PTX 127 | Video Tapes and DVDs |
| PTX 128 | Associated Press Facts & Figures (MC 00422) |
| PTX 129 | Associated Press Photo & Graphics Services (MC 00424 - MC 00425) |
| PTX 130 | Associated Press World Photo Feeds (MC 00426 - MC 00427) |
| PTX 131 | Associated Press Digital Products & Services (MC 00428) |
| PTX 132 | Associated Press Launches New Unit Called AP Digital (MC 00429 - MC 00430) |

| Exhibit No. | Description |
|---|---|
| PTX 133 | Associated Press - Frequently Asked Questions (MC 00431 0 MC 00433) |
| PTX 134 | Color Copies of Val's Photo |
| PTX 135 | Color Copy of Val's Photo MC 00434 |
| PTX 136 | Handwritten Notes (Bates MC 00435 - MC 00796) |
| PTX 137 | September 11, 2001 Email from Val McClatchey to Lisa Tristano attaching phot(MC 00797-00798) |
| PTX 138 | February 27, 2006 Email from Val McClatchey to Lisa Tristano (MC 00799 - MC 00800) |
| PTX 139 | Flight 93 National Memorial Capital Campaign Literature (MC 00801 - MC 00812) |
| PTX 140 | AP's Policy on Electronic Handling of Photos (AP00178 - AP00183) |
| PTX 141 | Val's Photo (AP00192) |
| PTX 142 | AP Stylebook 2005 - AP Caption and NAA/IPTC Header Reference Guide (AP00042-AP00110) |
| PTX 143 | AP 1848 - 2005 Charter and Bylaws (AP00244-AP00259) |
| PTX 144 | AP Wide World Photos - News Photos and Graphics from The Associated Press (AP00007-AP00041) |
| PTX 145 | AP Image showing Metadata - Val's Photo and all Information - it says "Do Not Use" at the top (AP00193) |
| PTX 146 | Article published by The Associated Press (AP00186-AP00187) |
| PTX 147 | Article published by The Associated Press (AP00188-AP00189) |
| PTX 148 | Article published by The Associated Press (AP00190-AP00191) |

| Exhibit No. | Description |
|---|---|
| PTX 149 | December 12, 2003 Email from George Galt to David Oberdick (AP00006) |
| PTX 150 | December 9, 2003 Email from David Oberdick to G. Galt (AP00005) |
| PTX 151 | AP Image Showing Metadata |
| PTX 152 | January 22, 2004 Letter from Roxanne Esch to David Oberdick (AP0001-AP0002) |
| PTX 153 | Photo Archive System - List of Users Who Downloaded the Image (AP00184-AP00185) |
| PTX 154 | Article: Woman Who Captured Flight 93 Image Struggles A Year Later published from The Progress dated September 12, 2002 (MC 00199) |
| PTX 155 | Article: Photo Brought Fame, Not Fortune For Woman published from The Tribune-Democrat, Johnstown, PA dated September 13, 2002 (MC 00198) |
| PTX 156 | October 21, 2003 Letter from David Oberdick to Jim Bramson (AP0002-A - AP0002-D) |
| PTX 157 | List of PhotoStream Users (AP00198-AP00225) |
| PTX 158 | AP PhotoStream Agreement (AP00226-AP00227) |
| PTX 158 (A) | Media Liability Declarations (AP00433-AP00455) |
| PTX 159 | Media Liability Insurance Policy Declarations for Multimedia Companies (AP00456-AP00478) |
| PTX 160 | March 10, 2006 Letter from Robert Penchina to Kara Szpondowski re: AP's PhotoStream service |
| PTX 161 | December 1, 2005 Letter from Carmen Rivera to Douglas Hall enclosing documents produced in answer to our subpoena |
| PTX 162 | Deposition Transcript of James R. Gerberich - 1/19/06 |

