IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. McCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-145 j |
| ) | |
| vs. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Admission Pro Hac Vice of Paul K. Vickrey presented by plaintiff, Valencia M. McClatchey, and good cause having been shown, it is hereby ADJUDGED, ORDERED and DECREED that the Motion is GRANTED and attorney Paul K. Vickrey, Esquire is specially admitted to the bar of this Court for purposes of this particular action.

BY THE COURT:

_____
U.S. District Judge