## AFFIDAVIT OF PAUL K. VICKREY
## IN SUPPORT OF ADMISSION PRO HAC VICE

Being duly sworn, Paul K. Vickrey deposes and says:

1. I am a member of the law firm of Niro Scavone Haller & Niro, 181 W. Madison St., Suite 4600, Chicago, IL 60602.

2. I am an attorney licensed to practice in the State of Illinois. I am admitted to practice before and am a member in good standing of the bars of U.S.C.A. Federal Circuit and the U.S. District Court, Northern District of Illinois.

3. I am counsel for Valencia M. McClatchey and have been retained by Valencia M. McClatchey to represent her interests in the matter of *Valencia M. McClatchey vs. The Asscociated Press*, C.A. 05-145 J, filed in the United States District Court for the Western District of Pennsylvania.

2. John E. Hall, Esquire of the law firm of Eckert Seamans Cherin & Mellott, LLC, is a member of the bar of the United States District Court for the Western District of Pennsylvania will remain as counsel of record upon whom all pleadings, motions, notices and other papers can be served.

3. Valencia M. McClatchey desires that I represent her interests in this case based upon my familiarity with the parties and the causes of action.



EXHIBIT A

4. I believe that there is good cause for my admission Pro Hac Vice to the bar of the United States District Court for the Western District of Pennsylvania for this particular action.

Respectfully Submitted,

/s/ Paul K. Vickrey
Paul K. Vickrey, Esquire
Illinois I.D. No. 03127773
Niro Scavone Haller & Niro
181 W. Madison St., Suite 4600
Chicago, IL 60602
(312) 236-0733
(312) 236-3137 (fax)

Sworn to and subscribed by
me this ___9th___ day
of __April__, 2007

OFFICIAL SEAL
SUE BURKE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/24/10

Notary Public