UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN Division

# 07000264 - CN
April 13, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| PRO HAC | 05-145J | 1 @ | 40.00 |
|  |  |  | 40.00 CC |

TOTAL→          40.00

FROM: JOHN HALL, ESQ.
      500 GRANT STREET
      44TH FLOOR
      PITTSBURGH, PA 15219

Dockets.Justia.com