# EXHIBIT B

Dockets.Justia.com

| LG AP A PA GJP101 FILE SEPT 11 **DO NOT USE** |
|---|

Actions..



FILE--This image of the smoke cloud left by United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001, was taken by Val McClatchey from the porch of her nearby home. (AP Photo/FILE/Val McClatchey)

| | |
|---|---|
| Slug | LG AP A PA GJP101 FILE SEPT 11 **DO NOT USE** |
| Location | SHANKSVILLE, Pennsylvania United States |
| Special Instructions | NO SALES, SEPT. 11, 2001 FILE PHOTO, WIDE WORLD PHOTOS OUT |
| Corrections | DO NOT RETRANSMIT. AP NO LONGER HAS RIGHTS TO THIS HANDOUT IMAGE. |

| | | | |
|---|---|---|---|
| Creation Date | 09/11/2002 00:00:00 | Submit Date | 09/11/2002 20:23:00 |
| Photographer | VAL MCCLATCHEY Stringer | PLS ImageID | 6755117 |
| Object Name | SEPT 11 FLIGHT 93 IMAGE | Picture Desk ImageID | 40SA5 |
| Credit | Associated Press HO | Committed | Yes (Platter 11) |
| Routing | ALL | Caption Writer | HMB GJP |
| Import Folder | /incoming/L4conversion | Database | Intl_Photos_02 |

AP00185