# EXHIBIT C

**DOCUMENTS AND OTHER EVIDENCE AP EXPECTS TO OFFER**

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 1 | Complaint for Copyright Infringement |
| DEF 2 | Answer and Defenses |
| DEF 3 | Plaintiff's Response to Defendant's First Request for Production of Documents |
| DEF 4 | Defendant's Response to Plaintiff's First Request for Production of Documents |
| DEF 5 | Responses and Objections of Defendant The Associated Press to Plaintiff's First Set of Interrogatories (Nos. 1-16) to Defendant |
| DEF 6 | Responses and Objections of Defendant The Associated Press to the First Set of Requests for Admission by Plaintiff Valencia McClatchey |
| DEF 7 | Plaintiff's Response to Defendant's Request for Admission |
| DEF 8 | Transcript of Deposition of Valencia McClatchey taken March 14, 2006, and exhibits thereto |
| DEF 9 | Declaration of Val McClatchey dated June 18, 2006 |
| DEF 10 | Excerpt from AP Stylebook 2005 – NAA/IPTC Header Fields (AP00045-46) |
| DEF 11 | Excerpt from AP Stylebook 2005 – Photo Captions (AP00047-49) |
| DEF 12 | Information Sheet on AP PhotoStream (AP00065-69) |
| DEF 13 | AP Photo Archive - Terms and Conditions of Use (AP00180-83) |
| DEF 14 | Printout of AP computer file with photograph and metadata (AP00185) |
| DEF 15 | AP computer version of story dated September 12, 2002 titled "Woman who captured searing Flight 93 image struggles a year later" (AP00186-87) |
| DEF 16 | Acquired Footage/Still Photograph License between Valencia McClatchey, Brook Lapping Productions, and Discovery Communications, Inc. executed on or about July 14, 2005 (MC 00001-02) |
| DEF 17 | Email dated June 19, 2002 from DMcCall195@aol.com to Valencia McClatchey (MC 00008) |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 18 | Email exchange dated August 13, 2002 between Helen Novasky Decher and Valencia McClatchey (MC 00016-17) |
| DEF 19 | Email exchange between Val McClatchey and Michael Mercanti containing messages dated August 13, 2002 and August 14, 2002 (MC 00018) |
| DEF 20 | Agreement with Freelance Contributors between Valencia McClatchey and The Washington Post dated March 11, 2002 (MC 00038) |
| DEF 21 | Philadelphia Newspapers, Inc. check stub for $200 payment to Val McClatchey dated September 25, 2002 (MC 00185) |
| DEF 22 | U.S. News & World Report check stub for $450 payment to Valencia McClatchey dated November 26, 2002 (MC 00188-89) |
| DEF 23 | Article titled "Woman who captured Flight 93 image struggles a year later," published on September 12, 2002 in *The Progress* (MC 00199) |
| DEF 24 | Article titled "Three-minute Discrepancy in Tape," published on September 16, 2002 in the *Philadelphia Daily News* (MC 00228) |
| DEF 25 | Demonstrative exhibit of AP article |
| DEF 26 | Demonstrative exhibit of photograph as distributed to AP members and stored in PhotoArchive |
| DEF 27 | Demonstrative exhibit concerning plaintiff's distribution of photograph |
| DEF 28 | Demonstrative exhibit concerning the fair use doctrine |
| DEF 29 | Demonstrative exhibit concerning the fair use doctrine |
| DEF 30 | Demonstrative exhibit concerning the fair use doctrine |
| DEF 31 | Demonstrative exhibit concerning the fair use doctrine |
| DEF 32 | Demonstrative exhibit concerning the fair use doctrine |
| DEF 33 | Demonstrative exhibit concerning liability under the Copyright Act |
| DEF 34 | Demonstrative exhibit concerning liability under the Copyright Act |
| DEF 35 | Demonstrative exhibit concerning liability under the Copyright Act |
| DEF 36 | Demonstrative exhibit concerning liability under the Copyright Act |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 37 | Demonstrative exhibit concerning liability under the Copyright Act |
| DEF 38 | Demonstrative exhibit concerning liability under the Digital Millennium Copyright Act |
| DEF 39 | Demonstrative exhibit concerning liability under the Digital Millennium Copyright Act |
| DEF 40 | Demonstrative exhibit concerning liability under the Digital Millennium Copyright Act |
| DEF 41 | Demonstrative exhibit concerning liability under the Digital Millennium Copyright Act |
| DEF 42 | Demonstrative exhibit concerning liability under the Digital Millennium Copyright Act |
| DEF 43 | Timeline of Litigation |