# EXHIBIT D

**DOCUMENTS AND OTHER EVIDENCE AP MAY OFFER**

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 44 | Letter from Eric Lieberman, Associate Counsel of The Washington Post, to Douglas M. Hall, Niro, Scavone, Haller & Niro, dated Dec. 15, 2005 (Supplemental Penchina Decl. Ex. A) |
| DEF 45 | Excerpt from "The Shanksville Story," published on September 11, 2002 in *The Tribune-Democrat* (McClatchey Dep. Ex. 2) |
| DEF 46 | Transcript of Deposition of James R. Gerberich taken January 19, 2006 |
| DEF 47 | Transcript of Deposition of George Galt taken January 19, 2006 |
| DEF 48 | Transcript of Deposition of J. David Ake taken January 20, 2006 |
| DEF 49 | Transcript of Deposition of Charles Sheehan taken March 9, 2006 |
| DEF 50 | Transcript of Deposition of Gene J. Puskar taken March 15, 2006 |
| DEF 51 | Letter from David G. Oberdick to Jim Bramson dated October 21, 2003 (AP00002-A to –D, and attached screenshot) |
| DEF 52 | Letter dated March 4, 2005 from Douglas M. Hall to John K. Keitt, Jr. (AP00003-04) |
| DEF 53 | Email dated December 9, 2003 from David G. Oberdick to ggalt@ap.org (AP00005) |
| DEF 54 | PhotoArchive System List of users who downloaded image APA6430495 dated August 29, 2005 (AP00184) |
| DEF 55 | Report titled "Digital PhotoStream Subscribers" (AP00194-96) |
| DEF 56 | Report titled "PhotoStream Subscribers Broadcast Department" (AP00197) |
| DEF 57 | Report identifying subscribers to AP's PhotoStream service (AP00198-225) |
| DEF 58 | AP PhotoStream Agreement form (AP00226-27) |
| DEF 59 | Yahoo! Message Board posting from keystonecamaroclub dated September 26, 2001 (A0510) |
| DEF 60 | Yahoo! Message Board posting from keystonecamaroclub dated October 10, 2001 (A0512) |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 61 | "Liberty Bound" video clip (MC 00417) |
| DEF 62 | "Liberty Bound" screen shots (A0517-20) (McClatchey Dep. Ex. 27) |
| DEF 63 | "The Flight that Fought Back" video clip (MC 00418) |
| DEF 64 | "The Flight that Fought Back" slides dated March 11, 2006 (A0521-22) (McClatchey Dep. Ex. 28) |
| DEF 65 | "Windsor Park Stories, Shanksville Episodes" video clip |
| DEF 66 | "Windsor Park Stories, Shanksville Episodes" screen shots dated March 11, 2006 (A0523-37) (McClatchey Dep. Ex. 29) |
| DEF 67 | Yahoo! Message Board posting from keystonecamaroclub dated December 26, 2001 (A0540-41) |
| DEF 68 | Yahoo! Message Board posting from keystonecamaroclub dated October 11, 2001 (A0543) |
| DEF 69 | Printout of a page from the web site of Mountain Lakes Realty, LLC, http://www.mtnlakesrealty.com (A0545) |
| DEF 70 | Email exchange between Val McClatchey and Kathy Jones containing messages dated November 24, 2001 and November 26, 2001 (MC 00010) |
| DEF 71 | Email exchange between Emilie Sommer and Val McClatchey dated March 8, 2002 (MC 00037) |
| DEF 72 | Email from Val McClatchey to pti@co.somerset.pa.us dated October 11, 2001 (MC 00045) |
| DEF 73 | Email from Val McClatchey to pas@prea.com dated September 21, 2001 (MC 00046) |
| DEF 74 | Email from Val McClatchey to cxe6@psu.edu dated September 29, 2001 (MC 00047) |
| DEF 75 | Email exchange between Val McClatchey and Mike Morlacci containing messages dated November 27, 2001 and November 28, 2001 (MC 00058) |
| DEF 76 | Letter from Valencia McClatchey to Olivier Picard (MC 00063) |
| DEF 77 | Email exchange between Val McClatchey and Arash Ghadishah containing messages dated June 5, 2002 and June 6, 2002 (MC 00064) |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 78 | Email exchange between Val McClatchey and Derek Mitchell dated August 19, 2003 (MC 00066) |
| DEF 79 | Email from Val McClatchey to Allison Martin at WTAJ-TV (MC 00068) |
| DEF 80 | Excerpt from Killtown website entitled "What Really Happened to Flight 93?" (MC 00088-114) |
| DEF 81 | Email from Valencia McClatchey to Rosalee Grable (webfairy@thewebfairy.com) dated January 28, 2005 (MC 00116) |
| DEF 82 | Email from Valencia McClatchey to FEMA dated January 7, 2005 (MC 00117) |
| DEF 83 | Email from Valencia McClatchey to FEMA dated January 28, 2005 (MC 00118) |
| DEF 84 | Email from Valencia McClatchey to copyright@yahoo-inc.com dated January 28, 2005 (MC 00119) |
| DEF 85 | Email exchange between Valencia McClatchey and Rosalee Grable (webfairy@thewebfairy.com), et al. dated January 28, 2005 (MC 00121-24) |
| DEF 86 | Email exchange between Valencia McClatchey and Paul Thompson containing an undated message and a message dated August 19, 2003 (MC 00128) |
| DEF 87 | Excerpt from a timeline from the website www.unansweredquestions.net (MC 00141) |
| DEF 88 | Reader's Digest Association Inc. check stub for $500 payment to Valencia McClatchey dated July 26, 2002 (MC 00157-158) |
| DEF 89 | CBS check stub for a $300 payment dated 10/25/01 (MC 00159) |
| DEF 90 | Photosearch, Inc. check stub for $350 payment to Valencia McClatchey dated February 18, 2004 (MC 00160) |
| DEF 91 | Washington Post check stub for $300 payment to Valencia McClatchey dated March 18, 2002 (MC 00161-62) |
| DEF 92 | Letter mailed April 8, 2002 from John Harris of Federal Aviation Administration to Val McClatchey (MC 00166-67) |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 93 | Pittsburgh Post-Gazette check stub for $50 payment to Valencia McClatchey dated November 29, 2001 (MC 00171-72) |
| DEF 94 | Check stub for $250 payment to Valencia McClatchey dated October 11, 2002 (MC 00173) |
| DEF 95 | Bookspan purchase order for $250 to Valencia McClatchey dated July 11, 2002 (MC 00184) |
| DEF 96 | Article titled "Photo Brought Fame, not Fortune for Woman," published on September 13, 2002 in *The Tribune-Democrat* (MC 00198) |
| DEF 97 | Photograph of President Bush and "End of Serenity" (MC 00206) |
| DEF 98 | Photograph of Val McClatchey and Congressman Murtha (MC 00207) |
| DEF 99 | Article titled "Day to Remember," published in *The Indiana Gazette* (MC 00212) |
| DEF 100 | Article titled "Woman receives photo award," published in the *Daily American* (MC 00213) |
| DEF 101 | Letter from Jeffrey Bryan of Picture.com to Valencia McClatchey dated October 17, 2003 (MC 00214-15) |
| DEF 102 | Excerpt from International Library of Photography publication titled "Gleaming Moments" (MC 00216-18) |
| DEF 103 | Excerpt from story titled "Let's Roll: The Untold Story of Flight 93" published in *Reader's Digest*, September 2002 (MC 00219-21) |
| DEF 104 | Page titled "A Year Like No Other – 2001: The Year in Photos," published by the *Pittsburgh Post-Gazette* (MC 00223) |
| DEF 105 | Page titled "A Year Like No Other," published in the *Pittsburgh Post-Gazette* on January 6, 2002 (MC 00225) |
| DEF 106 | Note dated December 9, 2002 from Theresa Ambrose of The Age to Val McClatchey promising a check and enclosing an article published in The Age on September 11, 2002 (MC 00226-27) |
| DEF 107 | "End of Serenity" in the Smithsonian (MC 00237-38) |
| DEF 108 | Article titled "The View from Shanksville: At Pennsylvania's Ground Zero" (MC 00239) |

