## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-145J |
| THE ASSOCIATED PRESS, | ) |
| Defendant. | ) |

### PROPOSED ORDER

Upon consideration of the Motion *in Limine* made by Defendant The Associated Press to exclude documents and testimony concerning AOL, and any opposition thereto, it is hereby ORDERED and ADJUDGED that the motion is GRANTED; counsel for Plaintiff shall neither seek to introduce into evidence documents concerning nor elicit testimony regarding AOL, nor refer to it during the trial of this case.

BY THE COURT:

UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry