# APPENDIX A



AF00002-C