# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VALENCIA M. MCCLATCHEY, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 05-145J |
| v. | ) |
| THE ASSOCIATED PRESS, | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon consideration of the Motion *in Limine* made by Defendant The Associated Press to limit Plaintiff to one statutory damage award under the Copyright Act, and any opposition thereto, it is hereby ORDERED and ADJUDGED that the motion is GRANTED; and Plaintiff is limited to recovering one statutory damage award if she prevails on her copyright claims, regardless of the number of infringements or the number of theories of liability proven at trial.

BY THE COURT:

UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry