# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VALENCIA M. MCCLATCHEY, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil Action No. 05-145J |
| v. | ) ) | |
| THE ASSOCIATED PRESS, | ) ) | |
| Defendant. | ) ) | |

## MOTION IN LIMINE TO LIMIT PLAINTIFF TO TWO STATUTORY DAMAGE AWARDS UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

Defendant The Associated Press ("AP") through its undersigned counsel, for the reasons set forth in the accompanying memorandum, respectfully moves this Court *in limine* for an Order limiting Plaintiff to a total of two statutory awards if she prevails on both of her claims under the Digital Millennium Copyright Act.

Dated: May 4, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


　　　　　　　　　　　　　　　　　　　By:　　*/s/ Robert Penchina*

　　　　　　　　　　　　　　　　　　　Robert Penchina (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　321 West 44th Street, Suite 510
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　(212) 850-6100
　　　　　　　　　　　　　　　　　　　(212) 850-6299 (Fax)

　　　　　　　　　　　　　　　　　　　Gayle C. Sproul (I.D. No. 38833)
　　　　　　　　　　　　　　　　　　　Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　2112 Walnut Street, Third Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　(215) 988-9778
　　　　　　　　　　　　　　　　　　　(215) 988-9750 (Fax)

　　　　　　　　　　　　　　　　　　　*Attorneys for The Associated Press*

## **MOTION *IN LIMINE* CERTIFICATE**

I HEREBY CERTIFY that despite the reasonable and good faith efforts of the parties to this action to reach agreement concerning the issues raised by this motion *in limine*, the parties were unable to reach such an agreement.

                                                            */s/ Robert Penchina*
                                                           Robert Penchina

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on this 4th day of May, 2007, I caused to be served a true and correct copy of the foregoing Motion *in Limine*, as well as the Memorandum in support thereof and accompanying Proposed Order, via the Court's ECF system, upon the following counsel of record:

> Paul K. Vickrey
> Douglas M. Hall
> Kara L. Szpondowski
> Niro, Scavone, Haller & Niro
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602-4515
>
> John E. Hall
> Eckert Seamans Cherin & Mellott, LLC
> USX Tower
> 600 Grant Street, 44th Floor
> Pittsburgh, Pennsylvania 15219

*/s/ Michael Berry*
Michael Berry