# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-145J |
| THE ASSOCIATED PRESS, | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon consideration of the Motion *in Limine* made by Defendant The Associated Press to limit Plaintiff to a total of two statutory awards if she prevails on both of her claims under the Digital Millennium Copyright Act (DMCA), and any opposition thereto, it is hereby ORDERED and ADJUDGED that the motion is GRANTED; and Plaintiff is limited to recovering a total of two statutory awards if she prevails on both of her claims under the DMCA.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry