# APPENDIX A

# The New Oxford American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate

OXFORD
UNIVERSITY PRESS
2001

variant of *destillare*, from *de-* 'down, away' + *stillare* (from *stilla* 'a drop').

**dis·til·late** |ˈdistilit; -ˌlāt| ▸n. something formed by distilling: *petroleum distillates* | *natural gas mixed with distillate.*
– ORIGIN mid 19th cent.: from Latin *distillatus* 'fallen in drops,' from the verb *distillare* (see DISTILL).

**dis·till·er** |disˈtilər| ▸n. a person or company that manufactures liquor: *barrels that the master distiller deems to be of superior quality.*

**dis·till·er·y** |disˈtilərē| ▸n. (pl. **-ies**) a place where liquor is manufactured: *the world's oldest whiskey distillery.*

**dis·tinct** |disˈtiNGkt| ▸adj. **1** recognizably different in nature from something else of a similar type: *the patterns of spoken language are distinct from those of writing* | *there are two distinct types of sickle cell disease.*
■ physically separate: *the gallery is divided into five distinct spaces.*
**2** readily distinguishable by the senses: *a distinct smell of nicotine.*
■ [attrib.] (used for emphasis) so clearly apparent as to be unmistakable; definite: *he got the distinct impression that Melissa wasn't pleased.*
– DERIVATIVES **dis·tinct·ly** adv.; **dis·tinct·ness** n.
– ORIGIN late Middle English (in the sense 'differentiated'): from Latin *distinctus* 'separated, distinguished,' from the verb *distinguere* (see DISTINGUISH).

**dis·tinc·tion** |disˈtiNGkSHən| ▸n. **1** a difference or contrast between similar things or people: *there is a sharp distinction between domestic politics and international politics* | *I was completely unaware of class distinctions.*
■ the separation of things or people into different groups according to their attributes or characteristics: *these procedures were to be applied to all births, without distinction.*
**2** excellence that sets someone or something apart from others: *a novelist of distinction.*
■ a decoration or honor awarded to someone in recognition of outstanding achievement: *he gained the highest distinction awarded for excellence in photography.* ■ recognition of outstanding achievement, such as on an examination: *I made a distinction in Greek.* Compare with MERIT.
– PHRASES **distinction without a difference** an artificially created distinction where no real difference exists. **have the distinction of** be different from others of a similar type by virtue of a notable characteristic or achievement: *pinto beans have the distinction of being one of the quickest beans to cook.*
– ORIGIN Middle English (in the sense 'subdivision, category'): via Old French from Latin *distinctio(n-)*, from the verb *distinguere* (see DISTINGUISH).

**dis·tinc·tive** |disˈtiNGktiv| ▸adj. characteristic of one person or thing, and so serving to distinguish it from others: *juniper berries give gin its distinctive flavor.*
– DERIVATIVES **dis·tinc·tive·ly** adv.; **dis·tinc·tive·ness** n.
– ORIGIN late Middle English (in the sense 'serving to differentiate'): from late Latin *distinctivus*, from Latin *distinct-* 'distinguished' (see DISTINCT).

**dis·tin·gué** |ˌdistaNGˈgā| ▸adj. (fem. **distinguée** pronunc. same) having a distinguished manner or appearance: *he was lean and distingué, with a small goatee.*
– ORIGIN early 19th cent.: French, literally 'distinguished.'

**dis·tin·guish** |disˈtiNGgwiSH| ▸v. [trans.] recognize or treat (someone or something) as different: *the child is perfectly capable of distinguishing reality from fantasy.*
■ [intrans.] perceive or point out a difference: *bees are unable to distinguish between red, black, and various grays.* ■ manage to discern (something barely perceptible): *it was too dark to distinguish anything more than their vague shapes.* ■ be an identifying or characteristic mark or property of: *what distinguishes sports from games?* | [as adj.] (**distinguishing**) *a yellow brick house with no distinguishing features.* ■ (**distinguish oneself**) make oneself prominent and worthy of respect through one's behavior or achievements: *many distinguished themselves in the fight against Hitler.*
– DERIVATIVES **dis·tin·guish·a·ble** adj.
– ORIGIN late 16th cent.: formed irregularly from French *distinguer* or Latin *distinguere*, from *dis-* 'apart' + *stinguere* 'put out' (from a base meaning 'prick').

**dis·tin·guished** |disˈtiNGgwiSHt| ▸adj. successful, authoritative, and commanding great respect: *a distinguished American educationist.*
■ showing dignity or authority in one's appearance or manner: *that hairstyle makes you look quite distinguished.*

**Dis·tin·guished Fly·ing Cross** (abbr.: **DFC**) ▸n. a US or British military decoration for heroism or distinguished achievement while on aerial duty.

