# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| THE ASSOCIATED PRESS, ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Motion *in Limine* made by Defendant The Associated Press to exclude documents and testimony concerning iPhotoArt, and any opposition thereto, it is hereby ORDERED and ADJUDGED that the motion is GRANTED; counsel for Plaintiff shall neither seek to introduce into evidence documents concerning nor elicit testimony regarding iPhotoArt, including PTX 125 and 126, nor refer to iPhotoArt during the trial of this case.

BY THE COURT:

UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry

Dockets.Justia.com