# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-00145J |
| v. ) | The Honorable Terence F. McVerry |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| _____) | |

## PROPOSED ORDER

Upon consideration of the Plaintiff Valencia M. McClatchey's Motion In Limine To Preclude Eric N. Leiberman From Testifying At Trial, it is hereby ORDERED and ADJUDGED that the motion is GRANTED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry