# APPENDIX A



AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://www.apphotographs.com/index.html
Go Links
iPHOTOART
AP Associated Press Collection
LIMITED EDITION PHOTOGRAPHIC PRINTS
ABOUT:
· The AP Collection
· The Photographs
· iPHOTOART
AP LIMITED EDITIONS
AP PULITZERS
SEARCH
PHOTOGRAPHER BIOS
CONTACT US
HOME
To order a photograph, or for dealer inquiries, please call:
800.417.7625
(M-F, 9AM-5PM EST)
or email:
sales@iphotoart.com
The Associated Press Collection
Limited Editions
The Associated Press Collection
Pulitzer Prize Winners
iPHOTOART proudly offers select historic images from The Associated Press as Limited Edition photographic prints. The Associated Press limited editions published by iPHOTOART are silver gelatin photographs printed by hand in a custom photo darkroom in New York City. Black and white photographs are archivally printed on double-weight, fiber-based paper. Color photographs are hand-printed on resin-coated (RC) paper. Limited edition photographs are printed directly from the original camera negative, when available, or when the original negative doesn't exist or is damaged, from a dupe or copy negative housed in The Associated Press archive. (click for more info)
Pricing and availability subject to change without notice.
For current information, please call 800.417.7625 or email: sales@iphotoart.com
Internet



AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://www.apphotographs.com/about_ap.html
Go Links
iPHOTOART
AP Associated Press Collection
LIMITED EDITION PHOTOGRAPHIC PRINTS
ABOUT:
The AP Collection
The Photographs
iPHOTOART
AP LIMITED EDITIONS
AP PULITZERS
SEARCH
PHOTOGRAPHER BIOS
CONTACT US
HOME
To order a photograph, or for dealer inquiries, please call: 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
The Associated Press Collection
The Associated Press is the world's oldest and largest newsgathering organization, and its photo archive is the largest and most comprehensive of 20th Century news and historical photography, comprised of over 60 million images. The Associated Press has been honored with the Pulitzer Prize for Photography 28 times since the inception of this award, including perhaps the most recognizable image in American photojournalism history, Flag Raising at Iwo Jima.
iPHOTOART publishes The Associated Press Collection photographs as open edition and limited edition photographic prints.
The Associated Press was born on an early morning in May 1848, when 10 men, representing six New York City newspapers, sat around an office table of the New York Sun. They had been in session for more than an hour and all that time they had been in stubborn argument. At issue was the costly collection of news by telegraphy. The newly invented telegraph made transmission of news possible by wire but at costs so high that the resources of any single paper would be strained.
David Hale of the Journal of Commerce argued that only a joint effort between New York's papers could make telegraphy affordable and effectively prevent telegraph companies from interfering in the newsgathering process. To get news from the west and from abroad, Hale argued, newspapers had to work together if the public was to be served with increasingly wider coverage of the United States and the world. Although reluctant at first, the six highly competitive papers agreed to the historic plan, and The Associated Press was born.
Pricing and availability subject to change without notice.
For current information, please call 800.417.7625 or email: sales@iphotoart.com
Internet



AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://www.apphotographs.com/about_photos.html Go Links

iPHOTOART

AP Associated Press Collection

LIMITED EDITION PHOTOGRAPHIC PRINTS

ABOUT:
- The AP Collection
- The Photographs
- iPHOTOART

AP LIMITED EDITIONS

AP PULITZERS

SEARCH

PHOTOGRAPHER BIOS

CONTACT US

HOME

To order a photograph, or for dealer inquiries, please call: 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com

**About The Photographs**

IPHOTOART proudly offers select historic images from The Associated Press as Limited Edition photographic prints. The Associated Press limited editions published by IPHOTOART are silver gelatin photographs printed by hand in a custom photo darkroom in New York City. Black and white photographs are archivally printed on double-weight, fiber-based paper. Color photographs are hand-printed on resin-coated (RC) paper. Limited edition photographs are printed directly from the original camera negative, when available, or when the original negative doesn't exist or is damaged, from a dupe or copy negative housed in The Associated Press archive.

Occasionally, when only a digital file is available, we utilize the latest model of LightJet printer, a laser film recorder, which renders prints that have no dots - only continuous tone pixels. These digital prints are printed on Fuji Crystal Archive® photographic paper, which is rated for longevity at 61 years or more. The result is a true photographic print on a paper that also could have been exposed in a traditional enlarger.

Limited edition photographs are printed with not less than a 3/4" border top and sides and not less than a 1 1/2" border at the bottom. Each limited edition photographic print is hand-numbered and embossed with The Associated Press or Pulitzer Prize-winner limited edition seal and comes with a hand-numbered Certificate of Authenticity. Select limited edition photographs are signed by the photographer. Typical edition size is 250 plus artist's proof and publisher's proof editions, although many of the Pulitzer Prize Collection photographs feature a much smaller edition size. Click any thumbnail to see the size a particular limited edition photograph is printed and other details of the edition.

Pricing and availability subject to change without notice.
For current information, please call 800.417.7625 or email: sales@iphotoart.com

Internet



AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://www.apphotographs.com/about_ipa.html Go Links

iPHOTOART

AP Associated Press Collection

LIMITED EDITION PHOTOGRAPHIC PRINTS

ABOUT:
- The AP Collection
- The Photographs
- iPHOTOART

AP LIMITED EDITIONS

AP PULITZERS

SEARCH

PHOTOGRAPHER BIOS

CONTACT US

HOME

To order a photograph, or for dealer inquiries, please call:
800.417.7625
(M-F, 9AM-5PM EST)
or email:
sales@iphotoart.com

**iPHOTOART:**
**the source for photographic prints.**

Ph: 800.417.7625
Fax: 845.353.0086
info@iphotoart.com

iPHOTOART Inc. is the nation's leading publisher and distributor of photographic prints to the trade. The company publishes and sells museum-quality photographic prints covering the 164-year history of the art form to art and design trade accounts, including art and photography galleries, interior designers, corporate art buyers, lifestyle retailers and direct-market home furnishing catalogs. iPHOTOART is the exclusive publisher and distributor of The LIFE Picture Collection and The National Geographic Collection and has the exclusive right to print and distribute to the trade select photographs from The Associated Press, select photographs bearing the logo of the George Eastman House Museum, limited edition photographs from The Nat Fein Collection and The Emmerich Gara Collection. iPHOTOART also represents private collections as well as established and emerging photographers. Many of the images the company publishes have never before been available for sale. iPHOTOART markets both fine art photography and photojournalism, in subject categories such as sports, celebrity portraiture, Americana, world history, landscapes & nature, exploration & adventure, civilization & culture, music and fashion.

In addition to its publishing activity, iPHOTOART is also the exclusive distributor to the trade for The LIFE Gallery of Photography, which has published signed modern prints since the mid 1980s.

Please contact us for a catalog or to speak with an account manager about our gallery or other reseller program. If you are a professional interior designer or art consultant, please contact us for a catalog or to discuss our image research services.

Pricing and availability subject to change without notice.
For current information, please call 800.417.7625 or email: sales@iphotoart.com

Internet

MC 00306