

MC 00307

dockets.Justia.com

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA2243336-L

Collection: The Associated Press Collection - Limited Editions



Title: "ALI LISTON"

Date: 5/25/1965

Location: Lewiston, ME

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**World heavyweight champion Muhammad Ali is shown leaping in victory as referee Joe Walcott counts out Sonny Liston in one minute of the first round of the scheduled 15 round championship bout in Lewiston, Maine, May 25, 1965. (AP Photo/stf)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00308

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA4550817-L

Collection: The Associated Press Collection - Limited Editions



Title: "AMERICAN LEAGUE POSES"

Date: 7/6/1933

Location: Chicago, IL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:
The American League team poses before the first major league All-Star Game in Chicago, July, 6, 1933. The American League won 4-2. Front row, from left: Al Schact, Eddie Collins, Tony Lazzeri, General Crowder, Foxx Fletcher, Earl Averill, Ed Rommel, Ben Chapman, Rick Ferrell, Sam West, Charlie Gehringer, bat boy. Back row, from left: bat boy, unidentified team member, Lou Gehrig, Babe Ruth, Oral Hildebrand, Connie Mack, Joe Cronin, Lefty grove, bat boy, Bill Dickey, Al Simmons, Lefty Gomez, Wes Ferrell, Jimmy Dykes, club boy. (AP Photo)

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00309

Image #: APA5538174 L
Collection: The Associated Press Collection - Limited Editions



Title: "ARMSTRONG AND HIS TRUMPET"

Photographer: EDDIE ADAMS

Date: 1970

Location: Las Vegas, NV

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

This photograph, by Pulitzer Prize-winning photographer, Eddie Adams, shows Jazz musician Louis Armstrong sharing a quiet moment with his trumpet in a Las Vegas dressing room in Sept. 1970. Armstrong was an established international celebrity – an icon to musicians and lovers of jazz – and a genial, infectiously optimistic presence wherever he appeared. His death on July 6, 1971, was front-page news around the world, and more than 25,000 mourners filed past his coffin as he lay in state at the NY National Guard Armory.

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

MC 00310

©2004 The Associated Press ALL RIGHTS RESERVED