AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA1671596-L
Collection: The Associated Press Collection - Limited Editions



Title: "BABE RUTH"

Date: 11/29/1924

Location: New York, NY

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

In this photograph taken November 29, 1924, baseball great Babe Ruth tells a group of youngsters the inspiring stories of his life from orphanage to legendary baseball fame. The Babe's parents owned a tavern, worked long hours and had no time to care for their son. They made the decision when Babe was only 7, to place him in St. Mary's, an orphanage and reformatory. Full custody was signed over to the Jesuit Missionaries who ran this place.

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00311

Image #: APA1254179-I
Collection: The Associated Press Collection - Limited Editions



Title: "BEATLEMANIA"

Date: 9/16/1964

Location: New York, NY

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $900.00

Description:
**British singing group the Beatles playing along while audience on the floor and in the galleries at charity show in New York City, Sept. 20, 1964 stands to applaud. Beatles were making their final appearance in the United States before returning to England. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-6PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

MC 00312

©2004 The Associated Press. ALL RIGHTS RESERVED

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA1254193-L

Collection: **The Associated Press Collection - Limited Editions**



Title: **"BEATLEMANIA"**

Date: **8/22/1966**

Location: **NEW YORK NY**

Print Size: **16x20**

Edition Size: **250/AP25/PP10**

Retail Price: **$750.00**

Description:

**The famous singing group the Beatles are shown at a press conference that they held at the Warwick Hotel in New York City, Aug. 22, 1966. Left to right are: Ringo Starr; Paul McCartney; John Lennon and George Harrison. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00313

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA6041823-L

Collection: The Associated Press Collection - Limited Editions



Title: "BEATLES CHARITY SHOW REHEARSAL"

Photographer: ROBERT DEAR

Date: 7/22/1964

Location: London, England

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**The Beatles are suspended in midair above the stage during rehearsal for their part in the charity show "Night of 100 Stars" at the Palladium in London, England, on July 22, 1964. The musicians, from left, are, Ringo Starr, Paul McCartney, John Lennon and George Harrison. (AP Photo/Robert Dear)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00314