AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA6138187-L

Collection: The Associated Press Collection - Limited Editions



Title: "BIRMINGHAM PROTEST"

Photographer: BILL HUDSON

Date: 5/3/1963

Location: BIRMINGHAM, AL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**A 17-year-old civil rights demonstrator, defying an anti-parade ordinance of Birmingham, Ala., is attacked by a police dog on May 3, 1963. (AP Photo/Bill Hudson)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00315

Image #: APA5884070-L
Collection: The Associated Press Collection - Limited Editions



Title: "BOGART BACALL LONDON"

Date: 4/16/1951

Location: London, England

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description

**Actress Lauren Bacall lights a cigarette for her husband, actor Humphrey Bogart, at a press reception at London's Claridges Hotel, England, on April 16, 1951. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice

MC 00316

©2004 The Associated Press. ALL RIGHTS RESERVED

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA3745520-L

Collection: The Associated Press Collection - Limited Editions



Title: "CHAPLIN THE KID"

Date: 1921

Location: United States

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**This is a 1921 photo of Charlie Chaplin, left, in character in the film "The Kid." (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com

Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED

MC 00317

Image #: APA4550895-L

Collection: The Associated Press Collection - Limited Editions



Title: "CHARLES LINDBERGH"

Date: 1927

Location: New York, NY

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $900.00

Description:

**Charles Lindbergh poses with his plane, "The Spirit of St. Louis," in 1927 as he prepared for his historic solo flight from New York to Paris. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00318