AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA5793978-L

Collection: The Associated Press Collection - Limited Editions



Title: "CHURCHILL INSPECTS RUINS"

Date: 1941

Location: London, England

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:
**British Prime Minister Winston Churchill inspects damage to the House of Commons after Germany's May 10, 1941 air raid on London, England. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

MC 00319

©2004 The Associated Press. ALL RIGHTS RESERVED.

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA1254208-L

Collection: The Associated Press Collection - Limited Editions



Title: "CLAY AND THE BEATLES"

Date: 2/18/1964

Location: Miami, FL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**Boxer Cassius Clay lifts Ringo Starr, one of the Beatles into the air while the singers visited Clay's camp in Miami Beach, Fla., February 18, 1964. Others are, from left: Paul McCartney, George Harrison, and John Lennon. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00320

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA1726704-L

Collection: The Associated Press Collection - Limited Editions



Title: "CLAY AND THE BEATLES"

Date: 2/18/1964

Location: Miami Beach, FL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**The Beatles, from left, Paul McCartney, John Lennon, Ringo Starr, and George Harrison, take a fake blow from Cassius Clay while visiting the heavyweight contender at his training camp in Miami Beach, Fla. Tuesday February 18, 1964. (AP Photo/stf)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00321

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA3967109-L
Collection: The Associated Press Collection - Limited Editions



Title: "CLAY LISTON"
Photographer: JOHN ROONEY
Date: 5/25/1965
Location: Lewiston, ME
Print Size: 16x20
Edition Size: 250/AP25/PP10
Retail Price: $750.00
Description:

**Heavyweight champion Cassius Clay Jr. stands over fallen challenger Sonny Liston, shouting and gesturing shortly after dropping Liston with a short hard right to the jaw on May 25, 1965, in Lewiston, Maine. The bout lasted only one minute into the first round. Clay is the only man ever to win the world heavyweight boxing championship three times. He also won a gold medal in the light-heavyweight division at the 1960 Summer Olympic Games in Rome as a member of the U.S. Olympic boxing team. In 1964 he adopted the Muslim name Muhammad Ali. (AP Photo/John Rooney)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST) or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00322