

MC 00323

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA4609042-L

Collection: The Associated Press Collection - Limited Editions



Title: **"DESTRUCTION OF WARSAW"**

Date: 1943

Location: Warsaw, Poland

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $900.00

Description:

**Jews are rounded up by the Nazis in Warsaw, Poland during the German invasion in World War II, 1943. In the center, a young boy waits to be led away as other women and children look on. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00324

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA1158572-L

Collection: The Associated Press Collection - Limited Editions



Title: "DEWEY DEFEATS TRUMAN"

Photographer: BYRON ROLLINS

Date: 11/4/1948

Location: St. Louis, MO

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $900.00

Description:
**U.S. President Harry S Truman holds up an Election Day edition of the Chicago Daily Tribune, which, based on early results, mistakenly announced "Dewey Defeats Truman" on November 4, 1948. The President told well-wishers at St. Louis' Union Station, "That is one for the books!" (AP Photo/Byron Rollins)**

To order, please call 800-417-7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00325

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA4068531-L

Collection: The Associated Press Collection - Limited Editions



Title: "DIMAGGIO GEHRIG"

Date: 3/8/1936

Location: St. Petersburg, FL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**New York Yankees Lou Gehrig, left, gets a rare smile from rookie sensation Joe DiMaggio during spring training in St. Petersburg, Fla., March 8, 1936. DiMaggio, called up from the San Francisco Seals, earned a reputation in training camp for very rarely smiling. (AP Photo)**

To order, please call 800 417 7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00326