AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA2315906-L
Collection: The Associated Press Collection - Limited Editions



Title: "EINSTEIN VACATION"
Date: 7/3/1936
Location: Saranac Lake, NY United States
Print Size: 11x14
Edition Size: 250/AP25/PP10
Retail Price: $500.00
Description:
**Professor Albert Einstein began an Adirondacks vacation, July 3, 1936, with a nine-hour sailing lark that really wound up as a towing operation with a reporter's speed boat on the pulling end. The famous mathematician is shown leaning against the mast of his boat at Saranac Lake, New York. (AP Photo)**

To order, please call 800-417-7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

MC 00327

AP – The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA5977371-L

Collection: The Associated Press Collection - Limited Editions



Title: "ELVIS PRESLEY"

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $900.00

Description:

**Undated photo of Elvis Presley, taken at an unknown location.**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00328

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA55525-L

Collection: The Associated Press Collection - Limited Editions



Title: "END OF WWII"

Date: 4/28/1945

Location: Chicago, IL

Print Size: 16x20

Edition Size: 250/AP25/PP10

Retail Price: $750.00

Description:

**A crowd in Chicago's Loop celebrate the report of Germany's surrender that spread through the nation on April 28, 1945. Germany actually signed the surrender documents on May 7. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00329

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA2828144-L
Collection: The Associated Press Collection - Limited Editions



Title: "U.S. PRESIDENTIAL DEBATE"
Photographer: MARCY NIGHSWANDER
Date: 10/15/1992
Location: RICHMOND VA United States
Print Size: 16x20
Edition Size: 125/AP12/PP10
Retail Price: $1,000.00
Description:

**President Bush, left, talks with independent candidate Ross Perot as Democratic candidate Bill Clinton stands aside at the end of their presidential debate in Richmond, Va., Oct. 15, 1992. (AP Photo/Marcy Nighswander)**

To order, please call 800 417 7625 (M-F, 9AM-5PM EST)
or email: sales@lphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00409