

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA2845473-LS
Collection: The Associated Press Collection - Pulitzer Prize

Title: "VIETNAM CHILD KILLED"
Photographer: HORST FAAS
Date: 3/19/1964
Location: Vietnam
Print Size: 11x14
Edition Size: 50/AP5/PP5
Signature: signed by photographer
Retail Price: $1,500.00
Description:

**A father holds the body of his child as South Vietnamese Army Rangers look down from their armored vehicle March 19, 1964. The child was killed as government forces pursued guerrillas into a village near the Cambodian border. (AP Photo/Horst Faas)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00410

Image #: APA6268036-L
Collection: The Associated Press Collection - Limited Editions



Title: "VIETNAM NAPALM"
Photographer: NICK UT
Date: 6/8/1972
Location: TRANG BANG Vietnam
Print Size: 16x20
Edition Size: 125/AP12/PP10
Retail Price: $1,000.00
Description:

South Vietnamese forces follow after terrified children, including 9-year-old Kim Phuc, center, as they run down Route 1 near Trang Bang after an aerial napalm attack on suspected Viet Cong hiding places on June 8, 1972. A South Vietnamese plane accidentally dropped its flaming napalm on South Vietnamese troops and civilians. The terrified girl had ripped off her burning clothes while fleeing. The children from left to right are: Phan Thanh Tam, youger brother of Kim Phuc, who lost an eye, Phan Thanh Phouc, youngest brother of Kim Phuc, Kim Phuc, and Kim's cousins Ho Van Bon, and Ho Thi Ting. Behind them are soldiers of the Vietnam Army 25th Division. (AP Photo/Nick Ut)

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00411

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA2828740-LS
Collection: The Associated Press Collection - Pulitzer Prize



Title: "VIETNAM RELEASED POW"
Photographer: SAL VEDER
Date: 3/17/1973
Location: Fairfield, CA
Print Size: 16x20
Edition Size: 250/AP25/PP10
Signature: signed by photographer
Retail Price: $2,000.00
Description:
**Released prisoner of war Lt. Col. Robert L. Stirm is greeted by his family at Travis Air Force Base in Fairfield, Calif., as he returns home from the Vietnam War, March 17, 1973. In the lead is Stirm's daughter Lori, 15, followed by son Robert, 14; daughter Cynthia, 11; wife Loretta and son Roger, 12. (AP Photo/Sal Veder)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00412

