

MC 00414

Dockets.Justia.com

Image #: APA0517J10145-TFM
Collection: The Associated Press Collection - Limited Editions



Title: "WINECOFF HOTEL DEATH"

Photographer: ARNOLD HARDY

Date: 12/7/1946

Location: ATLANTA GA United States

Print Size: 11x14

Edition Size: 50/AP5/PP5

Retail Price: $750.00

Description:

**An unidentified woman leaps from an upper story to escape the burning Winecoff Hotel in Atlanta, Ga., on Dec. 7, 1946. Seconds later the woman crashed to her death on the hotel marquee. Altogether 119 persons of the 280 residents lost their lives in the fire of the hotel that had been billed as fireproof. This photo is made by Arnold Hardy, a Georgia Tech student. (AP Photo)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

MC 00415

©2004 The Associated Press. ALL RIGHTS RESERVED

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA5813567-L

Collection: The Associated Press Collection - Limited Editions



Title: "WWII JAPANESE CASUALTIES"

Photographer: FRANK FILAN

Date: 11/11/1943

Location: TARAWA ISLAND Kiribati

Print Size: 11x14

Edition Size: 50/AP5/PP5

Retail Price: $750.00

Description:
**Dead Japanese soldiers lay scattered around a blasted Japanese pillbox at Tarawa Island in the South Pacific on Nov. 11, 1943 during World War II. A bloody battle ensued after the U.S. Marines invaded the Japanese occupied atoll. (AP Photo/Frank Filan)**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00416