# APPENDIX B

AP - The Associated Press Collection Limited Edition Photographs - Microsoft Internet Explorer

Image #: APA6201490-L
Collection: The Associated Press Collection - Limited Editions



Title: "Old Glory Goes Up on Mt. Suribachi, Iwo Jima"
Photographer: JOE ROSENTHAL
Date: 2/23/1945
Location: Iwo Jima, Japan
Print Size: 20x24
Edition Size: 250/AP25/PP10
Retail Price: $3,950.00
Description:
**U.S. Marines of the 28th Regiment of the Fifth Division raise the American flag atop Mt. Suribachi, Iwo Jima, on Feb. 23, 1945. Strategically located only 660 miles from Tokyo, the Pacific island became the site of one of the bloodiest, most famous battles of World War II against Japan. This photograph won the Pulitzer Prize for Photography in 1945.**

To order, please call 800.417.7625 (M-F, 9AM-5PM EST)
or email: sales@iphotoart.com
Image details subject to change without notice.

©2004 The Associated Press. ALL RIGHTS RESERVED.

MC 00392