# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-145J |
| v. ) | |
| ) | |
| THE ASSOCIATED PRESS, ) | |
| ) | |
| Defendant. ) | |

### MOTION IN LIMINE TO EXCLUDE CERTAIN DOCUMENTS
### AND TESTIMONY REGARDING ALLEGED THIRD-PARTY INFRINGEMENTS

Defendant The Associated Press ("AP") through its undersigned counsel, for the reasons set forth in the accompanying memorandum, respectfully moves this Court *in limine* for an Order excluding documents and testimony concerning certain alleged infringing uses of Plaintiff's photograph made by third parties.

Dated: May 4, 2007             Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By:   */s/ Robert Penchina*

Robert Penchina (*Pro Hac Vice*)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299 (Fax)

Gayle C. Sproul (I.D. No. 38833)
Michael Berry, I.D. No. 86351 (*Pro Hac Vice*)
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778
(215) 988-9750 (Fax)

*Attorneys for The Associated Press*

**MOTION *IN LIMINE* CERTIFICATE**

I HEREBY CERTIFY that despite the reasonable and good faith efforts of the parties to this action to reach agreement concerning the issues raised by this motion *in limine*, the parties were unable to reach such an agreement.

                                                      */s/ Robert Penchina*
                                                      Robert Penchina

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on this 4th day of May, 2007, I caused to be served a true and correct copy of the foregoing Motion *in Limine*, as well as the Memorandum in support thereof and accompanying Proposed Order, via the Court's ECF system, upon the following counsel of record:

>Paul K. Vickrey
>Douglas M. Hall
>Kara L. Szpondowski
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>
>John E. Hall
>Eckert Seamans Cherin & Mellott, LLC
>USX Tower
>600 Grant Street, 44th Floor
>Pittsburgh, Pennsylvania 15219

>*/s/ Michael Berry*
>Michael Berry