## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VALENCIA M. MCCLATCHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-145J |
| v. | ) | |
| | ) | |
| THE ASSOCIATED PRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Motion *in Limine* made by Defendant The Associated Press to exclude documents and testimony regarding certain alleged third-party infringements, and any opposition thereto, it is hereby ORDERED and ADJUDGED that the motion is GRANTED; counsel for Plaintiff shall neither seek to introduce into evidence documents concerning nor elicit testimony regarding alleged third-party infringements, including alleged infringements by The Washington Post, Philadelphia Daily News, magazines, and conspiracy web sites; nor refer to them during the trial of this case.


BY THE COURT:


_____
UNITED STATES DISTRICT JUDGE
The Honorable Terrence F. McVerry