# APPENDIX A

# The Washington Post

## AGREEMENT with FREELANCE CONTRIBUTORS

This Agreement is intended to cover any and all Works (hereinafter "the Work") you create for use by The Washington Post (hereinafter "The Post"), or otherwise license for use by The Post.

You and The Post agree to the following terms:

1. In exchange for payment to you for each Work accepted by The Post, you agree to give The Post exclusive, first-time print publication rights to the Work (if applicable), as well as the subsequent non-exclusive right to reproduce, distribute, adapt or display the Work for any purpose and in any manner or medium worldwide during the copyright term of the Work, without additional compensation. The non-exclusive rights granted may be exercised in any form or media in which the Work may be reproduced, published, distributed or displayed (including but not limited to compilations, microfilm, library databases, videotext, computer databases, CD-ROM and the Internet). Provided, however, this non-exclusive license limits The Post's use, transfer or sublicense of the Work to inclusion in works that are marketed, distributed and/or grouped under or in association with The Post's name or brand. This non-exclusive license does not give The Post the right to republish the Work in the International Herald Tribune or to distribute the Work through the Los Angeles Times-Washington Post News Service.

2. Other than the rights granted to The Post set forth above, you own the rights to and are free to sell or license the Work elsewhere following publication in The Washington Post newspaper. Any income from such sale or licensing belongs to you. Third-parties contacting the Post for permission to use individual Works will continue to be referred to you for purposes of such sale or licensing.

3. You represent and warrant that the Work is your creation and that The Post's reproduction and distribution of the Work will not violate any copyright or other right of any third party.

*We can not accept an agreement that has been adjusted without prior authorization from your editor.*

__VALENCIA McCLATCHEY__
Payee - The name of the person or the company that the check will be made out to (please print)

__Valencia McClatchey__
Authorized Signature of the artist or the person that is authorized to sign on behalf of the company or artist

__VALENCIA Mc CLATCHEY__
Full Name of the person that signed (please print)

REDACTED
Social Security or Federal ID Number

__3/11/02__
Date

REDACTED
Street Address of where the check should be sent to        Apt.

_____    _____    _____
City              State           Zipcode

Please return by mail or by fax to:
The Washington Post
1150-15th Street, NW
Washington, DC 20071
Attn: __Emilie Sommer__

Fax: (202) 334-5693

Questions?
Contact: Michele Capots at (202) 334-7585

**CONFIDENTIAL**



MC 00038