# APPENDIX C

**Valencia McClatchey**

From: "Val McClatchey" REDACTED
To: "Mercanti, Michael" <
Sent: Wednesday, August 14, 2002 6:33 AM
Subject: Re: Flight 93 photo

Good Morning Michael,

Thank you for requesting the use of the photo. I don't have a "set" fee due to the different types of use & size that has been used. The fee varies. If you would tell me how large of space you planned, it would help. The fees that I have gotten so far have ranged from 250-500+. I'm sure we can work something out for us both.
I can be reached at work: REDACTED or my cell is REDACTED Home # is REDACTED after 5pm.
Thanks,
Val

---

Val "stooge" McClatchey, Realtor®
COLDWELL BANKER RITA HALVERSON, REALTOR®
*Independently owned and operated*
555 East Main Street; Somerset, PA. 15501 USA
PA License RS-272097
www.coldwellbanker.com
Phone: 800-638-6693   Fax: 814-445-8449
email: val.mcclatchey@coldwellbanker.com
www.somersetparealestate.com
PA CONSUMER NOTICE
http://www.dos.state.pa.us/bpoa/LIB/bpoa/20/10/recconsnotice.pdf

---

----- Original Message -----
From: "Mercanti, Michael"
To: REDACTED
Sent: Tuesday, August 13, 2002 3:54 PM
Subject: Flight 93 photo

> Val, My name is Michael Mercanti and I am the photo editor of the
> Philadelphia Daily News. I would like to reprint your crash photo, one time
> use only that day, in our 9/11 issue. It is quite an astounding photograph.
> Please get back to me on the cost and how I can obtain the image. Thanks.
> Michael Mercanti (REDACTED  photo desk number)

**CONFIDENTIAL**                                                          9/18/2005

MC 00018

CRASH OF FLIGHT 93

# Three-minute discrepancy in tape

## Cockpit voice recording ends before Flight 93's official time of impact

By WILLIAM BUNCH
bunchw@phillynews.com

THE FINAL three minutes of hijacked United Flight 93 are still a mystery more than a year after it crashed in western Pennsylvania — even to grieving relatives who sought comfort in listening to its cockpit tapes in April.

A Daily News investigation has found a roughly three-minute gap between the time the tape goes silent — according to government-prepared transcripts — and the time that top scientists have pinpointed for the crash.

Several leading seismologists agree that Flight 93 crashed last Sept. 11 at 10:06:05 a.m., give or take a couple of seconds. Family members allowed to hear the cockpit voice recorder in Princeton, N.J., last spring were told it stopped just after 10:03.

The FBI and other agencies refused repeated requests to explain the discrepancy.

The cockpit voice recorder a roughly 30-minute tape loop, is supposed to record the sounds inside the cockpit right up until the moment of impact and usually does.

Aviation experts said there could be several explanations for the gap.

They said it could mean that the FBI and other government agencies either failed to properly synchronize the times, or there were other problems in the retrieving or handling of the tape from the so-called "black box" recovered from the wreckage at Shanksville, Pa.

Or, experts speculated, it could mean there was a major on-board electrical failure on the plane three minutes before Flight 93 crashed, causing the recorder to quit working.

### What's not told

The broader significance is that the three-minute gap points to how little is really known about how and why Flight 93 crashed — even as the saga of the doomed jetliner and cell-phone calls from some of the 40 passengers and crew continue to captivate the nation.

"That's part of the whole war aspect — we don't want to tell about what we did and didn't do," said Vernon Grose, a former National Transportation Safety Board member who says he still has questions about the Flight 93 crash. He said he doubts there will ever be "a nice, open public hearing with eyewitnesses telling what they saw."

However, in recent weeks, two books about Flight 93 have topped the best-seller lists, while



Plume of smoke from the initial impact of United Flight 93 rises near Shanksville, Pa., on 9/11
VAL MCCLATCHEY/For the Daily News

President Bush and other top government officials continue to invoke the story — based largely on the cell-phone calls — of fighting between the passengers and the hijackers as a "Let's roll" rallying cry to continue the war against global terrorism.

But the FBI has clamped a tight lid of secrecy on the flight data recorder — which could best show how Flight 93 actually crashed — and on the cockpit voice recorder.

"We have no comment at all on the tape issue," said Sam Dibbley, spokeswoman for the U.S. Attorney's office in northern Virginia that presented the tape to families.

An FBI spokesman, Steven Berry, said the bureau continues to officially list the time of the Flight 93 crash as 10:03 a.m. The NTSB referred all questions to the FBI.

But the relatives of Flight 93 passengers who heard the cockpit tape April 18 at a Princeton hotel said government officials laid out a timetable for the crash in a briefing and in a transcript that accompanied the recording. Relatives later reported they heard sounds of an on-board struggle beginning at 9:58 a.m., but there was a final "rushing sound" at 10:03, and the tape fell silent.

### What can be heard

"There is no sound of the impact," said Kenneth Nacke, whose brother, Lou Nacke Jr., is one of the passengers believed to

See FLIGHT 93 Next Page

MC 00228

**Philadelphia Newspapers, Inc.**

Paying Agent:
P.O. Box 530698
Livonia, MI 48153-0698
Tel: 305-740-4222

KR27
Page 1
Seq 781

MCCLATCHEY, VAL

| Account No. | Vendor No. 3055735 | | Check No. 4213058 | Check Date 09/26/02 | |
|---|---|---|---|---|---|
| Invoice / Reference Number | Invoice Date | Invoice Amount | Discount Amount | Adjustment Amount | Net Amount |
| 25-SEP-2002 - 4729464 9/11 PHOTO | 09/25/02 | $200.00 | | | $200.00 |
| Total Amount | | $200.00 | | $0.00 | $200.00 |

CONFIDENTIAL

MC 00185