# APPENDIX D

stooge                **REDACTED**

**From:** "stooge"
**To:** <FEMAWebmaster@dhs.gov>
**Sent:** Friday, January 07, 2005 6:42 PM
**Subject:** End of Serenity photo

January 7, 2004

Dear FEMA,

My name is Valencia McClatchey, owner of copyright photo "End of Serenity". It has been used without my permission and was downloaded from your site.
The website is under Killtown, geocities. Rememering 9/11 is where it was obtained. I would greatly appreciate your efforts to remove the photo from your achives to prevent any further infringements of my copyright.

Sincerely,
Valencia McClatchey

**REDACTED**

1/28/2005

CONFIDENTIAL

MC 00117

stooge

| | |
|---|---|
| From: | "John Hutchison & Corinne Tysson" · REDACTED |
| To: | "Rosalee Grable, The Webfairy" <webfairy@thewebfairy.com>; "attorney" · REDACTED · REDACTED |
| Cc: | "Killtown" · REDACTED |
| Sent: | Friday, January 28, 2005 6:05 PM |
| Subject: | Re: Alleged Flight 93 Copyright Infringement! |

whya lawsuite ???????????? we have an internet stalker and judge judy took notice paramount studios may johnson aranged aerriele louise vp lou gentile radio show ; plus us all paid for by paramuont studios to appear there we agreed aerrriele jammed out geeeeeeeeeeeeeeee intersting this internet stuff fbi could not do anything this person even changed passwords so we could not email out and spoofed and stole our identity and passed off stuff in other names to bruce burgess of www.bluebookfilms.com ark of the covenant revealed    internet a vast odd sea cheers john
www.hutchisoneffect.com

----- Original Message -----
From: Rosalee Grable, The Webfairy
To: attorney ; REDACTED
Cc: Killtown
Sent: Friday, January 28, 2005 1:57 PM
Subject: Alleged Flight 93 Copyright Infringement!

Dear "Stooge,"

Regarding the picture shown at
http://thewebfairy.com/killtown/flight93.html to which you claim copyright:

I believe you are referring to the photo originally shown at
http://www.fema.gov/kids/911/911_gallery7.shtm



http://www.fema.gov/graphics/remember911/07.jpg

There has been a lot of curiosity about the exact location from which this photo was taken. Since you say you took this photograph, surely you can clear up the confusion about the photo's locale.

A correspondant who visited the Flight 93 Memorial reports that all the roads in the vicinity are dirt roads, while your picture shows a nicely paved one. Which one did she miss?

I notice that your Area Code, 813 is for Erie, PA, which is 84 miles from Sharpsville.

**CONFIDENTIAL**                                                                        1/28/2005

MC 00121

Mapquest:
http://tinyurl.com/64rp7

I'm wondering how you happened to be so close to the scene of the crime to catch that fateful shot?

Since the photo comes from a publicly accessible webpage who's sponsor is paid for by tax dollars, I hesitate to ask Killtown to delink it just willy-nilly, lest this set a bad precident and and people start thinking that a mere human can "own" historic images they were lucky enough to catch.

But if you can answer my questions, I will be happy to make Killtown delink the picture as a favor. Killtown can link one of the pictures of the resulting empty hole instead.



http://thewebfairy.com/killtown/images/flight93/impactspot.jpg

----- Original Message -----
From: stooge
To: REDACTED
Sent: Friday, January 28, 2005 12:35 PM
Subject: Copyright Infringement!

Dear Rosalee Grable,
   My name is Valencia McClatchey and this is to notify you that the alias "Killtown" is infringing on my copyrighted photo in his Flight 93 article.

   The "End of Serenity" photo is shown 3 times in the article without my permission. In fact, the so called Killtown had phoned me months ago requesting permission & was totally denied it's use or my name. Both of which are protraited in the article.

   I have notified my Attorney's about this article & the infringement as well as this website for further legal litigation in which this site will also be named in the lawsuit.

Valencia McClatchev
REDACTED

**CONFIDENTIAL**                                                                  1/28/2005