# APPENDIX A

# The Washington Post

## AGREEMENT with FREELANCE CONTRIBUTORS

This Agreement is intended to cover any and all Works (hereinafter "the Work") you create for use by The Washington Post (hereinafter "The Post"), or otherwise license for use by The Post.

You and The Post agree to the following terms:

1. In exchange for payment to you for each Work accepted by The Post, you agree to give The Post exclusive, first-time print publication rights to the Work (if applicable), as well as the subsequent non-exclusive right to reproduce, distribute, adapt or display the Work for any purpose and in any manner or medium worldwide during the copyright term of the Work, without additional compensation. The non-exclusive rights granted may be exercised in any form or media in which the Work may be reproduced, published, distributed or displayed (including but not limited to compilations, microfilm, library databases, videotext, computer databases, CD-ROM and the Internet). Provided, however, this non-exclusive license limits The Post's use, transfer or sublicense of the Work to inclusion in works that are marketed, distributed and/or grouped under or in association with The Post's name or brand. This non-exclusive license does not give The Post the right to republish the Work in the International Herald Tribune or to distribute the Work through the Los Angeles Times-Washington Post News Service.

2. Other than the rights granted to The Post set forth above, you own the rights to and are free to sell or license the Work elsewhere following publication in The Washington Post newspaper. Any income from such sale or licensing belongs to you. Third-parties contacting the Post for permission to use individual Works will continue to be referred to you for purposes of such sale or licensing.

3. You represent and warrant that the Work is your creation and that The Post's reproduction and distribution of the Work will not violate any copyright or other right of any third party.

*We can not accept an agreement that has been adjusted without prior authorization from your editor.*

__VALENCIA McCLATCHEY__  
Payee - The name of the person or the company that the check will be made out to (please print)

__REDACTED__  
Social Security or Federal ID Number

__Valencia McClatchey__  
Authorized Signature of the artist or the person that is authorized to sign on behalf of the company or artist

__3/11/02__  
Date

__VALENCIA Mc CLATCHEY__  
Full Name of the person that signed (please print)

__REDACTED__ _____ Apt. _____
Street Address of where the check should be sent to

_____  
City        State        Zipcode

Please return by mail or by fax to:
The Washington Post
1150-15th Street, NW
Washington, DC 20071
Attn: __EMILIE SYMMER__

Fax: (202) 334-5693

Questions?
Contact: Michele Capots at (202) 334-7585

**CONFIDENTIAL**


DEPOSITION EXHIBIT
McClatchey 8
AKF 3-14-06

MC 00038

Plus: Lonnae O'Neal Parker rides the mommy track;
Ron Carlson's message to graduates

# The Washington Post Magazine

MAY 12, 2002



September 11, 2001
10:06 a.m.

# The Day the Sky Fell on Shanksville
The making of the legend of Flight 93   By Peter Perl

MC 00277

washingtonpost.com: Post Magazine     Page 1 of 2

**washingtonpost**
Home | News | [Business] | [Entertainment] | [Live Online] | [Camera Works] | [Marketplace] | [Washington]
Personalize Your Post | Go to my washingto

**The Washington Post ONLINE**

# HUNGRY? Co-worker stealing your lunch again?



STYLE **Post Magazine**

- News Home Page
- Nation
- World
- Metro
- Business
- Technology
- Sports
- Style
- Book World
- ›Post Magazine
- Sunday Arts
- Television
- Weekend
- Columnists
- Comics
- Crosswords
- Entertainment News
- Photo Galleries
- Live Online
- Index
- Education
- Travel
- Health
- Real Estate
- Home & Garden
- Food
- Opinion
- Weather
- Weekly Sections
- News Digest
- Classifieds
- Print Edition
- Archives
- Site Index
- Help

### Hallowed Ground ▸
Nobody asked for this, but as September 11 recedes, a small Pennsylvania town finds itself guardian of an American legend.

### To the Graduating Class
The time for hesitation might be through. A message of hope and encumberment.

### Donna Reed Syndrome
High pressure, demanding bosses, cutthroat politics — boy, it's hard work staying at home.

**This Week's Post Magazine**
**Below the Beltway** (By Gene Weingarten, Page W03)

**Backlight: Spirit of St. Louis Arrives at Smithsonian, 1928** (Page W04)

**HomeFront**
**Late Bloomers** (Page W05)

**First Person Singular**
**Marian Wright Edelman - Founder, Children's Defense Fund, Washington** (Page W06)

**PostModern**
**Facing Facts: It gets harder to believe that maturity can be beautiful as one actually matures** (By Liza Mundy, Page W31)

**Dining**
**The African Scene: Wazuri takes a broad view of the continent's cooking** (By Tom Sietsema, Page W45)

**Significant Others**
**Found in the Translation: Discerning a daughter in three Chinese characters** (By Jeanne Marie Laskas, Page W55)



(Valencia McClatchey)

**Recent Cover Stories**

- **America's River** (The Washington Post, 5/5/02)
- **Seranity Now** (The Washington Post, 4/28/02)
- **Growing Pains** (The Washington Post, 4/21/02)
- **Guys and Digital Dolls** (The Washington Post, 4/14/02)

**Column Archives**

- **Below the Beltway:** By Gene Weingarten.
- **Dining:** By Tom Sietsema.
- **PostModern:** By Liza Mundy.
- **Side Streets:** By Kevin Merida.
- **Significant Others:** By Jeanne Marie Laskas.
- **Wit's End:** By Dave Barry.

**Special Issues**

- **Education Review**
- **Spring Home & Design**
- **Annual Dining Guide**

SEARCH: News

Search Opt

http://www.washingtonpost.com/wp-dyn/style/postmagazine/     5/12/2002

MC 00299