# Exhibit A

Dockets.Justia.com



**AMERICA ONLINE**
INCORPORATED

**VIA FIRST CLASS MAIL**

January 22, 2004

David G. Oberdick, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222-2304

Dear Mr. Oberdick:

Thank you for your letter dated October 21, 2003. AOL respects the intellectual property rights of others and has reviewed and addressed the concerns you raised in that letter.

We received your letter on October 29, 2003. AOL believes that the only manner in which AOL could have had access to the photo described in your letter was through an agreement between AOL and the Associated Press ("AP").

On October 31, 2003, I forwarded a copy of your letter via overnight mail to AP's attorney, George Galt. It is my understanding that Mr. Galt has since contacted you directly to follow up on your concerns. It is also my understanding from my conversations with Mr. Galt that any AOL access to this photo in the AP archives was removed.

We believe that the concerns raised in your letter have been addressed. Should you have any questions or concerns, please do not hesitate to contact me again.

Sincerely,

*Roxanne Esch / (AP)*

Roxanne Esch
Legal Specialist

cc: George Galt, Esq.

**CONFIDENTIAL**

22000 AOL Way • Dulles, VA 20166
www.aol.com

**PTX 120**

MC 00291