# Exhibit B

```
29-AUG-05                           Photo Archive System
              List of users who downloaded the Image :  APA6430495
```

| Login Id | User Name | Download Date | Bill Flag | AP Unit Id | Qty. | Amt. |
|---|---|---|---|---|---|---|
| canpress1 | CANADIAN PRESS - NO CHARGE | 30-JUN-03 | Y | CP | | 0 |
| aol | AMERICA ONLINE | 07-AUG-03 | Y | IS | | 25 |
| alhut1 | MICHAEL MERCIER | 08-AUG-03 | Y | NP | | 35 |
| aol | AMERICA ONLINE | 08-AUG-03 | Y | IS | | 25 |
| aol | AMERICA ONLINE | 09-SEP-03 | Y | IS | | 25 |
| aol | AMERICA ONLINE | 09-SEP-03 | N | IS | | 25 |
| aol | AMERICA ONLINE | 30-OCT-03 | Y | IS | | 25 |

**PTX 153**

AP00184

**LG AP A PA GJP101 FILE SEPT 11 \*\*DO NOT USE\*\***



Actions..



FILE--This image of the smoke cloud left by United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001, was taken by Val McClatchey from the porch of her nearby home. (AP Photo/FILE/Val McClatchey)

| Slug | LG AP A PA GJP101 FILE SEPT 11 \*\*DO NOT USE\*\* |
|---|---|
| Location | SHANKSVILLE, Pennsylvania United States |
| Special Instructions | NO SALES, SEPT. 11, 2001 FILE PHOTO, WIDE WORLD PHOTOS OUT |
| Corrections | DO NOT RETRANSMIT. AP NO LONGER HAS RIGHTS TO THIS HANDOUT IMAGE. |

| Creation Date | 09/11/2002 00:00:00 | Submit Date | 09/11/2002 20:23:00 |
|---|---|---|---|
| Photographer | VAL MCCLATCHEY Stringer | PLS ImageID | 6755117 |
| Object Name | SEPT 11 FLIGHT 93 IMAGE | Picture Desk ImageID | 40SA5 |
| Credit | Associated Press HO | Committed | Yes (Platter 11) |
| Routing | ALL | Caption Writer | HMB GJP |
| Import Folder | /incoming/L4conversion | Database | Intl_Photos_02 |

AP00185