# Exhibit C

Dockets.Justia.com





## A Global Web Services Company

AOL is a leading Web-based business, with the second largest Web network in the United States, the third largest online advertising network and the leading Instant Messaging network. To grow the size and engagement of its online audience, AOL has made its most compelling features, including AOL Mail and the AOL software, available at no charge to anyone with an existing Internet connection.

## The AOL Network: Some of the Web's Best-Known Brands

AOL's network of Web properties attracts 111 million unique visitors a month to some of the best known brands on the Internet, including AOL.com, MapQuest, AIM, Moviefone, ICQ and Netscape. It also includes newer brands that are taking the net by storm - including TMZ.com and In2TV. AOL's online advertising network is growing fast - with advertising revenues up 49% in the fourth quarter of 2006, compared to the fourth quarter of 2005, and 41% in 2006, compared with 2005.

To build on this foundation, AOL makes the AOL software, including the new OpenRide client, and AOL Mail available for free to broadband users. AOL also offers its industry-leading Safety and Security Center free to anyone on the Web, providing users with automatically updating anti-virus software, spyware protection, a firewall, phishing protection and more.

In addition, AOL provides users with other market-leading services, including personalized domain names, as well as 5 gigabytes of free storage through Xdrive, a company AOL acquired in 2005. AOL has a new AOL Search product, which provides multimedia results in addition to text results. The company also recently launched an upgraded version of the AIM software, called AIM 6.0.

To capture its share of the growing demand for online video, AOL launched the new AOL Video portal, which brings together video content from dozens of leading content brands, along with user-created video, and pay-per-download feature films offered in partnership with major movie studios. AOL also offers In2TV, which brings thousands of classic full-length Warner Bros. television programs to the Web, all free and on demand. And AOL has an industry-leading Video Search product that makes it easy to search millions of music, news, sports and entertainment videos on the Web. The AOL Video portal introduced "AOL Hi-Q," which enables users to watch DVD-quality video online. The company also won an Emmy award for its historic online coverage of the July 2, 2005 Live 8 concerts.

In September 2006, AOL again broke ground with the launch of Gold Rush! - an event created by Mark Burnett Productions and AOL in which 11 million people participated in a seven-week interactive online reality game.

AOL is also positioning itself to grow on a global basis. As part of this effort, the company sold its access businesses in France, the UK and Germany, and will focus on providing Web services in those countries. The company is exploring opportunities to expand its Web presence elsewhere in Europe, as well as in Asia. AOL also offers access and Web services in Canada.

AOL continues to offer its Internet dial-up access subscription service, but is not actively marketing the service. Subscribers may continue to purchase a range of connectivity options.

©Copyright 2007, AOL LLC