# Exhibit A

Dockets.Justia.com





Photos: United Flight 93



12 of 19



Smoke rises from United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001. The photo was taken by a resident from the porch of her nearby home.
(AP photo by Val McClatchey)

BUY a Newsday photo

MC 00813

**PTX 263**