# Exhibit A

Dockets.Justia.com



EXHIBIT D