# Exhibit C

Case 3:05-cv-00145-TFM   Document 59-4   Filed 05/11/2007   Page 1 of 2

Dockets.Justia.com



## Photos: United Flight 93

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

 12 of 19



Smoke rises from United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001. The photo was taken by a resident from the porch of her nearby home.
(AP photo by Val McClatchey)

BUY a Newsday photo

For way less than digital cable. Save about $31/mo. over digital cable. Based on FCC report... Restrictions apply. dish NETWORK

MC 00813

**PTX 263**