# EXHIBIT D

Case 3:05-cv-00145-TFM   Document 59-5   Filed 05/11/2007   Page 2 of 3
Case 3:05-cv-00145-KRG   Document 29   Filed 06/19/2006   Page 1 of 15

ORIGINAL

Page 1

```
1
2  IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF PENNSYLVANIA
3  Civil Action  No. 05-145J
4
5  ------------------------------------- x
6  VALENCIA M. McCLATCHEY,
7                         Plaintiff,
8       vs.
9  THE ASSOCIATED PRESS,
10                        Defendant.
11 ------------------------------------- x
12
13
14         DEPOSITION OF: JAMES R. GERBERICH
15             January 19, 2006, 9:10 a.m.
16
17
18
19
20
21
22                    EXHIBIT
23                       9
24
```

EXHIBIT 9

Case 3:05-cv-00145-TFM   Document 59-5   Filed 05/11/2007   Page 3 of 3
Case 3:05-cv-00145-KRG   Document 29   Filed 06/19/2006   Page 4 of 15

Page 24

```
 1        A.    I'm not sure.
 2        Q.    I'm not sure I understood my question
 3   either.
 4        A.    I'm not sure I understand what you're
 5   asking.
 6        Q.    I'll ask it again.
 7              So when The Associated Press deleted
 8   the McClatchey photograph from its system it did
 9   nothing or took no actions to delete the photograph
10   from its member or subscriber systems; is that
11   correct?
12        A.    We took no action.
13              I'm still not sure I understand the
14   question because they're unrelated.  At least the
15   way I think, they're unrelated.
16        Q.    Could you just answer the question I
17   asked though first.
18              When The Associated Press deleted the
19   McClatchey photograph from its system it took no
20   action, at that time, to ensure that the McClatchey
21   photograph was also deleted from its members' or
22   subscribers' systems; is that correct?
23        A.    That's correct.
24        Q.    Do you know who makes the decision to
```