# EXHIBIT D
# TO
# MS. MCCLATCHEY'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CERTAIN DOCUMENTS AND TESTIMONY REGARDING IPHOTOART

```
 1

 2    IN THE UNITED STATES DISTRICT COURT

      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3    Civil Action  No. 05-145J

 4

 5    ------------------------------------------ x

 6    VALENCIA M. McCLATCHEY,

 7                             Plaintiff,

 8         vs.

 9    THE ASSOCIATED PRESS,

10                             Defendant.

11    ------------------------------------------ x

12

13

14         DEPOSITION OF: JAMES R. GERBERICH

15              January 19, 2006, 9:10 a.m.

16

17

18

19

20

21

22                          EXHIBIT
23                             D
24
```

Page 26

1  Q.  Did you produce that E-mail as part of
2  the production in this lawsuit?
3  A.  I believe, I believe so.
4      MR. HALL:  Counsel, I'll say on
5  the record I've been through every document
6  that's been produced in this case several
7  times and have not seen such an E-mail. I
8  would ask that it be produced.
9      MR. PENCHINA:  That E-mail, it
10 has been withheld and identified on the
11 privilege log. That E-mail conveyed
12 instructions from the legal department.
13     MR. HALL:  Who was the attorney
14 that conveyed the instructions?
15     MR. PENCHINA:  As we sit here at
16 this moment, I do not recall. I will review
17 the document again and be happy to
18 specifically identify it for you on the
19 privilege log.
20 Q.  Prior to November 2004, the McClatchey
21 photograph was accessible by The Associated Press
22 members and subscribers; is that correct?
23 A.  Yes.
24     MR. HALL:  I'd just like to mark

Page 27

1  since we've been talking about a little bit
2  as Plaintiff's Exhibit 2, it's a document
3  labeled AP00192. And it's a photocopy of a
4  portion of the McClatchey photograph.
5      (Portion of the McClatchey
6  photograph marked Plaintiff's Exhibit 2 for
7  identification as of this date.)
8  Q.  I'll ask you if you've ever seen this
9  document?
10 A.  I've not seen this rendition of this
11 picture.
12 Q.  Do you recognize the picture in the
13 photocopy?
14 A.  I do recognize the picture.
15 Q.  What is the picture?
16 A.  It shows the barn, a barn and some
17 smoke. And, as I understand it, it's a picture by
18 Val McClatchey.
19 Q.  How did you come to the understanding
20 that this was a picture by Val McClatchey?
21 A.  It was pointed out to me.
22 Q.  Who pointed it out to you?
23 A.  It was, I believe, after it was
24 requested to provide some information in the time

Page 28

1  period I mentioned before, six or eight months ago.
2  Q.  So would it have been counsel that
3  pointed it out to you?
4  A.  I was asked to provide information. I
5  believe that request came from counsel.
6  Q.  And prior to six or eight months ago in
7  conjunction with this litigation producing
8  documents, were you aware of the McClatchey photo
9  which is represented in one form in Plaintiff's
10 Exhibit 2?
11 A.  I was not.
12 Q.  Prior to six or eight months ago in
13 conjunction with this lawsuit, had you ever seen a
14 rendition of the McClatchey photo?
15 A.  No, I did not.
16 Q.  Do you have any knowledge where the
17 rendition that is seen in Plaintiff's Exhibit 2 at
18 AP00192 came from?
19 A.  I do not have knowledge of where this
20 rendition came from. I have never seen this
21 rendition.
22 Q.  So you were involved in the production
23 of documents in this case; is that correct?
24 A.  I was involved in the production of

Page 29

1  documents.
2  Q.  And you searched for documents in
3  response to a document request that plaintiff's had
4  set out?
5  A.  Yes.
6  Q.  And what is in Plaintiff's Exhibit 2 is
7  not one of the documents that you located; is that
8  correct?
9  A.  That's correct.
10 Q.  Where did you search for documents?
11 A.  The only place was for the image would
12 have been our archive system where we deleted the
13 image from.
14 Q.  So do you have any idea how The
15 Associated Press still had the image if it was
16 deleted in November of 2004?
17 A.  We would retain a secure legal copy of
18 that image.
19 Q.  What is a secure legal copy of an image
20 that is retained by The Associated Press even after
21 it deletes an image from its system?
22 A.  A copy that would be provided to
23 counsel or others as a matter of record,
24 inaccessible by anyone but management.