# APPENDIX A

Dockets.Justia.com

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602 - 4515

——

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

April 26, 2007

MATTHEW G. McANDREWS
PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
KAREN L. BLOUIN

——

OF COUNSEL:
THOMAS G. SCAVONE

**VIA FEDERAL EXPRESS**
Robert Penchina
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street
Suite 510
New York, New York 10036

        Re:    Val McClatchey v. Associated Press

Dear Bob:

        Enclosed for production is a recently discovered document bates labeled MC
00813.  This also provides notice that we are adding this document to Plaintiff's exhibit
list.

                                Very truly yours,

                                Douglas M. Hall

DMH:mm
Enclosure


For way less than digital cable.
Save about $31/mo. over digital cable
Based on FCC report dated 12.27.06
Restrictions apply
dish NETWORK



## Photos: United Flight 93

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

  12 of 19



*Smoke rises from United Flight 93 after it crashed in a field in Shanksville, Pa., on September 11, 2001. The photo was taken by a resident from the porch of her nearby home.*
(AP photo by Val McClatchey)


BUY a Newsday photo

MC 00813