# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-00145J |
| v. ) | The Honorable Terence F. McVerry |
| ) | |
| THE ASSOCIATED PRESS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| _____) | |

## MS. MCCLATCHEY'S RESPONSE TO
## DEFENDANT'S REPLIES TO ITS MOTIONS IN LIMINE

The Court's April 23, 2007 Trial Scheduling Order set dates for initial motions in limine and responses, but did not contemplate reply briefs. Defendant has now filed three reply briefs without seeking leave of Court, and without consulting with Plaintiff's counsel. Therefore, Plaintiff respectfully objects to such reply briefs to Defendant's motions in limine (Docket Numbers 62, 63, and 64).

Respectfully submitted,

/s/ Douglas M. Hall
Douglas M. Hall
Paul K. Vickrey
Kara L. Szpondowski
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
Phone: 312-236-0733
Fax: 312-236-3137
*Attorneys for Valencia M. McClatchey*

John E. Hall
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
Phone:  (412) 566-6000
Fax: (412) 566-6099

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **MS. MCCLATCHEY'S RESPONSE TO DEFENDANT'S REPLIES TO ITS MOTIONS IN LIMINE** was served upon the below listed parties on this 17th day of May 2007.

**By ECF:**       Gayle C. Sproul
Levine Sullivan Koch & Schultz, LLP
2112 Walnut St., 3rd Floor
Philadelphia, PA 19013
Phone:  (215) 988-9778


**By ECF:**       Robert Penchina
Levine Sullivan Koch & Schultz, LLP
230 Park Avenue
Suite 1160
New York, NY 10169
Phone:  (212) 850-6100
Fax:  (212) 850-6299


                    /s/ Douglas M. Hall_____