IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALENCIA M. MCCLATCHEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-145J |
| THE ASSOCIATED PRESS, | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon consideration of the Unopposed Motion of Defendant The Associated Press for a Continuance of the Trial, it is hereby ORDERED and ADJUDGED that the motion is GRANTED, the trial in this matter will be continued until at least Sepetember 17, 2007, and the Trial Scheduling Order entered on April 23, 2007 is modified as follows:

1.  Jury selection and trial is scheduled on _____, 2007 at 9:30 a.m. (hereinafter referred to as the "trial date").

2.  Plaintiff shall submit a final list of trial witnesses at least two weeks before the trial date, and Defendant shall submit a final list of trial witnesses at least one week before the trial date.

3.  Copies of all premarked exhibits shall be provided to the Court at least one week before the trial date.

4.  The parties shall submit designation of excerpts from depositions, interrogatory answers, and responses to requests for admission to be offered at trial (other than for impeachment or rebuttal) at least one week before the trial date.

5. The parties' shall jointly submit one set of agreed-upon jury instructions at least one week before the trial date, and counsel are required to serve their proposed instructions upon each other two (2) weeks prior to the date the joint submission is due.

6. The parties shall file any proposed voir dire questions at least one week before the trial date.

7. The parties shall file proposed verdict forms at least one week before the trial date.

8. The parties shall file a joint statement of stipulations at least one week before the trial date.

                              BY THE COURT:

                              _____
                              UNITED STATES DISTRICT JUDGE
                              The Honorable Terrence F. McVerry