UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 5, 2007
ACO-132

No. 07-8035

Valencia M. McClatchey,
                              Petitioner

v.

Associated Press,
                              Respondent
(Related to WDPA Civil No. 05-00145)

Present:   SLOVITER, CHAGARES, and GREENBERG, Circuit Judges

1)  Petition for Permission to Appeal under 28 U.S.C. Section 1292(b);

2)  Response in opposition to Petition for Permission to Appeal.

/s/ Shannon L. Craven
Case Manager (267)299-4959

**O R D E R**

**The foregoing petition for permission to appeal is denied.**

A True Copy:

Marcia M. Waldron, Clerk

**By the Court,**

/s/ Morton I. Greenberg
**Circuit Judge**

**Dated:** July 31, 2007
SLC/cc: John E. Hall, Esq.
    Douglas M. Hall, Esq.
    Gayle C. Sproul, Esq.
    Kara L. Szpondowski, Esq.
    Paul K. Vickrey, Esq.
    Michael L. Berry, Esq.
    Robert Penchina, Esq.