| Exhibit No. | Description |
|---|---|
| PTX 163 | Exhibit 1 to James R. Gerberich Deposition 1/19/06 - Plaintiff's Notice of Deposition of Def. The Associated Press Pursuant to Federal Rule of Civil Procedure 30(b)(6) |
| PTX 164 | Exhibit 2 to James R. Gerberich Deposition 1/19/06 - AP00192 - End of Serenity Photo (AP00192) |
| PTX 165 | Exhibit 3 to James R. Gerberich Deposition 1/19/06 - Complaint for Copyright Infringement |
| PTX 166 | Exhibit 4 to James R. Gerberich Deposition 1/19/06 - Computer Print Out of Sept. 11 Flight 93 Image |
| PTX 167 | Exhibit 5 to James R. Gerberich Deposition 1/19/06 - Computer Print Out of Sept. 11 Flight 93 Image (AP00185) |
| PTX 168 | Exhibit 6 to James R. Gerberich Deposition 1/19/06 - Associated Press - Facts & Figures (MC 00417- MC 00428) |
| PTX 169 | Exhibit 7 to James R. Gerberich Deposition 1/19/06 - Associated Press - AP History/AP Corporate Archives (AP00111-AP00177) |
| PTX 170 | Exhibit 8 to James R. Gerberich Deposition 1/19/06 - Associated Press Limited Edition Photographic Prints (MC 00303 - MC 00416) |
| PTX 171 | Exhibit 9 to James R. Gerberich Deposition 1/19/06 - Responses and Objections of Def. The Associated Press to Plaintiff's First Set of Interrogatories (Nos. 1-16) to Defendant |
| PTX 172 | Exhibit 10 to James R. Gerberich Deposition 1/19/06 - Article from: "Woman who captured Flight 93 image struggles a year later" published by The Progress in Pennsylvania on 9/12/02 (MC 00199) |
| PTX 173 | Exhibit 11 to James R. Gerberich Deposition 1/19/06 -Photo Archive System - List of Users Who Downloaded the Image: APA6430495 (AP00184) |

16

| Exhibit No. | Description |
|---|---|
| PTX 174 | Exhibit 12 to James R. Gerberich Deposition 1/19/06 - List of Photo-Stream Users (AP00198-AP225) |
| PTX 175 | Exhibit 13 to James R. Gerberich Deposition 1/19/06 - PhotoStream Subscribers Broadcast Department (AP00197) |
| PTX 176 | Exhibit 14 to James R. Gerberich Deposition 1/19/06 - Digital PhotoStream Subscribers (AP00194-AP00196) |
| PTX 177 | Exhibit 15 to James R. Gerberich Deposition 1/19/06 - AP PhotoStream Agreement (AP00226) |
| PTX 178 | Exhibit 16 to James R. Gerberich Deposition 1/19/06 - AP Stylebook 2005 - AP Staff Interface (AP00042-AP00110) |
| PTX 179 | Deposition Transcript of George Galt 1/19/06 |
| PTX 180 | Exhibit 17 to George Galt Deposition 1/19/06 - Rule 26(a)(1) Initial Disclosures of Defendant the Associated Press |
| PTX 181 | Exhibit 18 to George Galt Deposition 1/19/06 - Media Liability Declarations |
| PTX 182 | Exhibit 19 to George Galt Deposition 1/19/06 - Email From George Galt to David G. Oberdick dated 12/12/03 re: McClatchen - 9/11 Photo (MC 00292) |
| PTX 183 | Deposition Transcript of David Ake - 1/19/06 |
| PTX 184 | Exhibit 20 to David Ake Deposition 1/19/06 - Associated Press License to Distribute Photo For Publication (AP00090) |
| PTX 185 | Exhibit 21 to David Ake Deposition 1/19/06 - AP Photo Archive - Terms and Conditions of Use (AP00180 - AP00183) |
| PTX 186 | Exhibit 22 to David Ake Deposition 1/19/06 - AP Photo Archive (AP00059) |