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 109 | Excerpt from an article published in *Stern* (MC 00240) |
| DEF 110 | Excerpt from an article published in *Focus* on December 10, 2001 (MC 00243-45) |
| DEF 111 | "News Briefs" page published in *PennLines*, October 2001 (MC 00246-47) |
| DEF 112 | Story titled "Photo Benefits Crash Victims" published in *Penn Lines,* January 2002 (MC 00248-49) |
| DEF 113 | Excerpt from *Pennsylvania Township News*, January 2002 (MC 00250-51) |
| DEF 114 | Photograph of Val McClatchey with "End of Serenity" (MC 00255) |
| DEF 115 | Excerpt from *Der Spiegel*, Volume 50, 2001 (MC 00258) |
| DEF 116 | Article titled "The Real Story of Flight 93," published in *Newsweek*, December 3, 2001 (MC 00259-69) |
| DEF 117 | Excerpts from *Le Point* (MC 00271-73) |
| DEF 118 | Article titled "Tranquility Shattered," published on September 11, 2002 in *The Tribune-Democrat* (MC 00274-76) |
| DEF 119 | Cover of *The Washington Post Magazine*, May 12, 2002 (MC 00277) |
| DEF 120 | Excerpt from story titled "Materials management department lends aid at Flight 93 crash site," published in *Healthcare Purchasing News*, February 2002 (MC 00278-79) |
| DEF 121 | Article titled "Shanksville," published in *How America Changed the World* (MC 00280-81) |
| DEF 122 | Excerpt from *2001: Criminal Acts Against Civil Aviation* (MC 00282-86) |
| DEF 123 | Sidebar story titled "The View from Shanksville: At Pennsylvania's Ground Zero," excerpted from *Time* (MC 00287-88) |
| DEF 124 | Letter from Roxanne Esch to David G. Oberdick dated January 22, 2004 (MC 00291) |
| DEF 125 | Email exchange between David Oberdick and George Galt containing messages dated December 9, 2001 and December 12, 2001 (MC 00292-95) |
| DEF 126 | "End of Serenity" photograph (MC 00434) |

5

| Exhibit Number | Description of Exhibit |
|---|---|
| DEF 127 | Letter from Randy Wells to John and Val McClatchey dated September 8, 2002 (MC 00736-37) |
| DEF 128 | Demonstrative exhibit comparing photograph printed in the *Philadelphia Daily News* and the photograph distributed by AP |