**dis·tort** |disˈtôrt| ▸v. [trans.] pull or twist out of shape: *a grimace distorted her fine mouth* | [as adj.] (**distorted**) *his face was distorted with rage.*
■ [intrans.] become twisted out of shape: *the pipe will distort as you bend it.* ■ figurative give a misleading or false account or impression of: *many factors can distort the results* | [as adj.] (**distorted**) *his report gives a distorted view of the meeting.* ■ change the form of (an electrical signal or sound wave) during transmission, amplification, or other processing: *you're distorting the sound by overdriving the amp.*
– DERIVATIVES **dis·tort·ed·ly** adv.; **dis·tort·ed·ness** n.; **dis·tor·tion** |-ˈtôrSHən| n.; **dis·tor·tion·al** |-ˈtôrSHənl| adj.; **dis·tor·tion·less** |-ˈtôrSHənləs| adj.
– ORIGIN late 15th cent. (in the sense 'twist to one side'): from Latin *distort-* 'twisted apart,' from the verb *distorquere*, from *dis-* 'apart' + *torquere* 'to twist.'

**distr.** ▸abbr. ■ distribution. ■ district.

**dis·tract** |disˈtrakt| ▸v. [trans.] prevent (someone) from giving full attention to something: *don't allow noise to distract you from your work* | [as adj.] (**distracting**) *she found his nearness distracting.*
■ divert (attention) from something: *it was another attempt to distract attention from the truth.* ■ (**distract oneself**) divert one's attention from something worrying or unpleasant by doing something different or more pleasurable: *I tried to distract myself by concentrating on Jane.* ■ archaic perplex and bewilder: *horror and doubt distract His troubl'd thoughts.*
– ORIGIN late Middle English (also in the sense 'pull in different directions'): from Latin *distract-* 'drawn apart,' from the verb *distrahere*, from *dis-* 'apart' + *trahere* 'to draw, drag.'

**dis·tract·ed** |disˈtraktəd| ▸adj. unable to concentrate because one's mind is preoccupied: *Charlotte seemed too distracted to give him much attention* | *she ran her fingers through her hair in a distracted fashion.*
■ troubled or distraught: *distracted with grief.*
– DERIVATIVES **dis·tract·ed·ly** adv.

**dis·trac·tion** |disˈtrakSHən| ▸n. **1** a thing that prevents someone from giving full attention to something else: *the company found passenger travel a distraction from the main business of moving freight.*
■ a diversion or recreation: *there are plenty of distractions such as sailing.*
**2** extreme agitation of the mind or emotions: *he knew she was nervous by her uncharacteristic air of distraction.*
– PHRASES **drive someone to distraction** annoy someone intensely: *he was driven to distraction by the pain in his shoulder.* **to distraction** (in hyperbolic use) intensely: *she loved him to distraction.*
– ORIGIN late Middle English: from Latin *distractio(n-)*, from the verb *distrahere* (see DISTRACT).

**dis·trac·tor** |disˈtraktər| ▸n. a person or thing that distracts.
■ an incorrect option in a multiple-choice question: *four pictures, three of which are distractors.*

**dis·train** |disˈtrān| ▸v. [trans.] Law seize (someone's property) to obtain payment of rent or other money owed: *legislation has restricted the right to distrain goods found on the premises.*
■ seize the property of (someone) for this purpose: *the government applied political pressure by distraining debtors.*
– DERIVATIVES **dis·train·er** n.; **dis·train·ment** n.
– ORIGIN Middle English: from Old French *destreindre*, from Latin *distringere* 'stretch apart,' from *dis-* 'apart' + *stringere* 'tighten.'

**dis·traint** |disˈtrānt| ▸n. Law the seizure of someone's property in order to obtain payment of money owed, esp. rent: *many faced heavy fines and the distraint of goods.*
– ORIGIN mid 18th cent.: from DISTRAIN, on the pattern of *constraint.*

**dis·trait** |disˈtrā| ▸adj. (fem. **distraite** |-ˈtrāt|) [predic.] distracted or absentminded: *he seemed oddly distrait.*
– ORIGIN mid 18th cent.: French, from Old French *destrait*, past participle of *destraire* 'distract,' from Latin *distrahere* 'pull apart' (see DISTRACT).

**dis·traught** |disˈtrôt| ▸adj. deeply upset and agitated: *a distraught woman sobbed and screamed for help* | *he appeared on television, grief-ravaged and distraught.*
– ORIGIN late Middle English: alteration of the obsolete adjective *distract* (from Latin *distractus* 'pulled apart'), influenced by *straught*, archaic past participle of STRETCH.