| Exhibit No. | Description |
|---|---|
| PTX 187 | Deposition Transcript of Charles Sheehan - 3/9/06 |
| PTX 188 | Exhibit 23 to Charles Sheehan Deposition 3/9/06 - Article: "Photo Brought Fame, Not Fortune For Woman" 9/13/02 published by The Tribune-Democrat, Johnstown, PA with handwritten note to Val (MC 00198) |
| PTX 189 | Exhibit 24 to Charles Sheehan Deposition 3/9/06 - "End of Serenity" Photo 9/11/01 (Valencia McClatchey, copyright 2002) - (MC 00434) |
| PTX 190 | Deposition Transcript of Gene J. Puskar - 3/15/06 |
| PTX 191 | Exhibit 25 to Gene J. Puskar Deposition 3/15/06 - "End of Serenity" Photo 9/11/01 (Valencia McClatchey, copyright 2002 - (MC 00434) |
| PTX 192 | Deposition Transcript of Valencia M. McClatchey - 3/14/06 |
| PTX 193 | Exhibit 1 to Valencia M. McClatchey Deposition 3/14/06 - Article: Woman who captured Flight 93 image struggles a year later" published by The Progress in Pennsylvania - 9/12/02 |
| PTX 194 | Exhibit 2 to Valencia M. McClatchey Deposition 3/14/06 - 9/11 Remembered - The Shanksville Story - How a small town was changed forever published by The Tribune Democrat - 9/11/02 (MC 00274 MC 00276) |
| PTX 195 | Exhibit 3 to Valencia M. McClatchey Deposition 3/14/06 - Article: Lives changed in countless ways published by the Pittsburgh Tribune-Review 3/10/06 |
| PTX 196 | Exhibit 4 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Kathy Jones dated November 26, 2001, re: Newsweek.com photo use confirmation (MC 00010) |
| PTX 197 | Exhibit 5 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to H. Nova2 dated 8/13/02 re: Use of Photo (MC 00016 - MC 00017) |

| Exhibit No. | Description |
|---|---|
| PTX 198 | Exhibit 6 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Paul Ruggieri dated 8/17/02 re: Email address from Paul Ruggieri (MC 00019) |
| PTX 199 | Exhibit 7 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Emilie Sommer dated 3/8/02 re: End of Serenity (MC 00037) |
| PTX 200 | Exhibit 8 to Valencia M. McClatchey Deposition 3/14/06 - The Washington Post Agreement with Freelance Contributors (MC 00038) |
| PTX 201 | Exhibit 9 to Valencia M. McClatchey Deposition 3/14/06 - "End of Serenity" Photo 9/11/01 (Valencia McClatchey, copyright 2002 |
| PTX 202 | Exhibit 10 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to pto dated 10/11/01 re: Flight 93 Photo (MC 00045) |
| PTX 203 | Exhibit 11 to Valencia M. McClatchey Deposition 3/14/06 - Letter from Valencia McClatchey to Olivier Picard requesting remittance of $450 (MC 00063) |
| PTX 204 | Exhibit 12 to Valencia M. McClatchey Deposition 3/14/06 - Envelope and check stub from U.S. News & World in the amount of $450 (MC 00188 - MC 00189) |
| PTX 205 | Exhibit 13 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Derek Mitchell dated 8/19/03 re: copyright for photo: complete 9/11 timeline (MC 00066) |
| PTX 206 | Exhibit 14 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Martin dated 11/28/01 re: End of Serenity Photo (MC 00068) |
| PTX 207 | Exhibit 15 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Dave LaBelle dated 11/27/01 (MC 00078 - MC 00080) |
| PTX 208 | Exhibit 16 to Valencia M. McClatchey Deposition 3/14/06 - Email from Vannary Lim to Val McClatchey dated 7/26/02 re: Shanksville (MC 00056) |