**dis·tress** |disˈtres| ▸n. **1** extreme anxiety, sorrow, or pain: *to his distress he saw that she was trembling.*
■ the state of a ship or aircraft when in danger or difficulty and needing help: *vessels in distress on or near the coast.* ■ suffering caused by lack of money or the basic necessities of life: *the poor were helped in their distress.* ■ Medicine a state of physical strain, exhaustion, or, in particular, breathing difficulty: *they said the baby was in distress.*
**2** Law another term for DISTRAINT.
▸v. [trans.] cause (someone) anxiety, sorrow, or pain: *I didn't mean to distress you* | [with obj. and infinitive] *he was distressed to find that Anna would not talk to him* | [as adj.] (**distressing**) *some very distressing news.*
■ give (furniture, leather, or clothing) simulated marks of age and wear: *the manner in which leather jackets are industrially distressed.*
– DERIVATIVES **dis·tress·ful** |-fəl| adj.; **dis·tress·ing·ly** adv.
– ORIGIN Middle English: from Old French *destresce* (noun), *destrecier* (verb), based on Latin *distringere* 'stretch apart.'

**dis·tressed** |disˈtrest| ▸adj. suffering from anxiety, sorrow, or pain: *I was distressed at the news of his death.*
■ dated impoverished: *women in distressed circumstances.* ■ (of furniture, leather, or clothing) having simulated marks of age and wear: *a distressed leather jacket.* ■ (of property) for sale, esp. below market value, due to mortgage foreclosure or because it is part of an insolvent estate ■ (of goods) for sale at unusually low prices or at a loss because of damage or previous use.

**dis·tress sale** ▸n. a sale of goods or assets at reduced prices to raise much-needed funds.

**dis·tress sig·nal** ▸n. a signal from a ship or aircraft in danger.

**dis·trib·u·tar·y** |disˈtribyōōˌterē| ▸n. (pl. **-ies**) a branch of a river that does not return to the main stream after leaving it (as in a delta).

**dis·trib·ute** |disˈtribyōōt| ▸v. [trans.] **1** give shares of (something); deal out: *information leaflets are being distributed to hotels and guest houses.*
■ supply (goods) to stores and other businesses that sell to consumers: *the journal is distributed worldwide.* ■ (**be distributed**) occur throughout an area: *the birds are mainly distributed in marshes and river valleys.* ■ Printing separate (metal type that has been set up) and return the characters to their separate compartments in a type case.
**2** Logic use (a term) to include every individual of the class to which it refers: *the middle term must be distributed, at least once, in the premises.*
– DERIVATIVES **dis·trib·ut·a·ble** adj.
– ORIGIN late Middle English: from Latin *distribut-* 'divided up,' from the verb *distribuere*, from *dis-* 'apart' + *tribuere* 'assign.'

**dis·trib·ut·ed sys·tem** ▸n. a number of independent computers linked by a network.

**dis·tri·bu·tion** |ˌdistrəˈbyōōSHən| (abbr.: **distr.**) ▸n. the action of sharing something out among a number of recipients: *the government donated 4,000 pounds of coffee for distribution among refugees.*
■ the way in which something is shared out among a group or spread over an area: *changes undergone by the area have affected the distribution of its wildlife.* ■ the action or process of supplying goods to stores and other businesses that sell to consumers: *a manager has the choice of four types of distribution* | [as adj.] *an established distribution channel.* ■ Bridge the different number of cards of each suit in a player's hand: *strength has two ingredients, high cards and distribution.*
– DERIVATIVES **dis·tri·bu·tion·al** |-SHənl| adj.
– ORIGIN late Middle English: from Latin *distributio(n-)*, from the verb *distribuere* (see DISTRIBUTE).

**dis·tri·bu·tion func·tion** ▸n. short for CUMULATIVE DISTRIBUTION FUNCTION.

**dis·trib·u·tive** |disˈtribyətiv| ▸adj. **1** concerned with the supply of goods to stores and other businesses that sell to consumers: *transportation and distributive industries.*
■ concerned with the way in which things are shared between people: *the distributive effects of public expenditure.* | *distributive justice.*
**2** Grammar (of a determiner or pronoun) referring to each individual of a class, not to the class collectively, e.g., *each, either.*
**3** Mathematics (of an operation) fulfilling the condition that, when it is performed on two or more quantities already combined by another operation, the result is the same as when it is performed on each quantity individually and the products then combined.
▸n. Grammar a distributive word.
– DERIVATIVES **dis·trib·u·tive·ly** adv.
– ORIGIN late Middle English: from Old French *distributif, -ive* or late Latin *distributivus*, from Latin *distribut-* 'divided up,' from the verb *distribuere* (see DISTRIBUTE).

**dis·trib·u·tor** |disˈtribyətər| (abbr.: **distr.**) ▸n. **1** an agent who supplies goods to stores and other businesses that sell to consumers: *a wholesale liquor distributor* | *the movie's distributor booked the film into theaters.*
**2** a device in a gasoline engine for passing electric current to each spark plug in turn.