| Exhibit No. | Description |
|---|---|
| PTX 209 | Exhibit 17 to Valencia M. McClatchey Deposition 3/14/06 - Article from Monde (MC 00270 - MC 00273 |
| PTX 210 | Exhibit 18 to Valencia M. McClatchey Deposition 3/14/06 - Article:  Three-minute discrepancy in tape published by the Philadelphia Daily News - 9/16/02 (MC 00228) |
| PTX 211 | Exhibit 19 to Valencia M. McClatchey Deposition 3/14/06 - Email from Key Stone Camaro Club re: Tri State Celebs |
| PTX 212 | Exhibit 20 to Valencia M. McClatchey Deposition 3/14/06 - Email from Key Stone Camaro Club to Tri State Camaro dated 9/26/01 |
| PTX 213 | Exhibit 21 to Valencia M. McClatchey Deposition 3/14/06 - Email from Key Stone Camaro Club to Tri State Camaro dated 10/10/01 |
| PTX 214 | Exhibit 22 to Valencia M. McClatchey Deposition 3/14/06 - Letter from David G. Oberdick to Jim Bramson dated 10/21/03 re: Unauthorized Use of Copyrighted Work (AP 00002-A - AP 00002-D) |
| PTX 215 | Exhibit 23 to Valencia M. McClatchey Deposition 3/14/06 - Letter from Val McClatchey to Copyright Agent dated 1/ 8/05 (MC 00147) |
| PTX 216 | Exhibit 24 to Valencia M. McClatchey Deposition 3/14/06 - Order screen for the "End of Serenity" Photo |
| PTX 217 | Exhibit 25 to Valencia M. McClatchey Deposition 3/14/06 - Email from Val McClatchey to Mike Morlacci dated 11/28/01 re: End of Serenity Photo (MC 00058) |
| PTX 218 | Exhibit 26 to Valencia M. McClatchey Deposition 3/14/06 - Email from R.G. Kozel to Stooge date: 3/26/05 re: AP Sued of Flight 93 Photo (MC 00194) |
| PTX 219 | Exhibit 27 to Valencia M. McClatchey Deposition 3/14/06 - Screen Captures from Liberty Bound |

| Exhibit No. | Description |
|---|---|
| PTX 220 | Exhibit 28 to Valencia M. McClatchey Deposition 3/14/06 - Screen Captures - The Flight That Fought Back |
| PTX 221 | Exhibit 29 to Valencia M. McClatchey Deposition 3/14/06 - Screen Captures from Windsor Park Stores - Shanksville Episodes |
| PTX 222 | Exhibit 30 to Valencia M. McClatchey Deposition 3/14/06 - Screen Capture |
| PTX 223 | Demonstrative re: Liability |
| PTX 224 | Demonstrative re: Liability |
| PTX 225 | Demonstrative re: Liability |
| PTX 226 | Demonstrative re: Liability |
| PTX 227 | Demonstrative re: Liability |
| PTX 228 | Demonstrative re: Liability |
| PTX 229 | Demonstrative re: Liability |
| PTX 230 | Demonstrative re: Liability |
| PTX 231 | Demonstrative re: Liability |
| PTX 232 | Demonstrative re: Liability |
| PTX 233 | Demonstrative re: Liability |
| PTX 234 | Demonstrative re: Liability |
| PTX 235 | Demonstrative re: Liability |

| Exhibit No. | Description |
|---|---|
| PTX 236 | Demonstrative re: Liability |
| PTX 237 | Demonstrative re: Liability |
| PTX 238 | Demonstrative re: Liability |
| PTX 239 | Demonstrative re: Liability |
| PTX 240 | Demonstrative re: Liability |
| PTX 241 | Demonstrative re: Liability |
| PTX 242 | Demonstrative re: Liability |
| PTX 243 | Demonstrative re: Liability |
| PTX 244 | Demonstrative re: Damages |
| PTX 245 | Demonstrative re: Damages |
| PTX 246 | Demonstrative re: Damages |
| PTX 247 | Demonstrative re: Damages |
| PTX 248 | Demonstrative re: Damages |
| PTX 249 | Demonstrative re: Damages |
| PTX 250 | Demonstrative re: Damages |
| PTX 251 | Demonstrative re: Damages |
| PTX 252 | Demonstrative re: Damages |
| PTX 253 | Demonstrative re: Damages |

| Exhibit No. | Description |
| --- | --- |
| PTX 254 | Demonstrative re: Fair Use |
| PTX 255 | Demonstrative re: Fair Use |
| PTX 256 | Demonstrative re: Fair Use |
| PTX 257 | Demonstrative re: Fair Use |
| PTX 258 | Demonstrative re: Fair Use |
| PTX 259 | Demonstrative re: Fair Use |
| PTX 260 | Demonstrative re: Fair Use |
| PTX 261 | Demonstrative re: Fair Use |
| PTX 262 | Demonstrative re: Fair Use |

24